**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:17-CV-62188-WPD**

ANTHONY DINO,

        PLAINTIFFS,

V.

BAYVIEW LOAN SERVICING, LLC.,

        DEFENDANT.

_____/

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

    **COMES NOW,** the Plaintiff, **ANTHONY DINO** ("Plaintiff" or "Dino"), by and through undersigned counsel, and brings this action against the Defendant, **BAYVIEW LOAN SERVICING, LLC.,** ("Defendant" or "Bayview"), and as grounds thereof would allege as follows:

**INTRODUCTION**

    1.    This is an action brought by a consumer for Defendant's violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA"), and its implementing regulation.

    2.    The Consumer Financial Protection Bureau ("CFPB") is the primary regulatory agency authorized by Congress to supervise and enforce compliance of RESPA. The CFPB periodically issues and amends mortgage servicing rules under Regulation X, 12 C.F.R. § 1024, RESPA's implementing regulation.

    3.    Specifically, Plaintiff seeks the remedies provided in RESPA for Defendant's failure to comply with Section 2605(k) of RESPA, and Section 1024.36 of Regulation X.

**JURISDICTION AND VENUE**

4.      Jurisdiction of this Court arises under F.S.A. Chapter 34.01(c) because the amount in controversy is less than $100.00 exclusive of interest, costs and attorney's fees.

5.      Plaintiff resides in Broward County, Florida and the property is also located in Broward County, Florida.

6.      At all material times, Defendant, was and is a foreign company which regularly engages in the business of servicing mortgages in Broward County, Florida.

7.      At all times material hereto Defendant, was and is a loan servicer as the term is defined in 12 U.S.C. § 2605(i)(2) and 12 C.F.R. § 1024.2(b), that services the loan obligation which is secured by a mortgage on Plaintiff's property.

8.      The case was filed in small claims court and the Defendant removed the action to federal court.

**BACKGROUND OF LOAN TRANSACTION**

**A.      RESPA**

9.      The Loan is a federally related mortgage loan as defined by 12 C.F.R. §1024.2(b).

10.      Defendant is a servicer within the meaning of the *Real Estate Settlement Procedures Act* ("RESPA") as implemented by Regulation X.

11.      On December 28, 2011, Bank of America, N.A., filed a foreclosure action against Dino under Broward County Case Number: CACE11032457.

12.      On June 11, 2014, Dino filed for Chapter 13 Bankruptcy.

13.      On May 7, 2014, the Court entered a Final Judgment of Foreclosure.  See a copy of the final Order as Exhibit "A".

14.     During this time, Dino applied a loan modification and received a temporary loan modification through the bankruptcy court proceedings. The loan modification proceeding through the bankruptcy court require a mediator and does not allow the banks to repeatedly request repetitive information.

15.     Dino was hesitant to agree to the terms of the permanent loan modification as the terms and amounts appeared to be higher than he expected.  Eventually, on or around September 14, 2016, Dino accepted the terms of the permanent loan modification as it was the only way to keep the house. See a copy of the loan modification agreement attached hereto as Exhibit "B".

16.     On November 7, 2016, the Court entered an Order Vacating the Judgment, Release of Original Loan Documents, Dismiss the Foreclosure Actions and Release of Lis Pendens. See a copy of the Order attached hereto as Exhibit "C".

17.     Dino wanted to make sure that the Defendant was applying the appropriate fees and charges to the loan and to make sure he received the most favorable loan modification based on what was actually owed on the loan.

18.     Although the loan modification allows for the foreclosure attorney's fees and costs, Dino was concerned that the loan modification was falsely induced as the servicer continued to charge them for foreclosure fees and costs long after the foreclosure was dismissed.

19.     In an effort to utilize the protections afforded to consumers by Congress, Plaintiffs through counsel, Korte and Wortman, P.A., caused to be mailed to Defendant a written request for information pursuant to Regulation X (the "RFI"). A copy of the RFI is attached hereto as Exhibit "D".

20.     The certified mail tracking number allows the ability to confirm the date the written request was received by the Defendant. The RFI was delivered to the Defendant on

December 9, 2016. Therefore, Defendant's response to the RFI in its entirety was due on or before January 25, 2017. See a copy of the United Stated Postal Service certified mail tracking information is attached hereto as Exhibit "E".

21.     On or around January 11, 2017, the Defendant sent its response to the RFI. See a copy of the response attached hereto as Composite Exhibit "F".

22.     The limited pay history included there over twenty-six Corporate Advance adjustments/ distributed payments on 9/23/16 reflected on the pay history ranging from $.01 to $999.99.

23.     Further, there were escrow advance payments on 9/23/16 in the pay history for a total of $27,497.30.

24.     Based on the questionable entries on the pay history, the Plaintiff worried that the entries may have a cascading effect on the accounting of the loan in the resulting late fees and adjustments.

25.     The Plaintiff was unable to determine the extent of the account errors that may have resulted based on the questionable entries.

26.     The Plaintiff paid the undersigned counsel to send the Defendant a Notice of Error letter (the "NOE") via certified mail receipt to attempt to get clarification from the Defendant about the entries and see if they could be corrected. A copy of the NOE is attached hereto as Exhibit "G".

27.     The NOE was delivered to the Defendant on May 3, 2017.   Therefore, Defendant's time to provide responses to the NOE under RESPA are as follows:

     a.   The acknowledgement to the NOE was due on or before May 10, 2017.

- 4 –

     b.   Defendant's response to the NOE in its entirety was due on or before June 15, 2017. See a copy of the United Stated Postal Service certified mail tracking information is attached hereto as Exhibit "H".

28.    On May 25, 2017, the Defendant sent its response to the NOE. See a copy of the response to the NOE attached hereto as Exhibit "I".

29.    The errors alleged in the NOE are:

1.    Why are there over twenty-six Corporate Advance adjustments/ distributed payments on 9/23/16?

-    please provide a reason for the Corporate Advance adjustments/ distributed payments and an explanation as to what exactly are the Corporate Advance adjustments/ distributed payments.
-    provide support in the mortgage and/or note that allows these adjustments to be applied to the loan.

2.    Why are there repay of escrow advance payments on 9/23/16?

-    please provide a reason for the repay of escrow advance payments and an explanation as to what exactly are the repay of escrow advance payments.
-    provide support in the mortgage and/or note that allows these adjustments to be applied to the loan.

3.    Please provide the last three mortgage statements on the loan, pay off and reinstatement quote.

30.    The NOE response did provide an explanation for the errors discussed in the NOE, but not include a complete pay history to allow confirmation of the explanation of the errors.

31.    The explanation of the errors was described as follows:

"On September 23, 2016, the completed loan modification was posted to the account. At that time, the account experienced several corporate advance charges in relation to a loan modification. These charges are not due to the borrower and are charged to the investor in the event of a loan modification, bankruptcy, or foreclosure.  The first charge was incurred on the account in the amount of $999.00 and the second charge was incurred on the account in the amount of $103.00. Additionally, there were twenty-eight (28) non-

recoverable modification escrow funds charges incurred on the account.  The loan was then brought current and the account reflected due for October 2016."

32.     Although the Defendant attempted to explain away the error, the explanation given was in direct conflict with the Loan Adjustment Agreement dated May 27, 2016. As the Loan Adjustment Agreement (Exhibit "B"), specifically Paragraph 1a of the Agreement, which states:

> Borrower agrees that the unpaid principal balance due on the Note of $279,992.00 (including credit for Stipulation Agreement down payment) shall be increased by $70,496.06 the amount of the unpaid installments, interest, late charges, fees and costs, and, if applicable, any advances for unpaid property taxes and/or insurance premiums ("Unpaid Sums Due"), for a total unpaid principal balance due of $350,488.06. Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to defer and waive interest upon $9,924.09 ("Deferred Balance") of the New Balance until the loan matures on 06/01/2056 at which time the Deferred Balance shall be immediately due and payable…

33.     The Loan Adjustment Agreement does not "defer or waive" the escrow advance payments or the corporate advance charges as the NOE response attempts to explain away the inconsistencies in the pay history.

34.     Further, the incomplete pay history provided in response to the NOE (which only dates from May 12, 2015 through to May 10, 2017) raised more questions than it answered. There are several troubling entries that support the Plaintiff's belief that the accounting on the loan is incorrect and that the foreclosure fees/costs are ongoing past the dismissal of the foreclosure action.  The troubling entries are as follows:

    a.     April 18, 2017, Misc. Repayment for $50.00

    b.     January 9, 2017, Misc. Repayment for $250.00

    c.     March 8, 2017, Attorney Adv for $50.00

    d.     December 23, 2016, Attorney Adv for $250.00

    e.      November 22, 2016, Attorney Adv for $250.00

    f.      November 22, 2016, Stat Exp for $55.00

    g.      November 11, 2016, Misc f/c and b/r expenses for $75.00

35.      Through its own conduct and the conduct of its designated counsel Defendant has shown a pattern of disregard to the requirements imposed upon Defendants by Federal Reserve Regulation X.

### Count I: Violation of 12 U.S.C. §2605(k)
### Failure to Comply with Error Resolution Procedures

36.      Plaintiff repeats, re-alleges and incorporates by reference paragraphs 1 through 35.

37.      The Loan is a federally regulated mortgage loan as defined by 12 C.F.R. § 1024.2(b).

38.      Defendant was obligated to investigate and provide any response, in writing, to the NOE as it relates to the request for information as provided by 12 C.F.R. § 1024.35(e)(1)(i).

39.      Defendant was obligated to investigate Plaintiff's Notice of Error, and either correct the errors identified and provide the Plaintiff with a written notification of the correction, the effective date of the correction and contact information, including a telephone number, for further assistance or conduct a reasonable investigation and provide the borrower with written notification that includes a statement that no error occurred, a statement of the reason(s) for the determination and the borrower's rights to request the documentation under 12 C.F.R. § 1024.35(e)(1)(i)(A) and (B).

40.     The response to the NOE was contradicted with the written terms of the loan modification, thus the investigation was farcical in nature and far from reasonable. The "quizzical" no error assertion was an "odd conclusion" that "stands in contrast to the history traced out in the loan," and more specifically, to the terms of the loan modification.

41.     Section 6, Subsection (k) of RESPA states in relevant part:

> **(k) Servicer Prohibitions**
> **(1) In general**
> A servicer of a federally related mortgage shall not—
> …
> (C) fail to take action to respond to a borrower's requests to correct errors relating to allocation of payments, final balances for purposes of paying off the loan, or avoiding foreclosure, or other standard servicer's duties;
> (D) fail to respond within 10 business days to a request from a borrower to provide the identity, address, and other relevant contact information about the owner or assignee of the loan; or
> **(E) fail to comply with any other obligation found by the [CFPB], by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.**

12 U.S.C. § 2605(k) (emphasis added).

42.     Section 1024.36 (Request for Information) of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696, 10714*, fn. 64 (Feb. 14, 2013) ("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations"). *See also 78 Fed. Reg.* at 10737, 10753 (the CFPB noting that Section 1024.36 implements Section 6(k)(1)(D)).

43.     The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.

44.     Defendant failed or refused to comply with 12 C.F.R. § 1024.35(e)(1)(i)(A) and (B) in that the Defendant did not provide corrections or explanations to the errors asserted in the Plaintiff(s) NOE.

45.     As such, Defendant has violated 12 U.S.C. § 2605(k)(1)(E).

46.     Plaintiff is entitled to actual damages as a result of Defendant's failure to comply with Regulation X and RESPA, pursuant to 12 U.S.C. § 2605(f)(1)(A) including but not limited to: photocopying costs, postage costs, and reasonable attorney's fees incurred following Defendant's breach, in connection with review of the insufficient response and for the drafting of NOE. *See* Baez v. Specialized Loan Servicing, LLC, Case No. 15-81679-CIV-MARRA (S.D. Fla April 15, 2016) (the Court finding that attorney's fees associated with the review of a Servicers insufficient response to a Request for Information are actual damages incurred and related to an alleged RESPA violation); Marais v. Chase Home Finance, LLC, 737 F.3d 711, 721 (6th Cir. 2013) (the Court finding that expenses became actual damages when servicer ignored its statutory duties); Cortez v. Keystone Bank, Inc. 2000 WL 536666, 12 (E.D. Pa. 2000) (the Court finding that actual damages encompass compensation for pecuniary loss); Rawlings v. Dovenmuehle Mortg., Inc., 64 F.Supp.2d 1156, 1164 (M.D. Ala. 1999) (the Court finding that actual damages include costs for correspondence and travel).

47.     As a direct and proximate result of Defendant's failure to comply with Regulation X and RESPA, Plaintiff has suffered actual damages. . Specifically, Plaintiff paid Consumer Law Attorneys $19.95 for drafting and sending of the NOE and monitoring the response to the NOE, certified postage costs of less than $100.00 for mailing the NOE, and attorney's fees and costs, incurred after the Defendant's failure to respond or sufficiently respond to the NOE, in an amount to be proven at trial.

48.     Plaintiff has hired Consumer Law Attorneys, for legal representation in this action and has agreed to pay a reasonable attorney's fee.

49.     Plaintiff is entitled to the costs of this action, together with a reasonable attorney's fee as determined by the Court, pursuant to 12 U.S.C. § 2605(f)(3).

**WHEREFORE**, Plaintiff, demands judgment against the Defendant for actual damages together with interest, costs and attorney's fees pursuant to 12 U.S.C. § 2605(f), and any other and further relief as this Honorable Court may deem just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury on all counts.

Dated: November 14th, 2017.

**Respectfully Submitted,**

**By: _____ /S/  Young Kim_____**
**Young Kim, Esq.,**
**FBN: 122202**
**Consumer Law Attorneys**
**2325 Ulmerton Rd, Ste. 16**
**Clearwater, FL 33762**
**(561) 228-6200 Office**
**Service e-mail: service@consumerlawattorneys.com**
**File Attorney: ykim@consumerlawattorneys.com**
**                afung@consumerlawattorneys.com**
**File Paralegal: maponte@consumerlawattorneys.com**

# Exhibit

## "A"

INSTR # 112275679, OR BK 50764 PG 386, Page 1 of 4, Recorded 05/08/2014 at
02:28 PM, Broward County Commission, Deputy Clerk ERECORD
Case 0:17-cv-62188-WPD Document 3 Entered on FLSD Docket 11/14/2017 Page 12 of 273

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 5/7/2014 9:44:49 AM.****

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

# 27

**CASE NO: CACE 11-032457**

**BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE
HOME LOANS SERVICING LP,**

            Plaintiff,

vs.

**ANTHONY E. DINO,** *et al.,*

            Defendants.

_____/

## FINAL JUDGMENT OF FORECLOSURE

    **THIS ACTION** was heard before the Court for trial on May 7, 2014. Based on the evidence presented and being fully informed in the premises, **IT IS ORDERED AND ADJUDGED that:**

1.    Final judgment of foreclosure in favor of Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP's **(BANA)** is GRANTED. Service of process has been duly and regularly obtained over defendant, Anthony E. Dino (12/29/11).

2.    The Court specifically finds that BANA is entitled to final judgment over defendant on BANA's complaint for mortgage foreclosure.

3.    **Amounts Due.** There is due and owing to BANA the following:

| | | |
|---|---|---:|
| Principal | $ | 279,992.00 |
| Interest from 4/01/11 thru 5/7/14 @ variable rates | $ | 38,479.61 |
| Hazard Insurance Escrows | $ | 7,750.36 |
| Flood Insurance Escrows | $ | 1,142.00 |
| Subsidence Insurance Escrows | $ | 5,461.00 |
| Property Taxes | $ | 5,507.07 |
| Filing Fees | $ | 1,948.50 |
| Title Fees | $ | 650.00 |
| Process Server Fees | $ | 240.00 |
| Court Costs | $ | 537.00 |

{28597633.1}

| | | |
|---|---|---|
| Property Inspections | $ | 160.00 |
| Skip Trace Fee | $ | 90.00 |
| **Total** | $ | 341,957.54 |

4.   **Interest.**  The grand total amount referenced in paragraph 3 shall bear interest from this date forward at the prevailing legal rate of interest.

5.   **Lien on Property.**   Plaintiff BANA, whose address is BANA c/o Bank of America, N.A., 7105 Corporate Drive, Plano, Texas, 75024, holds a lien for the grand total sum specified in paragraph 3 herein.  The lien of BANA is superior in dignity to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through, or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to Florida Statutes section 718.116.  BANA's lien encumbers the subject property located in Broward County, Florida and described as:

**ALL THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF BROWARD, STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS LOT 24, BLOCK 100 LESS THE NORTH 15 FEET THEREOF, OF PROGRESSO, ACCORDING TO THE PLATE THEREOF, RECORDED IN PLAT BOOK 2, PAGE 2-D OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA, SAID LANDS LYING, BEING AND SITUATE IN BROWARD COUNTY, FLORIDA.**

**Property address:**   **1244 NE 16TH TERRACE, FT. LAUDERDALE, FL 33304**

6.   **Sale of Property.**   If the grand total amount with interest at the rate described in paragraph 4 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on *June 25, 2014*, 2014 to the highest bidder for cash, except as prescribed in Paragraph 7, at:

[ ] Room 230, 201 Southeast 6th Street, Fort Lauderdale, Florida at 10:00 a.m.

**[ X ] www.broward.realforeclose.com, the Clerk's website for on-line auctions at 10:00 a.m. after first having given notice required by Section 45.031, Florida Statutes.**

7.   **Costs.**  BANA shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if BANA is not the purchaser of the property for sale. If BANA is the purchaser, the Clerk shall credit BANA's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. The Clerk shall receive the service charge imposed in Florida Statutes section 45.031, for services in making, recording, and certifying the sale and title that shall be assessed as costs.

8.   **Right of Redemption.**  On filing of the certificate of sale, all defendants' rights of redemption as proscribed by Florida Statutes section 45.0315 shall be terminated.

9.   **Distribution of Proceeds.**  On filing the certificate of title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of BANA's costs; second, documentary stamps affixed to the certificate; third, BANA's attorney's fees; fourth, the total sum due to BANA, less the items paid, plus interest from this date to the date of the sale at the rate prescribed in paragraph 4. During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court.

10.   **Right of Possession.**  Upon filing of the certificate of title, defendants and all persons claiming under or against defendants since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property, subject to the provisions of the "Protecting Tenant At Foreclosure Act of 2009."

11.   **Attorney Fees.** The Court reserves jurisdiction to award attorneys' fees and costs to BANA.

12.   **NOTICE PURSUANT TO AMENDMENT TO FLORIDA STATUTES SECTION 45.031, (2006)**

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU

**FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 201 SOUTHEAST 6TH STREET, ROOM 230, FORT LAUDERDALE, FLORIDA, PHONE NUMBER: (954) 831-5745, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC., 491 NORTH STATE ROAD 7, PLANTATION, FLORIDA, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC., FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

13.  **Jurisdiction.**  Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this \_\_\_\_ day of _MM_ _____ 2014.

_____
Circuit Judge

Copies furnished to:
**William P. Heller, Esq., Akerman LLP,**
    350 East Las Olas Boulevard, Suite 1600, Fort Lauderdale, FL 33301
**Brian K. Korte, Esq., Korte & Wortman, P.A.**
    2041 Vista Parkway, Suite 102, West Palm Beach, FL 33411
**Law Offices of Daniel C. Conseugra,**
    9204 King Palm Drive, Tampa, FL 33619

# Exhibit

# "B"

After Recording Return to:

Bayview Loan Servicing, LLC
Attn:  Collateral Department
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

---

[Space Above This Line For Recording Data]

## LOAN ADJUSTMENT AGREEMENT

This loan adjustment agreement is made and entered into as of May 27, 2016  (the  Effective Date ), by and between, Bayview Loan Servicing, LLC, ("Servicer") and ANTHONY E DINO ("Borrower"):

### RECITALS

A.  Servicer is the holder or servicing agent of the holder of that certain Promissory Note ("Note") dated 04/25/2007, executed by Borrower or Borrower's predecessor-in-interest in the original principal sum of  $280,000.00 .

B.  The note evidences a loan ("Loan") to Borrower or Borrower's predecessor-in-interest on 04/25/2007, in the original principal sum of  $280,000.00  along with a Deed of Trust or Mortgage ("Security Instrument") securing said Note. The Security Instrument creates a secured lien on certain real property ("Property") owned by Borrower (and is more specifically described in the Security Instrument). The Note and Security Instrument and all other loan documents related to the Loan are hereinafter collectively referred to as the "Loan Documents".

C.  Due to adverse economic circumstances, Borrower has requested Servicer to adjust the scheduled amortization of the Note to permit Borrower to meet Borrower's obligations to Servicer in full and in a timely manner. The requested adjustment will benefit Borrower, Servicer and any junior lien holder, by avoiding the possible foreclosure of the Loan by Servicer.  Accordingly, it is considered to be in the best interest of all concerned to enter this Loan Adjustment Agreement ("Agreement").

D.  Borrower hereby agrees that this Agreement may only become effective upon Borrower's completion of the Stipulation Agreement dated May 27, 2016; If Borrower successfully completes all the terms of said Stipulation, Servicer will execute this Agreement and adjust the Loan accordingly. However, said execution is subject to Borrower's addressing and clearing of any and all title issues to Servicer's satisfaction.  All payments made pursuant to the Stipulation Agreement (with the exception of the down payment mentioned below) will be credited to payments due under this Agreement.

E.  Both Borrower and Servicer hereby agree that Servicer may, in its sole discretion, record this Agreement.

### AGREEMENT

NOW, THEREFORE, Borrower and Servicer hereby agree as follows:

1.  **NOTE MODIFICATIONS:**
    (a)  **Outstanding Debt:**
    Borrower agrees that the unpaid principal balance due on the Note of  $279,992.00  (including credit for Stipulation Agreement downpayment), shall be increased by $70,496.06 the amount of the unpaid installments, interest, late charges, fees and costs, and, if applicable, any advances for unpaid property taxes and/or insurance premiums ("Unpaid Sums Due"), for a total unpaid principal balance due of  $350,488.06  ("New Balance"). Based on the consideration listed above, and other good and valuable consideration, Servicer agrees to defer and waive interest upon $9,924.09 ("Deferred Balance") of the New Balance until the loan matures on 06/01/2056 at which time the Deferred Balance shall be immediately due and payable as a balloon payment, as well as any outstanding amounts due under the terms of the mortgage. In the event that the Deferred Balance is not paid timely as agreed or in the event of a default under this agreement or the loan documents, interest shall accrue on the Deferred Balance at the rate in effect prior to the loan immediately prior to maturity or the time of default, and will adjust thereafter according to the terms of the Note. Borrower agrees to the accuracy of the allegations contained in the above Recitals as well as to the authenticity and validity of each document referred to herein and to the validity of the unpaid sums due and the New Balance. Interest and payments will accrue on the New Balance at the interest rates, whether adjustable, variable or fixed, provided in the Note, unless modified by this Agreement.

    (b)  **New Monthly Payments, Payment Adjustments:**

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 06/01/2016 | $1,031.32 | $433.18 | $1,464.50 | 07/01/2016 | 60 |
| 6 | 3.000% | 06/01/2021 | $1,198.15 | Adjust Annually | Adjust Annually | 07/01/2021 | 12 |
| 7 | 4.000% | 06/01/2022 | $1,374.25 | Adjust Annually | Adjust Annually | 07/01/2022 | 12 |
| 8 | 5.000% | 06/01/2023 | $1,556.19 | Adjust Annually | Adjust Annually | 07/01/2023 | 12 |
| 9 | 6.000% | 06/01/2024 | $1,748.66 | Adjust Annually | Adjust Annually | 07/01/2024 | 12 |
| 10-40 | 6.880% | 06/01/2025 | $1,920.52 | Adjust Annually | Adjust Annually | 07/01/2025 | 372 |

Effective on 06/01/2025, Borrower's rate of interest will be 6.88% and will remain fixed for the remaining life of the loan.

**(c) New Maturity Date:**
The maturity date will be 06/01/2056, on which date any unpaid interest and all other sums due shall be paid in full.

**2. ESTABLISHMENT OF IMPOUND/ESCROW ACCOUNT:**
Borrower acknowledges that Servicer will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Servicer will analyze the impound/escrow account from time to time. As a result of this analysis, the escrow portion of Borrower's monthly payment may change. Borrower further acknowledges that the escrow portion of his/her monthly payment may be substantially higher than the estimate. (Note: In certain states, impound/escrow accounts do not collect for payment of taxes pertaining to Bond/Special Assessments and Irrigation/Water District).

**3. MORTGAGE INSURANCE:**
Borrower agrees that the mortgage insurance premiums on the Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment. Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of this Agreement.

**4. AGREEMENT NOT TO ENCUMBER:**
Borrower agrees that it will not voluntarily or involuntarily: (i) grant any interest in or option with respect to, any of the Property; or (ii) create or permit to exist any lien, security interest, or other charge or encumbrance upon or with respect to any of the Property, except for Servicer's already existing security interest and lien, or sell the Property for the benefit of itself or any party or in any manner other than that contemplated by this Agreement.

**5. ASSIGNMENT OF LEASES AND RENTS AND RECEIVERSHIP:**
The existing Mortgage and Note shall be amended to include the following: In the event the loan is in default and Borrowers are generating any gross income from the property by virtue of a tenancy or any other arrangement, Borrowers agree to assign and transfer to Servicer the right title and interest of Borrower in all existing and future leases and agreements whether or not in writing, and any rents and deposits derived and collected therefrom, affecting and pertaining to the use enjoyment or occupancy of any part of the premises. Borrower consents to the entry by Servicer, Servicer's agent, or court appointed receiver or designee, to enter the premises to collect the rents and enforce the leases. Borrower further consents to the appointment of a court appointed Receiver in the event the loan is in default.

**6. NO OTHER CHANGES:**
Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations, and conditions in the Note and the Security Instrument remain unmodified and in full force and effect. The Security Instrument continues to secure on a first and prior lien basis the due and punctual payments of the Note, as modified by this Agreement. None of Borrower's obligations or liabilities under the Security Instrument shall be diminished or released by any provisions herein. Nor shall this Agreement in any way impair, diminish, or affect any of the Borrower's rights or remedies in the Security Instrument whether such rights or remedies arise herein or by operation of law. Any inserted terms, changes or additions to this Agreement will immediately render it null and void. Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing the below Borrower has voluntarily signed this Agreement.

AM011 Deferred Stip to Mod Agreement Letter Fixed (Step Rate) V 2.1 Loan No.: 1169682

**7.   NO RELIANCE; CONSTRUCTION:**

Each of the parties hereto hereby declare that, prior to the execution of this Agreement, they have apprised themselves of sufficient relevant data in order that they might intelligently exercise their own judgments in deciding on the contents of this Agreement and whether to execute this Agreement. Borrower further represents that neither the decision to execute this Agreement, or in any other fashion or party, or any predecessor in interest, its successors, assigns, officers, directors, employees, agents or attorneys. Each of the parties hereto hereby further acknowledges and agrees that each of them has had significant input in the development of this Agreement and this Agreement shall not therefore be construed.

**8.   NO ORAL MODIFICATION:**

This Agreement may not be amended or modified in any way except by a written instrument executed by all of the parties hereto.

**9.   SUCCESSORS AND ASSIGNS:**

This Agreement shall be binding upon and inure to the benefit of the signatories to this Agreement and each of their respective successors and assigns. The obligations of the signatories to this Agreement shall not be delegated or assigned.

**10.   ATTORNEY'S FEES:**

In the event that any party hereto brings suit for the collection of any damages resulting from, or the injunction of any action constituting a breach, of any terms or provisions of this Agreement, then the prevailing party shall be entitled to recover all reasonable court costs and attorney's fees, at all levels.

Borrower and Lender agree that if there is a pending foreclosure action that results in a voluntary dismissal as a result of a modification or a similar settlement between Borrower and Lender then Borrower and Lender will each pay for their respective attorney fees and costs and neither party will be responsible for the other parties attorneys fees and costs.

**11.   PARTIAL INVALIDITY:**

If any term, covenant or condition of this Agreement or its application to any person or circumstances shall be held to be illegal, invalid or unenforceable, the remainder of this Agreement or the application of such term or provisions to other persons or circumstances shall not be affected, and each term hereof shall be legal, valid and enforceable to the fullest extent permitted by law, unless an essential purpose of this Agreement would be defeated by the loss of the illegal, unenforceable, or invalid provision. In the event of such partial invalidity, the parties shall seek in good faith to agree on replacing any such legally invalid provisions with valid provisions which, in effect, will, from an economic viewpoint, most nearly and fully approach the effect of the invalid provision and the intent of the parties in entering into this Agreement.

IN WITNESS WHEREOF, Servicer and Borrower have executed this Loan Adjustment Agreement.

Borrower:

By: _(signature)_                                    Date:   6/30/2016
ANTHONY E DIRO

Servicer:

_(signature)_                                         Date:   9.13.16
Vice President, Bayview Loan Servicing, LLC

Licensed Loan Originator: Gregory Sargent
MLO License Number: 72120
Direct:   877-650-0140 Ext. 2029  Monday - Friday 9:00 am to 6:00 pm ET
Fax:      877-360-9593

AM011 Deferred Step to Mod Agreement  Letter Fixed (Step Rate) V 2.1 Loan No.: 1100682                    Page 3 of 3

# Exhibit

## "C"

**** FILED: BROWARD COUNTY, FL  Howard C. Forman,  CLERK 11/7/2016 3:55:17 PM.****

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT OF
FLORIDA IN AND FOR BROWARD COUNTY
GENERAL JURISDICTION DIVISION
CASE NO. CACE11032457

BANK OF AMERICA, N.A, SUCCESSOR BY
MERGER TO BAC HOME LOANS SERVICING,
LP FKA COUNTRYWIDE HOME LOANS
SERVICING LP,
      Plaintiff,

vs.

ANTHONY EDWARDO DINO, et al.,
      Defendants.

_____/

### ORDER TO VACATE FINAL JUDGMENT OF MORTGAGE FORECLOSURE, RELEASE ORIGINAL LOAN DOCUMENTS, DISMISS FORECLOSURE ACTION, AND RELEASE LIS PENDENS

      **THIS CAUSE** having come before the Court on Plaintiff's Motion to Vacate Final Judgment of Mortgage Foreclosure, Release Original Loan Documents, Dismiss Foreclosure Action, and Release Lis Pendens and the Court being fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

1.   Plaintiff's Motion to Vacate Final Judgment of Mortgage Foreclosure, Release Original Loan Documents, Dismiss Foreclosure Action, and Release Lis Pendens is hereby **GRANTED**.

2.   The Final Judgment of Mortgage Foreclosure entered on May 7, 2014 is hereby **VACATED**.

3.   **Relief from Judgment is granted pursuant to F.R.C.P. 1.540(b)(5).**

4.   The foreclosure action is hereby dismissed without prejudice.

5.   The Lis Pendens recorded on 01/09/2012, OR Book 48434, Page 1849, is hereby released against the property described as:

**Lot 24, Block 100 less the North 15 feet thereof, of Progresso, according to the Plat thereof, recorded in Plat Book 2, Page 18 of the Public Records of Dade County, Florida, said Lands lying, being and situate in Broward County, Florida.**

6.   The Clerk shall return the original loan documents to counsel for Plaintiff, McCalla Raymer Pierce LLC, 225 E. Robinson Street, Suite 155, Orlando, FL 32801.

      DONE AND ORDERED at Broward County, Florida, this _____7_____ day of _____November_____, 20 16.

TT Ryan Lawson 105318

_____
CIRCUIT JUDGE

Copies to parties on the attached service list.

<u>SERVICE LIST</u>

MCCALLA RAYMER PIERCE, LLC
225 E. ROBINSON ST. SUITE 155
ORLANDO, FL 32801
<u>mrservice@mrpllc.com</u>

Allegra Fung, Esq. (Counsel of Anthony Edwardo Dino)
2041 Vista Parkway, Suite 102
West Palm Beach, FL 33411

 Current Resident(s)
1244 NE 16th Terrace
Ft. Lauderdale, FL 33304

# Exhibit

# "D"

# KORTE & WORTMAN, P.A.

Bayview Loan Servicing, LLC*
Attn: Customer Support
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

**<u>VIA CERTIFIED MAIL - 7015 1520 0002 2777 2787</u>**

Re:     Request for Information under 12 CFR 1024.36 of Regulation X and TILA Request

<u>To Whom It May Concern:</u>

Please be advised that this firm represents <u>Anthony Dino</u>. Please consider this letter to constitute a Request for Information under 12 CFR Section 1024.36 of Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective on January 10, 2014 for the property located at <u>1244 NE 16 Terrace, Fort Lauderdale, FL 33304</u>. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding loan servicing. Under these amendments, you must acknowledge receipt of this Request in writing within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this Request in writing within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays). Please see the executed authorization from <u>Anthony Dino</u> enclosed with this letter.

**<u>As you know, the information requests are time sensitive. In order to validate the debt and audit the account, we need copies of all pertinent documents to be provided and answers in writing to various servicing questions to be sent directly to our office as counsel of record for the borrower at Korte & Wortman, P.A., 2325 Ulmerton Road, Suite 16, Clearwater, FL 33762. The reason that the borrower is requesting that ALL responses be sent to our office instead of the homeowner is to preserve evidence and ensure compliance with the law.   Do not send any responses to this request to the homeowner/borrower.</u>**

We are writing to you to request specific itemized information about the accounting and servicing of my clients mortgage and of our need for understanding and clarification of various charges, credits, debits, transactions, actions, payments, analyses and records related to the servicing of my loan from its inception to the present date.

My client(s) is disputing the validity of the current debt you claim is owed. We and the borrower(s) believe that there are errors made in the accounting of the loan, including but not

limited to the escrow accounting, late fees, debits and credits made to the account.  To independently validate this debt, we need to conduct a complete exam, audit, review and accounting of my mortgage loan for the last five years. Our client is also concerned that he/she was not considered for all available loan modification programs. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agencies until you respond to my "requests." We are therefore requesting the following information for the period beginning January 10, 2014, until your receipt of this Request (the "Applicable Period"):

1. A schedule of transactions credited or debited to the mortgage loan account, including any escrow account as defined in 12 CFR § 1024.17(b) and any suspense account.
2. Copy of the security instrument that establishes the lien securing the mortgage loan.
3. Any notes created by the servicer personnel reflecting communications with borrower about the mortgage loan account.
4. To the extent applicable, a report of the data fields relating to the borrower's mortgage loan account created by the servicer's electronic system in connection with servicing practices.
5. All correspondence sent to the borrower from January 10, 2014 to present related to the transfer or change of loan servicer for the borrower's Loan.
6. Copies of any information or documents provided by the borrower to the servicer in accordance with the procedures set forth in 12 CFR § 1024.41.
7. All correspondence sent to the borrower related to the mortgage loan other than mortgage statements from January 10, 2014 to present.
8. Please identify any and all late fees that have been assessed to this account and the dates they were assessed.
9. The identity, address and telephone number of the current owner or assignee of this Loan.
10. The identity, address and telephone number(s) of any sub-servicer of this Loan.
11. The identity, address and telephone number(s) of all servicers to this Loan for the last five years.
12. All correspondence sent to the borrower for the last five years related to the transfer or change of loan servicer for the borrower's Loan.
13. All proof of insurance coverage for the last five years.  Please provide the following in regards to the insurance policies:
    a. A copy of the Declarations Page for all policies for the property for the last five years.
    b. Proof of payment for the insurance policies for the last five years.
14. All copies of inspection reports, invoices and proof that the invoices were paid since the property has been in foreclosure. Please clarify in writing when it was determined that the property was occupied and the dangers to the property that required the continued inspections.

15. All written notice(s) provided to the borrower which purports to establish an address that a borrower must use to request information under 12 CFR § 1024.36 from January 10, 2014 to present.

16. All written notice(s) provided to the borrower before any change in the address used for receiving an information request from January 10, 2014 to present.

17. Any periodic statement required pursuant to 12 CFR § 1026.41, a brief statement informing the borrower(s) that they have certain rights under Federal Law related to resolving errors and requesting information about their account, or in the alternative, include a description of the procedures set forth in 12 CFR § 1024.35 and 12 CFR § 1024.36

18. Copies of any loan modification agreements offered to this Loan.

19. Fully executed loan modification agreements attributed to this Loan. Please confirm the date the modification became effective.

20. All correspondence from your Company, any subsidiaries or prior servicers for this Loan following any loss mitigation applications/submissions related to this Loan which were sent to the borrower from January 10, 2014 to present.

21. All correspondence from your Company, any subsidiaries or prior servicers for this Loan related to borrowers' rights to appeal denials of a loan modification which were sent to the borrower from January 10, 2014 to present.

22. Please provide a letter log or communications log that would show the dates you responded to correspondences regarding the loss mitigation application/submission.

23. Please provide the date the loss mitigation application/submission was deemed complete pursuant to 12 CFR § 1024.41.

24. Copies of all documents that show that I was considered for all available modification options.

25. A current payoff statement.

26. A current reinstatement amount. Please clarify the following information regarding the reinstatement:

   a. The date reinstatement is calculated from;

   b. A breakdown of the reinstatement to include a delineation of all charges, including the dates that charges were incurred;

   c. If applicable, the charges specifically requested are the amounts accrued before the dismissal of the foreclosure case, the amounts accrued after the dismissal of the foreclosure action, attorney fees, taxes and insurance costs and any other charges posted to the account.

27. Please provide the current interest rate being charged to the account for the Loan.

28. Past twelve (12) monthly mortgage statements.


If you determine that any of the above information is not available to you, you are required to provide written notification of that determination and a basis for that determination, including the

contact information for further assistance, within thirty (30) days pursuant to 12 CFR Section 1024.36(d)(1)(ii).

**Pursuant to Section 1024.36(c), you must acknowledge receipt of this Request in writing within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays). Pursuant to Section 1024.36(d)(ii)(2)(B), you must respond to this Request in writing not later than thirty (30) days thereof (excluding legal public holidays, Saturdays and Sundays).**

Please note that request number six (6) seeks all relevant contact information for the current owner of this Loan. **This request is being made pursuant to Section 2605(k)(1)(D) of RESPA. Please provide this information within ten (10) business days of receipt of this letter.**

In the event that the Request for Information section of this correspondence has been sent to an address which differs from an exclusive address that you previously designated, and in accordance with 12 CFR Section 1024.36(b), please do one of the following: (1) direct this Request for Information to the correct address; or (2) provide the undersigned a written notice, within five (5) business days, specifying the designated address along with a copy of the original notice sent to the above-referenced client that established the exclusive address in accordance with 12 CFR Section 1024.36(b).

**Again, as you know, the information requests are time sensitive. In order to validate the debt and audit the account, we need copies of all pertinent documents to be provided and answers in writing to various servicing questions to be sent directly to our office as counsel of record for the borrower at Korte & Wortman, P.A., 2325 Ulmerton Road, Suite 16, Clearwater, FL 33762. The reason that the borrower is requesting that ALL responses be sent to our office instead of the homeowner is to preserve evidence and ensure compliance with the law.**

## DO NOT SEND ANY RESPONSES DIRECTLY TO THE BORROWER

Very truly yours,


Korte & Wortman, P.A.

# Exhibit

## "E"

## USPS Tracking® Results

FAQs ❯ (http://faq.usps.com/?articleId=220900)

Track Another Package ✚

Remove ✕

Tracking Number: 70151520000227772787

❯        ❯        ❘        Delivered

Expected Delivery Day: Friday, December 9, 2016 ⓘ

### Product & Tracking Information

See Available Actions

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 9, 2016, 11:38 am** | **Delivered, Front Desk/Reception** | **MIAMI, FL 33146** |
| | ▲ | |
| Your item was delivered to the front desk or reception area at 11:38 am on December 9, 2016 in MIAMI, FL 33146. | | |
| December 9, 2016, 10:16 am | Arrived at Unit | MIAMI, FL 33146 |
| December 8, 2016, 9:17 pm | Departed USPS Regional Destination Facility | OPA LOCKA FL DISTRIBUTION CENTER |
| December 8, 2016, 2:08 pm | Arrived at USPS Regional Destination Facility | OPA LOCKA FL DISTRIBUTION CENTER |

See More ⌄

## Available Actions

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

• Set up automatic email and text alerts, so you'll never have to manually track a package again

• Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

(https://www.usps.com/) **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input**

**HELPFUL LINKS**

Contact Us
(https://www.usps.com/help/welcome.htm)

Site Index (https://www.usps.com/globals/site-index.htm)

FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)

Newsroom
(http://about.usps.com/news/welcome.htm)

USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)

Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)

Government Services
(https://www.usps.com/gov-services/gov-services.htm)

Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway
(https://gateway.usps.com/)

Postal Inspectors
(https://postalinspectors.uspis.gov/)

Inspector General (http://www.uspsoig.gov/)

Postal Explorer (http://pe.usps.gov/)

National Postal Museum
(http://www.postalmuseum.si.edu/)

Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)

Terms of Use
(http://about.usps.com/termsofuse.htm)

FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)

No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)  (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)  (https://www.youtube.com/usps)

# Exhibit

## "F"

 **BAYVIEW®**
LOAN SERVICING

Bayview Loan Servicing, LLC
P.O. Box 331409
Miami, FL 33233-1409



U.S.POSTAGE ≫ PITNEY BOWES

ZIP 33146
02 4W
0000340851 JAN 11 2017
$ 008.45⁰

Keorte & Wortman, P.A
2325 Ulrerton. Ste. 16
Clearwater , Fl 33762

ILS-08 (10/15)

 **BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

January 9, 2017

Korte & Wortman, P.A
2325 ULMERTON RD. STE. 16
CLEARWATER, FL 33762

RE:    **RESPA Information Request**
       **Account Number (1109682)**
       **Case Number: (10000026393)**

Dear Korte & Wortman, P.A.:

This letter is in response to your correspondence directed to Bayview Loan Servicing, LLC ("Bayview") regarding your mortgage loan account.

We have provided the information and documents described below.

Please be advised a review of this account indicate this account is in an active chapter 13 Bankruptcy.

**RESPA INFORMATION REQUEST**

### *Overbroad or Unduly Burdensome Request*

We are not required to respond to an information request if: (1) the borrower requests that the servicer provide an unreasonable volume of documents or information to the borrower; or (2) the servicer, acting diligently, cannot respond without exceeding the maximum allowable time limit or without incurring costs or dedicating resources that would be unreasonable in light of the circumstances.

### *Confidential, Proprietary, or Privileged Information*

We are not required to respond to an information request if the information requested is confidential, proprietary, or privileged.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor,**
**Coral Gables, Fl 33146**



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

## PAYOFF STATEMENT REQUEST

You requested the current amount necessary to pay off your loan in full.  We will provide you with a payoff statement under separate cover.

### *Request for Current Owner*

The current owner of the loan is: Opportunity Funds US Bank, 60 Livingston Ave, St Paul, MN 55107.

### *Responses to Remaining Information Requests*

Enclosed please find the following in response to your requests:

- Account Activity Statement (Bayview's and prior servicer's) which provide a detailed accounting of all transactions and their effective due dates for your review.
- Interest Only Adjustable Rate Note
- Mortgage
- Assignment of Mortgage
- Notice of Transfer
- Loss Mitigation Letter
- Modification Agreement
- Property Inspection
- Force Placed Insurance
- Homeowner Insurance Declaration Page
- Denial Letter
- Correspondence letter

We have enclosed all supporting documentation used to complete the review of Ms. Morgan's account. You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146**



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

If you have any further questions, please contact our Customer Service Department at our toll free number, (800) 457-5105, Monday-Friday, 8:00 am to 9:00 pm ET.


Thank you.

Sincerely,

Leslie Diyoka
Customer Support Department
Bayview Loan Servicing, LLC


Enclosures

The Following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146

```
                          BAYVIEW LOAN SERVICING, LLC
                          4425 PONCE DE LEON BLVD, 5TH FLOOR
                          CORAL GABLES, FL   33146


                 CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                    PAGE   1


ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE     FL 33304



LOAN NUMBER: 0001109682
*********************************************************************************
----------------------- CURRENT ACCOUNT INFORMATION ----------------------
   DATE        TOTAL        PRINCIPAL        LOAN        CURRENT
  PAYMENT     PAYMENT       & INTEREST     INTEREST     PRINCIPAL        ESCROW
   DUE        AMOUNT         PAYMENT         RATE        BALANCE        BALANCE
01-01-17     1,464.50       1,031.32       2.00000     337,770.08      2,172.41
   2ND MORTGAGE:                            0.00  0.00000     9,924.09
*********************************************************************************

                   ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
 PROCESS     DUE      TRANSACTION        TRANSACTION                EFFECTIVE DATE
  DATE      DATE       CODE              DESCRIPTION                 OF TRANSACTION
---------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER-------------
   AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
12-23-16  12-16  173   PAYMENT
      0.00         0.00       0.00       0.00
12-23-16  12-16  173   PAYMENT
  1,464.50       467.59     563.73     433.18
              347,694.17                2172.41    NEW PRINCIPAL/ESCROW BALANCES
12-23-16  00-00  630   ATTORNEY ADVANCES
    250.00         0.00       0.00       0.00
12-21-16  00-00  766   MISC. REPAYMENT
     75.00         0.00       0.00       0.00
12-21-16  12-16  145   ADJUSTMENT
      0.00         0.00       0.00       0.00
12-12-16  11-16  353   OTHER/WINDSTORM INSURANCE PREMIUM
     25.39-        0.00       0.00      25.39-
                                      1739.23    NEW PRINCIPAL/ESCROW BALANCES
11-22-16  00-00  632   STATUTORY EXPENSES
     55.00         0.00       0.00       0.00
11-22-16  00-00  630   ATTORNEY ADVANCES
    250.00         0.00       0.00       0.00
11-18-16  11-16  173   PAYMENT
      0.00         0.00       0.00       0.00
11-18-16  11-16  173   PAYMENT
  1,464.50       466.81     564.51     433.18
              348,161.76                1764.62    NEW PRINCIPAL/ESCROW BALANCES
```

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146

```
                CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 01/09/17
REQ BY OLD                                                     PAGE    2


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                 ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS   DUE     TRANSACTION         TRANSACTION             EFFECTIVE DATE
DATE      DATE    CODE                DESCRIPTION             OF TRANSACTION
------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/     ESCROW PAID/ -----------OTHER-------------
  AMOUNT        BALANCE   INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
11-14-16  10-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
      26.23-      0.00        0.00      26.23-
                                      1331.44   NEW PRINCIPAL/ESCROW BALANCES
11-11-16  00-00  633  MISC. F/C AND B/R EXPENSES
      75.00       0.00        0.00       0.00
11-08-16  11-16  312  COUNTY TAX
   1,572.07-      0.00        0.00    1572.07-
                                      1357.67   NEW PRINCIPAL/ESCROW BALANCES
10-24-16  10-16  173  PAYMENT
       0.00       0.00        0.00       0.00
10-24-16  10-16  173  PAYMENT
       0.00     466.04      565.28     433.18   1,464.50-
                348,628.57                       2929.74   NEW PRINCIPAL/ESCROW BALANCES
10-20-16  00-00  766  MISC. REPAYMENT
      11.00       0.00        0.00       0.00
10-18-16  10-16  173  PAYMENT
   1,464.50       0.00        0.00       0.00   1,464.50
10-06-16  09-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
      25.39-      0.00        0.00      25.39-
                                      2496.56   NEW PRINCIPAL/ESCROW BALANCES
09-27-16  00-00  766  MISC. REPAYMENT
  28,675.19       0.00        0.00       0.00
09-27-16  00-00  766  MISC. REPAYMENT
   1,103.00       0.00        0.00       0.00
09-26-16  10-16  143  ADJUSTMENT
       0.00   9,924.09-       0.00       0.00
                349,094.61                       NEW PRINCIPAL/ESCROW BALANCES
09-26-16  10-16  494
       0.00       0.00        0.00       0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
     675.47-      0.00        0.00       0.00     675.47-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
     675.47       0.00        0.00       0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
     999.99-      0.00        0.00       0.00     999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
     999.99       0.00        0.00       0.00
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


               CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                  PAGE   3


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE    TRANSACTION            TRANSACTION              EFFECTIVE DATE
DATE       DATE   CODE                   DESCRIPTION              OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/         ESCROW PAID/ ------------OTHER------------
   AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    999.99-       0.00      0.00      0.00    999.99-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99        0.00      0.00      0.00
```

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146


                    CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 01/09/17
REQ BY OLD                                                          PAGE    4


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682


                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE     TRANSACTION           TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                  DESCRIPTION              OF TRANSACTION
------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
    AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------

| Process Date | Due Date | Code | Description | Transaction Amount | Prin. Paid/Balance | Interest | Escrow Paid/Balance | Other Amount |
|---|---|---|---|---|---|---|---|---|
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | | | | |
| | | | | 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | | | |
| | | | | 999.99 | 0.00 | 0.00 | 0.00 | |

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                  CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                     PAGE    5


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE     TRANSACTION          TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                 DESCRIPTION              OF TRANSACTION
----------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER------------
  AMOUNT        BALANCE    INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------------
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   999.99-        0.00      0.00     0.00      999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   999.99-        0.00      0.00     0.00      999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   999.99-        0.00      0.00     0.00      999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   999.99-        0.00      0.00     0.00      999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   999.99-        0.00      0.00     0.00      999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
   980.71-        0.00      0.00    19.28      999.99-*
                                   2521.95    NEW PRINCIPAL/ESCROW BALANCES
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   168  REPAY OF ESCROW ADVANCE
     0.00         0.00      0.00  7497.32-    7,497.32
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
 9,000.00         0.00      0.00  9999.99      999.99-*
                                   2502.67    NEW PRINCIPAL/ESCROW BALANCES
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
   999.99         0.00      0.00     0.00
09-23-16  10-16   168  REPAY OF ESCROW ADVANCE
     0.00         0.00      0.00  9999.99-    9,999.99
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
 9,000.00         0.00      0.00  9999.99      999.99-*
                                   7497.32-   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146



                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                       PAGE   6


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE       TRANSACTION           TRANSACTION              EFFECTIVE DATE
DATE       DATE      CODE                  DESCRIPTION              OF TRANSACTION
----------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ ------------OTHER------------
   AMOUNT       BALANCE   INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------------------
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99          0.00     0.00     0.00
09-23-16  10-16  168  REPAY OF ESCROW ADVANCE
      0.00          0.00     0.00   9999.99-  9,999.99
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
   7,655.94        0.00     0.00   9999.99     999.99-*
                                             1,344.06-
                               17497.31-  NEW PRINCIPAL/ESCROW BALANCES
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99          0.00     0.00     0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
      0.02-         0.00     0.00     0.00       0.02-
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
      0.01          0.00     0.00     0.00     103.01 *
                                             103.00-
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    103.01-         0.00     0.00     0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
      0.01          0.00     0.00     0.00     999.99 *
                                             999.98-
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99-         0.00     0.00     0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    103.01-         0.00     0.00     0.00     103.01-*
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    103.01          0.00     0.00     0.00
09-23-16  10-16  170  DISTRIBUTED PAYMENTS
    103.01          0.00     0.00     0.00     999.99-*
                                             1,103.00
09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    999.99          0.00     0.00     0.00
09-23-16  10-16  143  ADJUSTMENT
    NEW DUE DATE: 10-01-16, OLD DUE DATE: 04-01-12
09-23-16  04-12  143  ADJUSTMENT
      0.00    59,178.52-    0.00     0.00
             339,170.52                   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146                      .
```

```
              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
                                                           PAGE    7
REQ BY OLD
```

```
ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682
```

```
              ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE    TRANSACTION        TRANSACTION              EFFECTIVE DATE
DATE      DATE    CODE               DESCRIPTION              OF TRANSACTION
-----------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ ----------OTHER-----------
   AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
09-23-16  04-12  145  ADJUSTMENT
          0.00          0.00      0.00     0.00
09-21-16  00-00  631  PROPERTY PRESERVATION
         11.00          0.00      0.00     0.00
09-14-16  04-12  161  ESCROW ADVANCE
         26.23          0.00      0.00    26.23
09-14-16  08-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
         26.23-         0.00      0.00    26.23-
                                       27497.30-  NEW PRINCIPAL/ESCROW BALANCES

09-09-16  04-12  173  PAYMENT
       1,464.50         0.00      0.00     0.00   1,464.50
08-15-16  03-12  168  REPAY OF ESCROW ADVANCE
          0.00         0.00      0.00   880.92-    880.92
08-15-16  03-12  173  PAYMENT
          0.00         0.00  1,604.12   880.92   2,485.04-
                                       27471.07-  NEW PRINCIPAL/ESCROW BALANCES

08-15-16  03-12  173  PAYMENT
       1,464.50         0.00      0.00     0.00   1,464.50
08-05-16  03-12  161  ESCROW ADVANCE
         26.23          0.00      0.00    26.23
08-05-16  07-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
         26.23-         0.00      0.00    26.23-
                                       28351.99-  NEW PRINCIPAL/ESCROW BALANCES

07-21-16  00-00  766  MISC. REPAYMENT
        700.00          0.00      0.00     0.00
07-11-16  03-12  161  ESCROW ADVANCE
         25.39          0.00      0.00    25.39
07-11-16  06-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
         25.39-         0.00      0.00    25.39-
                                       28325.76-  NEW PRINCIPAL/ESCROW BALANCES

06-28-16  00-00  766  MISC. REPAYMENT
         11.00          0.00      0.00     0.00
06-28-16  00-00  766  MISC. REPAYMENT
         12.00          0.00      0.00     0.00
06-28-16  00-00  766  MISC. REPAYMENT
        100.00          0.00      0.00     0.00
```

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146

CUSTOMER ACCOUNT ACTIVITY STATEMENT                     DATE 01/09/17
                                                        PAGE    8
REQ BY OLD


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS     DUE      TRANSACTION           TRANSACTION              EFFECTIVE DATE
DATE        DATE     CODE                  DESCRIPTION              OF TRANSACTION
---------------------------------------------------------------------------------

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|
| 06-17-16  03-12  173  PAYMENT | | | | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 06-08-16  03-12  161  ESCROW ADVANCE | | | | | |
| 26.23 | 0.00 | 0.00 | 26.23 | | |
| 06-08-16  05-16  353  OTHER/WINDSTORM INSURANCE PREMIUM | | | | | |
| 26.23- | 0.00 | 0.00 | 26.23- | | |
| | | | 28300.37- | | NEW PRINCIPAL/ESCROW BALANCES |
| 06-07-16  00-00  630  ATTORNEY ADVANCES | | | | | |
| 700.00 | 0.00 | 0.00 | 0.00 | | |
| 05-25-16  02-12  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 880.92- | 880.92 | |
| 05-25-16  02-12  173  PAYMENT | | | | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | | |
| | | | 28274.14- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-25-16  01-12  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 880.92- | 880.92 | |
| 05-25-16  01-12  173  PAYMENT | | | | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | 4,970.08- | |
| | | | 29155.06- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-25-16  01-12  173  PAYMENT | | | | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 05-20-16  00-00  633  MISC. F/C AND B/R EXPENSES | | | | | |
| 100.00 | 0.00 | 0.00 | 0.00 | | |
| 05-19-16  00-00  633  MISC. F/C AND B/R EXPENSES | | | | | |
| 12.00 | 0.00 | 0.00 | 0.00 | | |
| 05-17-16  00-00  631  PROPERTY PRESERVATION | | | | | |
| 11.00 | 0.00 | 0.00 | 0.00 | | |
| 05-09-16  01-12  161  ESCROW ADVANCE | | | | | |
| 27.22 | 0.00 | 0.00 | 27.22 | | |
| 05-09-16  04-16  353  OTHER/WINDSTORM INSURANCE PREMIUM | | | | | |
| 27.22- | 0.00 | 0.00 | 27.22- | | |
| | | | 30035.98- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-09-16  00-00  766  MISC. REPAYMENT | | | | | |
| 11.00 | 0.00 | 0.00 | 0.00 | | |
| 04-27-16  01-12  161  ESCROW ADVANCE | | | | | |
| 1,990.00 | 0.00 | 0.00 | 1990.00 | | |

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


              CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 01/09/17
                                                         PAGE    9
REQ BY OLD


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

              ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
                                                         EFFECTIVE DATE
PROCESS   DUE    TRANSACTION        TRANSACTION           OF TRANSACTION
DATE      DATE   CODE               DESCRIPTION
----------------------------------------------------------------------
 TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER------------
 AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------
04-27-16  05-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
    1,990.00-        0.00        0.00      1990.00-
                                          30008.76-  NEW PRINCIPAL/ESCROW BALANCES
04-21-16  01-12  173  PAYMENT
    1,050.90        0.00        0.00        0.00    1,050.90
04-20-16  00-00  631  PROPERTY PRESERVATION
      11.00        0.00        0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
      11.00        0.00        0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
      50.00        0.00        0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
      75.00        0.00        0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
     300.00        0.00        0.00        0.00
04-08-16  01-12  161  ESCROW ADVANCE
    1,357.12        0.00        0.00     1357.12
04-08-16  03-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
      28.12-        0.00        0.00       28.12-
                                          28018.76-  NEW PRINCIPAL/ESCROW BALANCES
04-08-16  05-16  351  HOMEOWNERS INSURANCE PREMIUM
    1,329.00-        0.00        0.00     1329.00-
                                          27990.64-  NEW PRINCIPAL/ESCROW BALANCES
03-30-16  00-00  632  STATUTORY EXPENSES
     300.00        0.00        0.00        0.00
03-30-16  00-00  630  ATTORNEY ADVANCES
      50.00        0.00        0.00        0.00
03-22-16  00-00  633  MISC. F/C AND B/R EXPENSES
      75.00        0.00        0.00        0.00
03-22-16  00-00  631  PROPERTY PRESERVATION
      11.00        0.00        0.00        0.00
03-16-16  01-12  173  PAYMENT
    1,050.90        0.00        0.00        0.00    1,050.90
03-14-16  00-00  745  CORP. ADVANCE ADJUSTMENT
     670.00-        0.00        0.00        0.00
03-10-16  00-00  766  MISC. REPAYMENT
      11.00        0.00        0.00        0.00
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                       PAGE  10
```

```
ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682
```

```
                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE     TRANSACTION          TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                 DESCRIPTION              OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER-------------
  AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
--------------------------------------------------------------------------------
03-07-16  01-12  161  ESCROW ADVANCE
        23.41        0.00        0.00       23.41
03-07-16  02-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
        23.41-       0.00        0.00       23.41-
                                         26661.64-  NEW PRINCIPAL/ESCROW BALANCES
02-23-16  00-00  631  PROPERTY PRESERVATION
        11.00        0.00        0.00        0.00
02-09-16  12-11  168  REPAY OF ESCROW ADVANCE
         0.00        0.00        0.00      880.92-     880.92
02-09-16  12-11  173  PAYMENT                                          02-04-16
         0.00        0.00    1,604.12      880.92   2,485.04-
                                         26638.23-  NEW PRINCIPAL/ESCROW BALANCES
02-08-16  12-11  161  ESCROW ADVANCE
        25.93        0.00        0.00       25.93
02-08-16  01-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
        25.93-       0.00        0.00       25.93-
                                         27519.15-  NEW PRINCIPAL/ESCROW BALANCES
02-05-16  00-00  766  MISC. REPAYMENT
        11.00        0.00        0.00        0.00
02-04-16  12-11  173  PAYMENT
     1,050.90        0.00        0.00        0.00   1,050.90
01-20-16  00-00  631  PROPERTY PRESERVATION
        11.00        0.00        0.00        0.00
01-18-16  12-11  173  PAYMENT
     1,050.90        0.00        0.00        0.00   1,050.90
01-15-16  00-00  766  MISC. REPAYMENT
         0.25        0.00        0.00        0.00
01-15-16  00-00  766  MISC. REPAYMENT
        11.00        0.00        0.00        0.00
01-15-16  00-00  766  MISC. REPAYMENT
        75.00        0.00        0.00        0.00
01-12-16  12-11  161  ESCROW ADVANCE
        51.08        0.00        0.00       51.08
01-12-16  12-15  353  OTHER/WINDSTORM INSURANCE PREMIUM
        51.08-       0.00        0.00       51.08-
                                         27493.22-  NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                 CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                    PAGE   11


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                 ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS   DUE     TRANSACTION         TRANSACTION              EFFECTIVE DATE
DATE      DATE    CODE                DESCRIPTION              OF TRANSACTION
----------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER------------
    AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
----------------------------------------------------------------------------
12-28-15  00-00  633  MISC. F/C AND B/R EXPENSES
       75.00        0.00      0.00      0.00
12-22-15  00-00  631  PROPERTY PRESERVATION
       11.00        0.00      0.00      0.00
12-21-15  00-00  766  MISC. REPAYMENT
       11.00        0.00      0.00      0.00
12-18-15  00-00  601  MISC. CORPORATE DISBURSEMENT
        0.25        0.00      0.00      0.00
12-10-15  12-11  173  PAYMENT
    1,050.90        0.00      0.00      0.00    1,050.90
12-03-15  00-00  601  MISC. CORPORATE DISBURSEMENT
       11.00        0.00      0.00      0.00
11-24-15  00-00  766  MISC. REPAYMENT
       11.00        0.00      0.00      0.00
11-23-15  00-00  766  MISC. REPAYMENT
       11.00        0.00      0.00      0.00
11-23-15  00-00  631  PROPERTY PRESERVATION
       11.00        0.00      0.00      0.00
11-10-15  11-11  168  REPAY OF ESCROW ADVANCE
        0.00        0.00      0.00    880.92-     880.92
11-10-15  11-11  173  PAYMENT
        0.00        0.00  1,604.12    880.92   2,485.04-
                                   27442.14-   NEW PRINCIPAL/ESCROW BALANCES
11-09-15  11-11  173  PAYMENT
    1,050.90        0.00      0.00      0.00    1,050.90
11-06-15  11-11  161  ESCROW ADVANCE
    1,570.37        0.00      0.00   1570.37
11-06-15  11-15  312  COUNTY TAX
    1,570.37-       0.00      0.00   1570.37-
                                   28323.06-   NEW PRINCIPAL/ESCROW BALANCES
11-05-15  11-11  161  ESCROW ADVANCE
       25.54        0.00      0.00     25.54
11-05-15  10-15  353  OTHER/WINDSTORM INSURANCE PREMIUM
       25.54-       0.00      0.00     25.54-
                                   26752.69-   NEW PRINCIPAL/ESCROW BALANCES
10-19-15  00-00  631  PROPERTY PRESERVATION
       11.00        0.00      0.00      0.00
```

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146


CUSTOMER ACCOUNT ACTIVITY STATEMENT                    DATE 01/09/17
                                                        PAGE   12
REQ BY OLD


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS     DUE     TRANSACTION          TRANSACTION              EFFECTIVE DATE
DATE        DATE    CODE                 DESCRIPTION              OF TRANSACTION
---------------------------------------------------------------------------------

   TRANSACTION   PRIN. PAID/         ESCROW PAID/ -----------OTHER------------
   AMOUNT        BALANCE   INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
10-07-15  11-11  173  PAYMENT
     1,050.90        0.00      0.00       0.00   1,050.90
10-07-15  00-00  766  MISC. REPAYMENT
        14.00        0.00      0.00       0.00
10-07-15  00-00  766  MISC. REPAYMENT
        25.00        0.00      0.00       0.00
10-07-15  00-00  766  MISC. REPAYMENT
        50.00        0.00      0.00       0.00
10-07-15  00-00  766  MISC. REPAYMENT
       300.00        0.00      0.00       0.00
10-07-15  00-00  766  MISC. REPAYMENT
       500.00        0.00      0.00       0.00
10-06-15  11-11  161  ESCROW ADVANCE
       127.66        0.00      0.00     127.66
10-06-15  09-15  353  OTHER/WINDSTORM INSURANCE PREMIUM
       127.66-       0.00      0.00     127.66-
                                     26727.15-   NEW PRINCIPAL/ESCROW BALANCES
09-28-15  00-00  632  STATUTORY EXPENSES
        25.00        0.00      0.00       0.00
09-28-15  00-00  630  ATTORNEY ADVANCES
        50.00        0.00      0.00       0.00
09-28-15  00-00  601  MISC. CORPORATE DISBURSEMENT
         0.75        0.00      0.00       0.00
09-21-15  00-00  631  PROPERTY PRESERVATION
        14.00        0.00      0.00       0.00
09-16-15  00-00  766  MISC. REPAYMENT
         0.75        0.00      0.00       0.00
09-16-15  00-00  766  MISC. REPAYMENT
        11.00        0.00      0.00       0.00
09-14-15  00-00  630  ATTORNEY ADVANCES
       500.00        0.00      0.00       0.00
09-09-15  10-11  168  REPAY OF ESCROW ADVANCE
         0.00        0.00      0.00     880.92-    880.92
09-09-15  10-11  173  PAYMENT
         0.00        0.00  1,604.12     880.92   2,485.04-
                                     26599.49-   NEW PRINCIPAL/ESCROW BALANCES

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/09/17
REQ BY OLD                                                 PAGE   13


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

              ACTIVITY FOR PERIOD 01/01/10 - 01/09/17
PROCESS    DUE    TRANSACTION          TRANSACTION            EFFECTIVE DATE
DATE       DATE   CODE                 DESCRIPTION            OF TRANSACTION
--------------------------------------------------------------------------
 TRANSACTION   PRIN. PAID/       ESCROW PAID/ -----------OTHER------------
 AMOUNT        BALANCE    INTEREST    BALANCE   AMOUNT   CODE/DESCRIPTION
--------------------------------------------------------------------------
09-08-15  10-11  173  PAYMENT
   1,050.90       0.00      0.00      0.00   1,050.90
09-03-15  00-00  630  ATTORNEY ADVANCES
    300.00        0.00      0.00      0.00
08-21-15  00-00  631  PROPERTY PRESERVATION
     11.00        0.00      0.00      0.00
08-19-15  00-00  601  MISC. CORPORATE DISBURSEMENT
      0.75        0.00      0.00      0.00
08-17-15  10-11  173  PAYMENT
   1,050.90       0.00      0.00      0.00   1,050.90
08-07-15  00-00  766  MISC. REPAYMENT
     14.00        0.00      0.00      0.00
08-07-15  00-00  766  MISC. REPAYMENT
     75.00        0.00      0.00      0.00
07-29-15  10-11  173  PAYMENT
   1,050.90       0.00      0.00      0.00   1,050.90
07-27-15  00-00  631  PROPERTY PRESERVATION
     14.00        0.00      0.00      0.00
07-20-15  10-11  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00    250.00-    250.00
07-20-15  10-11  163  HAZARD INSURANCE REFUND
    250.00        0.00      0.00    250.00
                                 27480.41-   NEW PRINCIPAL/ESCROW BALANCES
07-02-15  10-11  161  ESCROW ADVANCE
    655.00        0.00      0.00    655.00
07-02-15  06-15  352  FLOOD INSURANCE DISBURSEMENT
    655.00-       0.00      0.00    655.00-
                                 27730.41-   NEW PRINCIPAL/ESCROW BALANCES
07-01-15  00-00  633  MISC. F/C AND B/R EXPENSES
     75.00        0.00      0.00      0.00
06-22-15  00-00  631  PROPERTY PRESERVATION
     14.00        0.00      0.00      0.00
06-16-15  10-11  173  PAYMENT
   1,050.90       0.00      0.00      0.00   1,050.90
06-11-15  09-11  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00    880.92-    880.92
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146
```

```
                 CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 01/09/17
REQ BY OLD                                                        PAGE   14
```

ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

ACTIVITY FOR PERIOD 01/01/10 - 01/09/17

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
| 06-11-15  09-11 | 173 | PAYMENT | | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | 2,485.04- | |
| | | | 27075.41- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-26-15  00-00 | 631 | PROPERTY PRESERVATION | | | |
| 14.00 | 0.00 | 0.00 | 0.00 | | |
| 05-21-15  09-11 | 173 | PAYMENT | | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 05-12-15  09-11 | 168 | REPAY OF ESCROW ADVANCE | | | |
| 0.00 | 0.00 | 0.00 | 306.93- | 306.93 | |
| 05-12-15  09-11 | 163 | HAZARD INSURANCE REFUND | | | |
| 306.93 | 0.00 | 0.00 | 306.93 | | |
| | | | 27956.33- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 300.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 325.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15  00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | | |
| 375.00 | 0.00 | 0.00 | 0.00 | | |

TempTblExport

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | **Prior Servicer Payment History** | | | | | | |
| 3 | | | | | | | | | |
| 4 | ACCT. | TRNTYP | TRNDTE | TRNDUE | BYDPMT | TRNAMT | TRNINT | ADNPMT | TRNPRN |
| 5 | 167207051 | 520 | 5/1/2007 | 5/1/2007 | 0 | -3194 | 0 | 0 | 0 |
| 6 | 167207051 | 20 | 5/1/2007 | 5/1/2007 | 0 | 52.74 | 52.74 | 0 | 0 |
| 7 | 167207051 | 420 | 5/1/2007 | 5/1/2007 | 0 | 532.34 | 0 | 0 | 0 |
| 8 | 167207051 | 490 | 5/1/2007 | 5/1/2007 | 0 | 459.46 | 0 | 0 | 0 |
| 9 | 167207051 | 527 | 5/10/2007 | 5/1/2007 | 0 | -1964 | 0 | 0 | 0 |
| 10 | 167207051 | 521 | 5/24/2007 | 5/1/2007 | 0 | -317 | 0 | 0 | 0 |
| 11 | 167207051 | 10 | 6/4/2007 | 6/1/2007 | 0 | 2100.07 | 1604.17 | 0 | 0 |
| 12 | 167207051 | 20 | 6/4/2007 | 6/1/2007 | 0 | 666.97 | 0 | 0 | 0 |
| 13 | 167207051 | 10 | 7/5/2007 | 7/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 14 | 167207051 | 10 | 8/3/2007 | 8/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 15 | 167207051 | 10 | 9/6/2007 | 9/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 16 | 167207051 | 10 | 10/4/2007 | 10/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 17 | 167207051 | 10 | 11/6/2007 | 11/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 18 | 167207051 | 590 | 11/12/2007 | 11/1/2007 | 0 | -2565.89 | 0 | 0 | 0 |
| 19 | 167207051 | 10 | 12/5/2007 | 12/1/2007 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 20 | 167207051 | 10 | 1/7/2008 | 1/1/2008 | 0 | 2767.04 | 1604.17 | 0 | 0 |
| 21 | 167207051 | 10 | 2/5/2008 | 2/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 22 | 167207051 | 10 | 3/5/2008 | 3/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 23 | 167207051 | 10 | 4/3/2008 | 4/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 24 | 167207051 | 520 | 4/28/2008 | 4/1/2008 | 0 | -3371 | 0 | 0 | 0 |
| 25 | 167207051 | 10 | 5/5/2008 | 5/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 26 | 167207051 | 527 | 5/12/2008 | 5/1/2008 | 0 | -1630 | 0 | 0 | 0 |
| 27 | 167207051 | 521 | 5/27/2008 | 5/1/2008 | 0 | -348 | 0 | 0 | 0 |
| 28 | 167207051 | 10 | 6/4/2008 | 6/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 29 | 167207051 | 10 | 7/3/2008 | 7/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 30 | 167207051 | 10 | 8/5/2008 | 8/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 31 | 167207051 | 10 | 9/5/2008 | 9/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 32 | 167207051 | 10 | 10/3/2008 | 10/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 33 | 167207051 | 10 | 11/3/2008 | 11/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 34 | 167207051 | 590 | 11/6/2008 | 11/1/2008 | 0 | -2385.01 | 0 | 0 | 0 |
| 35 | 167207051 | 10 | 12/4/2008 | 12/1/2008 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 36 | 167207051 | 10 | 1/5/2009 | 1/1/2009 | 0 | 2357.25 | 1604.17 | 0 | 0 |
| 37 | 167207051 | 10 | 2/5/2009 | 2/1/2009 | 0 | 2261.17 | 1604.17 | 0 | 0 |
| 38 | 167207051 | 10 | 3/6/2009 | 3/1/2009 | 0 | 2261.17 | 1604.17 | 0 | 0 |
| 39 | 167207051 | 10 | 4/6/2009 | 4/1/2009 | 0 | 2261.17 | 1604.17 | 0 | 0 |
| 40 | 167207051 | 520 | 4/27/2009 | 4/1/2009 | 0 | -3037 | 0 | 0 | 0 |
| 41 | 167207051 | 10 | 5/5/2009 | 5/1/2009 | 0 | 2261.17 | 1604.17 | 0 | 0 |
| 42 | 167207051 | 20 | 5/5/2009 | 5/1/2009 | 0 | 8 | 0 | 0 | 8 |
| 43 | 167207051 | 521 | 5/26/2009 | 5/1/2009 | 0 | -348 | 0 | 0 | 0 |
| 44 | 167207051 | 10 | 6/5/2009 | 6/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 45 | 167207051 | 127 | 6/11/2009 | 6/1/2009 | 0 | -1540 | 0 | 0 | 0 |
| 46 | 167207051 | 10 | 7/6/2009 | 7/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 47 | 167207051 | 10 | 8/6/2009 | 8/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 48 | 167207051 | 10 | 9/8/2009 | 9/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 49 | 167207051 | 10 | 10/7/2009 | 10/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 50 | 167207051 | 10 | 11/5/2009 | 11/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 51 | 167207051 | 590 | 11/9/2009 | 11/1/2009 | 0 | -2403.09 | 0 | 0 | 0 |

TempTblExport

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 167207051 | 10 | 12/4/2009 | 12/1/2009 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 53 | 167207051 | 165 | 12/24/2009 | 12/1/2009 | 0 | -761.95 | 0 | 0 | 0 |
| 54 | 167207051 | 10 | 1/5/2010 | 1/1/2010 | 0 | 2261.12 | 1604.12 | 0 | 0 |
| 55 | 167207051 | 10 | 2/4/2010 | 2/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 56 | 167207051 | 10 | 3/4/2010 | 3/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 57 | 167207051 | 10 | 4/5/2010 | 4/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 58 | 167207051 | 127 | 4/6/2010 | 4/1/2010 | 0 | -1758 | 0 | 0 | 0 |
| 59 | 167207051 | 520 | 4/26/2010 | 4/1/2010 | 0 | -3564 | 0 | 0 | 0 |
| 60 | 167207051 | 10 | 5/6/2010 | 5/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 61 | 167207051 | 521 | 5/24/2010 | 5/1/2010 | 0 | -355 | 0 | 0 | 0 |
| 62 | 167207051 | 10 | 6/4/2010 | 6/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 63 | 167207051 | 10 | 7/6/2010 | 7/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 64 | 167207051 | 10 | 8/6/2010 | 8/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 65 | 167207051 | 10 | 9/3/2010 | 9/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 66 | 167207051 | 20 | 10/5/2010 | 9/1/2010 | 0 | 2214.79 | 0 | 0 | 0 |
| 67 | 167207051 | 10 | 10/13/2010 | 10/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 68 | 167207051 | 20 | 10/13/2010 | 10/1/2010 | 0 | -2214.79 | 0 | 0 | 0 |
| 69 | 167207051 | 20 | 11/4/2010 | 10/1/2010 | 0 | 2214.79 | 0 | 0 | 0 |
| 70 | 167207051 | 590 | 11/8/2010 | 10/1/2010 | 0 | -2562.6 | 0 | 0 | 0 |
| 71 | 167207051 | 10 | 11/9/2010 | 11/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 72 | 167207051 | 20 | 11/9/2010 | 11/1/2010 | 0 | -2214.79 | 0 | 0 | 0 |
| 73 | 167207051 | 20 | 12/2/2010 | 11/1/2010 | 0 | 2214.79 | 0 | 0 | 0 |
| 74 | 167207051 | 10 | 12/3/2010 | 12/1/2010 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 75 | 167207051 | 20 | 12/3/2010 | 12/1/2010 | 0 | -2214.79 | 0 | 0 | 0 |
| 76 | 167207051 | 20 | 1/5/2011 | 12/1/2010 | 0 | 2214.79 | 0 | 0 | 0 |
| 77 | 167207051 | 10 | 1/7/2011 | 1/1/2011 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 78 | 167207051 | 20 | 1/7/2011 | 1/1/2011 | 0 | -2214.79 | 0 | 0 | 0 |
| 79 | 167207051 | 20 | 2/4/2011 | 1/1/2011 | 0 | 2416.09 | 0 | 0 | 0 |
| 80 | 167207051 | 10 | 2/7/2011 | 2/1/2011 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 81 | 167207051 | 20 | 2/7/2011 | 2/1/2011 | 0 | -2214.79 | 0 | 0 | 0 |
| 82 | 167207051 | 20 | 3/4/2011 | 2/1/2011 | 0 | 2214.79 | 0 | 0 | 0 |
| 83 | 167207051 | 10 | 3/10/2011 | 3/1/2011 | 0 | 2214.79 | 1604.12 | 0 | 0 |
| 84 | 167207051 | 20 | 3/10/2011 | 3/1/2011 | 0 | -2214.79 | 0 | 0 | 0 |
| 85 | 167207051 | 20 | 4/6/2011 | 3/1/2011 | 0 | 2395.2 | 0 | 0 | 0 |
| 86 | 167207051 | 127 | 4/6/2011 | 3/1/2011 | 0 | -1927 | 0 | 0 | 0 |
| 87 | 167207051 | 10 | 4/11/2011 | 4/1/2011 | 0 | 2395.2 | 1604.12 | 0 | 0 |
| 88 | 167207051 | 20 | 4/11/2011 | 4/1/2011 | 0 | -2395.2 | 0 | 0 | 0 |
| 89 | 167207051 | 520 | 4/26/2011 | 4/1/2011 | 0 | -3858 | 0 | 0 | 0 |
| 90 | 167207051 | 521 | 5/24/2011 | 4/1/2011 | 0 | -365 | 0 | 0 | 0 |
| 91 | 167207051 | 20 | 7/18/2011 | 4/1/2011 | 0 | -201.3 | 0 | 0 | 0 |
| 92 | 167207051 | 590 | 11/15/2011 | 4/1/2011 | 0 | -2556.77 | 0 | 0 | 0 |
| 93 | 167207051 | 127 | 4/9/2012 | 4/1/2011 | 0 | -2132 | 0 | 0 | 0 |
| 94 | 167207051 | 520 | 4/23/2012 | 4/1/2011 | 0 | -4241 | 0 | 0 | 0 |
| 95 | 167207051 | 521 | 5/21/2012 | 4/1/2011 | 0 | -365 | 0 | 0 | 0 |
| 96 | 167207051 | 590 | 11/14/2012 | 4/1/2011 | 0 | -1412.31 | 0 | 0 | 0 |
| 97 | 167207051 | 127 | 4/9/2013 | 4/1/2011 | 0 | -1559 | 0 | 0 | 0 |
| 98 | 167207051 | 520 | 4/22/2013 | 4/1/2011 | 0 | -2176 | 0 | 0 | 0 |
| 99 | 167207051 | 521 | 6/7/2013 | 4/1/2011 | 0 | -412 | 0 | 0 | 0 |
| 100 | 167207051 | 590 | 10/30/2013 | 4/1/2011 | 0 | -1537.99 | 0 | 0 | 0 |
| 101 | 167207051 | 127 | 4/7/2014 | 4/1/2011 | 0 | -1770 | 0 | 0 | 0 |
| 102 | 167207051 | 521 | 6/4/2014 | 4/1/2011 | 0 | -414 | 0 | 0 | 0 |

TempTblExport

|     | A         | B   | C          | D        | E | F        | G        | H | I |
|-----|-----------|-----|------------|----------|---|----------|----------|---|---|
| 103 | 167207051 | 520 | 8/8/2014   | 4/1/2011 | 0 | -6578.4  | 0        | 0 | 0 |
| 104 | 167207051 | 10  | 10/14/2014 | 5/1/2011 | 0 | 2395.2   | 1604.12  | 0 | 0 |
| 105 | 167207051 | 20  | 10/14/2014 | 5/1/2011 | 0 | 1999.93  | 0        | 0 | 0 |
| 106 | 167207051 | 590 | 11/12/2014 | 5/1/2011 | 0 | -1554.59 | 0        | 0 | 0 |
| 107 | 167207051 | 10  | 11/14/2014 | 6/1/2011 | 0 | 2395.2   | 1604.12  | 0 | 0 |
| 108 | 167207051 | 20  | 11/14/2014 | 6/1/2011 | 0 | 747.76   | 0        | 0 | 0 |
| 109 | 167207051 | 20  | 11/14/2014 | 6/1/2011 | 0 | -1999.93 | 0        | 0 | 0 |
| 110 | 167207051 | 20  | 12/12/2014 | 6/1/2011 | 0 | 1143.03  | 0        | 0 | 0 |
| 111 | 167207051 | 20  | 1/15/2015  | 6/1/2011 | 0 | 1143.03  | 0        | 0 | 0 |
| 112 | 167207051 | 20  | 1/16/2015  | 6/1/2011 | 0 | -2395.2  | 0        | 0 | 0 |
| 113 | 167207051 | 10  | 1/16/2015  | 7/1/2011 | 0 | 2395.2   | 1604.12  | 0 | 0 |
| 114 | 167207051 | 20  | 2/13/2015  | 7/1/2011 | 0 | 1143.03  | 0        | 0 | 0 |
| 115 | 167207051 | 840 | 3/16/2015  | 6/1/2011 | 0 | -1604.12 | -1604.12 | 0 | 0 |
| 116 | 167207051 | 810 | 3/16/2015  | 7/1/2011 | 0 | 1604.12  | 1604.12  | 0 | 0 |
| 117 | 167207051 | 840 | 3/17/2015  | 6/1/2011 | 0 | -1604.12 | -1604.12 | 0 | 0 |
| 118 | 167207051 | 810 | 3/17/2015  | 7/1/2011 | 0 | 1604.12  | 1604.12  | 0 | 0 |
| 119 | 167207051 | 20  | 3/18/2015  | 7/1/2011 | 0 | 1143.03  | 0        | 0 | 0 |
| 120 | 167207051 | 20  | 3/19/2015  | 7/1/2011 | 0 | -2485.04 | 0        | 0 | 0 |
| 121 | 167207051 | 10  | 3/19/2015  | 8/1/2011 | 0 | 2485.04  | 1604.12  | 0 | 0 |
| 122 | 167207051 | 20  | 4/15/2015  | 8/1/2011 | 0 | 1759.67  | 0        | 0 | 0 |
| 123 | 167207051 | 20  | 4/15/2015  | 8/1/2011 | 0 | -439.64  | 0        | 0 | 0 |
| 124 | 167207051 | 127 | 4/16/2015  | 8/1/2011 | 0 | -1328    | 0        | 0 | 0 |
| 125 | 167207051 | 127 | 4/27/2015  | 8/1/2011 | 0 | -1782    | 0        | 0 | 0 |

TempTblExport

|     | J      | K      | L        | M        | N      | O      |
|-----|--------|--------|----------|----------|--------|--------|
| 1   |        |        |          |          |        |        |
| 2   |        |        |          |          |        |        |
| 3   |        |        |          |          |        |        |
| 4   | TRNPBL | TRNINS | TRNESC   | TRNEBL   | TRPTPY | TRPPBL |
| 5   | 280000 | 0      | -3194    | 0        | 0      | 0      |
| 6   | 280000 | 0      | 0        | -3194    | 0      | 0      |
| 7   | 280000 | 0      | 532.34   | -3194    | 0      | 0      |
| 8   | 280000 | 0      | 459.46   | -2661.66 | 0      | 0      |
| 9   | 280000 | 0      | -1964    | -2202.2  | 0      | 0      |
| 10  | 280000 | 0      | -317     | -4166.2  | 0      | 0      |
| 11  | 280000 | 0      | 495.9    | -4483.2  | 0      | 0      |
| 12  | 280000 | 0      | 666.97   | -3987.3  | 0      | 0      |
| 13  | 280000 | 0      | 1162.87  | -3320.33 | 0      | 0      |
| 14  | 280000 | 0      | 1162.87  | -2157.46 | 0      | 0      |
| 15  | 280000 | 0      | 1162.87  | -994.59  | 0      | 0      |
| 16  | 280000 | 0      | 1162.87  | 168.28   | 0      | 0      |
| 17  | 280000 | 0      | 1162.87  | 1331.15  | 0      | 0      |
| 18  | 280000 | 0      | -2565.89 | 2494.02  | 0      | 0      |
| 19  | 280000 | 0      | 1162.87  | -71.87   | 0      | 0      |
| 20  | 280000 | 0      | 1162.87  | 1091     | 0      | 0      |
| 21  | 280000 | 0      | 753.08   | 2253.87  | 0      | 0      |
| 22  | 280000 | 0      | 753.08   | 3006.95  | 0      | 0      |
| 23  | 280000 | 0      | 753.08   | 3760.03  | 0      | 0      |
| 24  | 280000 | 0      | -3371    | 4513.11  | 0      | 0      |
| 25  | 280000 | 0      | 753.08   | 1142.11  | 0      | 0      |
| 26  | 280000 | 0      | -1630    | 1895.19  | 0      | 0      |
| 27  | 280000 | 0      | -348     | 265.19   | 0      | 0      |
| 28  | 280000 | 0      | 753.08   | -82.81   | 0      | 0      |
| 29  | 280000 | 0      | 753.08   | 670.27   | 0      | 0      |
| 30  | 280000 | 0      | 753.08   | 1423.35  | 0      | 0      |
| 31  | 280000 | 0      | 753.08   | 2176.43  | 0      | 0      |
| 32  | 280000 | 0      | 753.08   | 2929.51  | 0      | 0      |
| 33  | 280000 | 0      | 753.08   | 3682.59  | 0      | 0      |
| 34  | 280000 | 0      | -2385.01 | 4435.67  | 0      | 0      |
| 35  | 280000 | 0      | 753.08   | 2050.66  | 0      | 0      |
| 36  | 280000 | 0      | 753.08   | 2803.74  | 0      | 0      |
| 37  | 280000 | 0      | 657      | 3556.82  | 0      | 0      |
| 38  | 280000 | 0      | 657      | 4213.82  | 0      | 0      |
| 39  | 280000 | 0      | 657      | 4870.82  | 0      | 0      |
| 40  | 280000 | 0      | -3037    | 5527.82  | 0      | 0      |
| 41  | 280000 | 0      | 657      | 2490.82  | 0      | 0      |
| 42  | 280000 | 0      | 0        | 3147.82  | 0      | 0      |
| 43  | 279992 | 0      | -348     | 3147.82  | 0      | 0      |
| 44  | 279992 | 0      | 657      | 2799.82  | 0      | 0      |
| 45  | 279992 | 0      | -1540    | 3456.82  | 0      | 0      |
| 46  | 279992 | 0      | 657      | 1916.82  | 0      | 0      |
| 47  | 279992 | 0      | 657      | 2573.82  | 0      | 0      |
| 48  | 279992 | 0      | 657      | 3230.82  | 0      | 0      |
| 49  | 279992 | 0      | 657      | 3887.82  | 0      | 0      |
| 50  | 279992 | 0      | 657      | 4544.82  | 0      | 0      |
| 51  | 279992 | 0      | -2403.09 | 5201.82  | 0      | 0      |

TempTblExport

|  | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 52 | 279992 | 0 | 657 | 2798.73 | 0 | 0 |
| 53 | 279992 | 0 | -761.95 | 3455.73 | 0 | 0 |
| 54 | 279992 | 0 | 657 | 2693.78 | 0 | 0 |
| 55 | 279992 | 0 | 610.67 | 3350.78 | 0 | 0 |
| 56 | 279992 | 0 | 610.67 | 3961.45 | 0 | 0 |
| 57 | 279992 | 0 | 610.67 | 4572.12 | 0 | 0 |
| 58 | 279992 | 0 | -1758 | 5182.79 | 0 | 0 |
| 59 | 279992 | 0 | -3564 | 3424.79 | 0 | 0 |
| 60 | 279992 | 0 | 610.67 | -139.21 | 0 | 0 |
| 61 | 279992 | 0 | -355 | 471.46 | 0 | 0 |
| 62 | 279992 | 0 | 610.67 | 116.46 | 0 | 0 |
| 63 | 279992 | 0 | 610.67 | 727.13 | 0 | 0 |
| 64 | 279992 | 0 | 610.67 | 1337.8 | 0 | 0 |
| 65 | 279992 | 0 | 610.67 | 1948.47 | 0 | 0 |
| 66 | 279992 | 0 | 0 | 2559.14 | 2214.79 | 0 |
| 67 | 279992 | 0 | 610.67 | 2559.14 | 0 | 2214.79 |
| 68 | 279992 | 0 | 0 | 3169.81 | -2214.79 | 2214.79 |
| 69 | 279992 | 0 | 0 | 3169.81 | 2214.79 | 0 |
| 70 | 279992 | 0 | -2562.6 | 3169.81 | 0 | 2214.79 |
| 71 | 279992 | 0 | 610.67 | 607.21 | 0 | 2214.79 |
| 72 | 279992 | 0 | 0 | 1217.88 | -2214.79 | 2214.79 |
| 73 | 279992 | 0 | 0 | 1217.88 | 2214.79 | 0 |
| 74 | 279992 | 0 | 610.67 | 1217.88 | 0 | 2214.79 |
| 75 | 279992 | 0 | 0 | 1828.55 | -2214.79 | 2214.79 |
| 76 | 279992 | 0 | 0 | 1828.55 | 2214.79 | 0 |
| 77 | 279992 | 0 | 610.67 | 1828.55 | 0 | 2214.79 |
| 78 | 279992 | 0 | 0 | 2439.22 | -2214.79 | 2214.79 |
| 79 | 279992 | 0 | 0 | 2439.22 | 2416.09 | 0 |
| 80 | 279992 | 0 | 610.67 | 2439.22 | 0 | 2416.09 |
| 81 | 279992 | 0 | 0 | 3049.89 | -2214.79 | 2416.09 |
| 82 | 279992 | 0 | 0 | 3049.89 | 2214.79 | 201.3 |
| 83 | 279992 | 0 | 610.67 | 3049.89 | 0 | 2416.09 |
| 84 | 279992 | 0 | 0 | 3660.56 | -2214.79 | 2416.09 |
| 85 | 279992 | 0 | 0 | 3660.56 | 2395.2 | 201.3 |
| 86 | 279992 | 0 | -1927 | 3660.56 | 0 | 2596.5 |
| 87 | 279992 | 0 | 791.08 | 1733.56 | 0 | 2596.5 |
| 88 | 279992 | 0 | 0 | 2524.64 | -2395.2 | 2596.5 |
| 89 | 279992 | 0 | -3858 | 2524.64 | 0 | 201.3 |
| 90 | 279992 | 0 | -365 | -1333.36 | 0 | 201.3 |
| 91 | 279992 | 0 | 0 | -1698.36 | -201.3 | 201.3 |
| 92 | 279992 | 0 | -2556.77 | -1698.36 | 0 | 0 |
| 93 | 279992 | 0 | -2132 | -4255.13 | 0 | 0 |
| 94 | 279992 | 0 | -4241 | -6387.13 | 0 | 0 |
| 95 | 279992 | 0 | -365 | -10628.1 | 0 | 0 |
| 96 | 279992 | 0 | -1412.31 | -10993.1 | 0 | 0 |
| 97 | 279992 | 0 | -1559 | -12405.4 | 0 | 0 |
| 98 | 279992 | 0 | -2176 | -13964.4 | 0 | 0 |
| 99 | 279992 | 0 | -412 | -16140.4 | 0 | 0 |
| 100 | 279992 | 0 | -1537.99 | -16552.4 | 0 | 0 |
| 101 | 279992 | 0 | -1770 | -18090.4 | 0 | 0 |
| 102 | 279992 | 0 | -414 | -19860.4 | 0 | 0 |

TempTblExport

|     | J      | K | L        | M        | N        | O       |
|-----|--------|---|----------|----------|----------|---------|
| 103 | 279992 | 0 | -6578.4  | -20274.4 | 0        | 0       |
| 104 | 279992 | 0 | 791.08   | -26852.8 | 0        | 0       |
| 105 | 279992 | 0 | 0        | -26061.8 | 1999.93  | 0       |
| 106 | 279992 | 0 | -1554.59 | -26061.8 | 0        | 1999.93 |
| 107 | 279992 | 0 | 791.08   | -27616.3 | 0        | 1999.93 |
| 108 | 279992 | 0 | 0        | -26825.3 | 747.76   | 1999.93 |
| 109 | 279992 | 0 | 0        | -26825.3 | -1999.93 | 2747.69 |
| 110 | 279992 | 0 | 0        | -26825.3 | 1143.03  | 747.76  |
| 111 | 279992 | 0 | 0        | -26825.3 | 1143.03  | 1890.79 |
| 112 | 279992 | 0 | 0        | -26825.3 | -2395.2  | 3033.82 |
| 113 | 279992 | 0 | 791.08   | -26825.3 | 0        | 638.62  |
| 114 | 279992 | 0 | 0        | -26034.2 | 1143.03  | 638.62  |
| 115 | 279992 | 0 | 0        | -26034.2 | 0        | 1781.65 |
| 116 | 279992 | 0 | 0        | -26034.2 | 0        | 1781.65 |
| 117 | 279992 | 0 | 0        | -26034.2 | 0        | 1781.65 |
| 118 | 279992 | 0 | 0        | -26034.2 | 0        | 1781.65 |
| 119 | 279992 | 0 | 0        | -26034.2 | 1143.03  | 1781.65 |
| 120 | 279992 | 0 | 0        | -26034.2 | -2485.04 | 2924.68 |
| 121 | 279992 | 0 | 880.92   | -26034.2 | 0        | 439.64  |
| 122 | 279992 | 0 | 0        | -25153.3 | 1759.67  | 439.64  |
| 123 | 279992 | 0 | 0        | -25153.3 | -439.64  | 2199.31 |
| 124 | 279992 | 0 | -1328    | -25153.3 | 0        | 1759.67 |
| 125 | 279992 | 0 | -1782    | -26481.3 | 0        | 1759.67 |

Prepared by: MARGE WIESE

LOAN #: 167207051

# INTEREST ONLY ADJUSTABLE RATE NOTE
### (One-Year LIBOR Index (As Published In *The Wall Street Journal*)
### Rate Caps – 10 Year Interest Only Period)

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE AND FOR CHANGES IN MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

| APRIL 25, 2007 | FORT LAUDERDALE | FLORIDA |
|---|---|---|
| [Date] | [City] | [State] |

1244 NE 16TH TER, FORT LAUDERDALE, FL 33304-2323
[Property Address]

## 1.  BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 280,000.00        (this amount is called "Principal"), plus interest, to the order of Lender. Lender is
Countrywide Bank, FSB.
I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2.  INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of    6.875 %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3.  PAYMENTS

### (A) Time and Place of Payments

I will make a payment on the first day of every month, beginning on   JUNE 01, 2007        . Before the First Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a payment every month as provided below.

I will make my monthly payments of principal and interest beginning on the First Principal and Interest Payment Due Date as described in Section 4 of this Note. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its

● MULTISTATE ARM, ONE-YEAR LIBOR, 10-Year Interest Only Period Note
1E452-XX (09/06)(d/i)                      Page 1 of 5





LOAN #: 167207051

scheduled due date, and if the payment includes both principal and interest, it will be applied to interest before Principal. If, on MAY 01, 2037                    , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at
P.O. Box 660694, Dallas, TX 75266-0694
or at a different place if required by the Note Holder.

**(B) Amount of My Initial Monthly Payments**

Each of my initial monthly payments will be in the amount of U.S. $  1,604.17        until the first Change Date. After the first Change Date, my monthly payment will be in an amount sufficient to pay accrued interest, at the rate determined as described in Section 4 of this Note until the First Principal and Interest Payment Due Date. On that date and thereafter, my monthly payment will be in an amount sufficient to repay the principal and interest at the rate determined as described in Section 4 of this Note in substantially equal installments by the Maturity Date. The Note Holder will notify me prior to the date of changes in monthly payment.

**(C) Monthly Payment Changes**

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 or 5 of this Note.

**4.   ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of MAY,  2012             , and the adjustable interest rate I will pay may change on that day every 12th month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding
TWO & ONE-QUARTER            percentage points (               2.250 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of my monthly payment. For payment adjustments occurring before the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay all accrued interest each month on the unpaid principal balance at the new interest rate. If I make a voluntary payment of principal before the First Principal and Interest Payment Due Date, my payment amount for subsequent payments will be reduced to the amount necessary to repay all accrued interest on the reduced principal balance at the current interest rate. For payment adjustments occurring on or after the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay unpaid principal and interest that I am expected to owe in full on the Maturity Date at the current interest rate in substantially equal payments.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than   11.875 % or less than   2.250  %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than two percentage points from the rate of interest I have been paying for the preceding 12 months. My interest rate will never be greater than     11.875   %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

---

● MULTISTATE ARM, ONE-YEAR LIBOR, 10-Year Interest Only Period Note
1E452-XX (09/06)                          Page 2 of 5

CRPBDNRBS462 9/16/2011 11:32:47 AM PAGE 15/090 888-294-5658
Case 0:17-cv-62188-WPD Document 8 Entered on FLSD Docket 11/14/2017 Page 58 of 273

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of such change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**(G) Date of First Principal and Interest Payment**

The date of my first payment consisting of both principal and interest on this Note (the "First Principal and Interest Payment Due Date") shall be that date which is the 10th anniversary date of the first payment due date, as reflected in Section 3(A) of the Note.

## 5. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date of my monthly payment unless the Note Holder agrees in writing to those changes. If the partial Prepayment is made during the period when my monthly payments consist only of interest, the amount of the monthly payment will decrease for the remainder of the term when my payments consist only of interest. If the partial Prepayment is made during the period when my payments consist of principal and interest, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

## 6. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 7. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charges for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of    FIFTEEN        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be
         5.000 % of my overdue payment of interest, during the period when my payment is interest only, and of principal and interest thereafter. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

LOAN #: 167207051

**8. GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**9. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**10. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**11. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

(A) Until my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument shall read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

(B) When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument described in Section 11(A) above shall then cease to be in effect, and Uniform Covenant 18 of the Security Instrument shall instead read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

LOAN #: 167207051

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 12. DOCUMENTARY TAX
The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
ANTHONY EDWARDO DINO                    -Borrower

PAY TO THE ORDER OF                PAY TO THE ORDER OF          _____ (Seal)
COUNTRYWIDE HOME LOANS, INC                                                            -Borrower
WITHOUT RECOURSE                   WITHOUT RECOURSE
COUNTRYWIDE BANK, FSB              COUNTRYWIDE HOME LOANS, INC
                                                                _____ (Seal)
BY _Laurie Meder_                  BY _Michele Sjolander_                               -Borrower
LAURIE MEDER                       MICHELE SJOLANDER
SENIOR VICE PRESIDENT              EXECUTIVE VICE PRESIDENT
                                                                _____ (Seal)
                                                                                       -Borrower

                                                                [Sign Original Only]

● MULTISTATE ARM, ONE-YEAR LIBOR, 10-Year Interest Only Period Note
1E462-XX (09/06)                          Page 5 of 5

Case 0:17-cv-62188-WPD   Document 8   Entered on FLSD Docket 11/14/2017   Page 61 of 273

Prepared by: MARGE WIESE                    **Countrywide Bank, FSB.**

DATE:      04/25/2007
BORROWER: ANTHONY EDWARDO DINO
CASE #:
LOAN #:    167207051
PROPERTY ADDRESS: 1244 NE 16TH TER
           FORT LAUDERDALE, FL 33304-2323

Branch #: 0000437
5405 CYPRESS CENTER DR., #100
TAMPA, FL 33609
Phone: (813)281-3000
Br Fax No.: (813)286-2344

## PREPAYMENT PENALTY ADDENDUM

THIS PREPAYMENT PENALTY ADDENDUM is dated APRIL 25, 2007          , and is incorporated into and amends and supplements the Note of the same date (the "Note") given by me to Countrywide Bank, FSB. (the "Lender"). The Note is secured by a Mortgage or Deed of Trust or comparable security instrument (the "Security Instrument") covering the property (the "Property") identified in the Security Instrument.

The section of the Note entitled "BORROWER'S RIGHT TO PREPAY" is replaced with the following new section:

BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. Such an advance payment of Principal is known as a "Prepayment." I may make partial or full Prepayments. When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. The Note Holder will use all of my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments.  If the partial Prepayment is made during the period when my monthly payments consist only of interest, the amount of the monthly payment will decrease for the remainder of the term during which my payments consist only of interest as well as during the time that my monthly payments consist of principal and interest.  If the partial Prepayment is made during the period when my payments consist of principal and interest, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment.  However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

● Prepayment Penalty Addendum
1E337-XX (05/06)(d)                    Page 1 of 2




* 2 3 9 9 1 *

* 1 6 7 2 0 7 0 5 1 0 0 0 0 0 1 E 3 3 7 *

LOAN #: 167207051

If within the first THIRTY SIX months after the execution of this Note, I make prepayment(s), the total of which exceeds twenty (20) percent of the original Principal amount of this Note, I agree to pay a Prepayment Penalty in an amount equal to the payment of six (6) months' advance interest on the amount by which the total of my prepayment(s) during the twelve (12) month period immediately preceding the date of the prepayment exceeds twenty (20) percent of the original Principal amount of this Note.  Interest will be calculated using the rate in effect at the time of prepayment.

If I make a Full Prepayment due to the sale of the Property to an unrelated third party, the Note Holder will not impose a Prepayment Penalty if I furnish documentation, in the manner and at the time reasonably specified by the Note Holder, identifying the Full Prepayment as being in connection with the sale of the Property to an unrelated third party.

All other terms and conditions of the above referenced Note remain in full force and effect.

ANTHONY EDWARDO DINO                                        Borrower

_____                          Borrower

_____                          Borrower

_____                          Borrower

◆ Prepayment Penalty Addendum
1E357-XX (05/06)                        Page 2 of 2



**610   167207051   D2   001   001**

This document was prepared by:
MARGE WIESE
COUNTRYWIDE HOME LOANS, INC.

5405 CYPRESS CENTER DR., #100
TAMPA
FL 33609

———————————[Space Above This Line For Recording Data]———————————

1382675                    00016720705104007
[Escrow/Closing #]              [Doc ID #]

# MORTGAGE

MIN 1001337-0002159908-2

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated APRIL 25, 2007          , together with all Riders to this document.

(B) "Borrower" is
ANTHONY EDWARDO DINO, unmarried

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D) "Lender" is
Countrywide Bank, FSB.
Lender is a FED SVGS BANK
organized and existing under the laws of THE UNITED STATES
Lender's address is
1199 North Fairfax St. Ste.500, Alexandria, VA 22314

(E) "Note" means the promissory note signed by Borrower and dated APRIL 25, 2007          . The Note states that Borrower owes Lender
TWO HUNDRED EIGHTY THOUSAND and 00/100

Return To:

Chicago Title 1382675
ServiceLink Division
4000 Industrial Blvd
Aliquippa, PA 15001

This document was prepared by:
MARGE WIESE
COUNTRYWIDE HOME LOANS, INC.

5405 CYPRESS CENTER DR., #100
TAMPA
FL 33609

———————————— [Space Above This Line For Recording Data] ————————————

1382675                    00016720705104007
[Escrow/Closing #]              [Doc ID #]

# MORTGAGE

MIN 1001337-0002159908-2

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated **APRIL 25, 2007** , together with all Riders to this document.
**(B) "Borrower"** is
ANTHONY EDWARDO DINO, unmarried

Borrower is the mortgagor under this Security Instrument.
**(C) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(D) "Lender"** is
Countrywide Bank, FSB.
Lender is a FED SVGS BANK
organized and existing under the laws of THE UNITED STATES .
Lender's address is
1199 North Fairfax St. Ste.500, Alexandria, VA 22314 .
**(E) "Note"** means the promissory note signed by Borrower and dated APRIL 25, 2007 . The
Note states that Borrower owes Lender
TWO HUNDRED EIGHTY THOUSAND and 00/100

Dollars (U.S. $ 280,000.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than MAY 01, 2037 .
**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

FLORIDA–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
Page 1 of 11
VMP ®-6A(FL) (0005)   CHL (08/05)(d)   VMP Mortgage Solutions, Inc. (800)521-7291          Form 3010  1/01
CONV/VA

* 23991 *                    * 16720705100000200 6A *



DOC ID #: 00016720705104007

(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L) "Escrow Items" means those items that are described in Section 3.

(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the

COUNTY               of               BROWARD               :
[Type of Recording Jurisdiction]                    [Name of Recording Jurisdiction]

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

DOC ID #: 00016720705104007

Parcel ID Number: 19234-02-89200

which currently has the address of
1244 NE 16TH TER, FORT LAUDERDALE                ,
[Street/City]

Florida 33304-2323 ("Property Address"):
[Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

DOC ID #: 00016720705104007

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. **Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items at any time. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

4. **Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

DOC ID #: 00016720705104007

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

5. Property Insurance. Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

DOC ID #: 00016720705104007

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the

DOC ID #: 0001672070510400

amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

(b) Any such agreements will not affect the rights Borrower has – if any – with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. Assignment of Miscellaneous Proceeds; Forfeiture. All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

DOC ID #: 0001672070S104007

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless

DOC ID #: 00016722070705104007

Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to

DOC ID #: 00016720705104007

which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. Hazardous Substances. As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

DOC ID #: 00016720705104007

**24. Attorneys' Fees.** As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

**25. Jury Trial Waiver.** The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_Lucy R. Thomas_

_Anthony Edward Dino_ _____(Seal)
ANTHONY EDWARDO DINO                              -Borrower
1244 NE 16TH TER                    4-20-07
FORT LAUDERDALE, FL 33304-2323       (Address)

_Lucy R. Thomas_

_____(Seal)
                                        -Borrower

_____
                                        (Address)

_____(Seal)
                                        -Borrower

_____
                                        (Address)

_____(Seal)
                                        -Borrower

_____
                                        (Address)

STATE OF FLORIDA,                              County ss: Broward
The foregoing instrument was acknowledged before me this 25th day of April, 2007 by
Anthony Edwardo Dino Singh
_____
_____
_____
_____

who is personally known to me or who has produced  FL DriverLic.  as identification.
                                                   D-500-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

**LUCY R. THOMAS**
MY COMMISSION # DD516099
EXPIRES: May 30, 2010
FL Notary Discount Assoc. Co.

_Lucy R. Thomas_
Notary Public
Lucy R Thomas

LOAN #: 167207051

# FIXED/ADJUSTABLE RATE RIDER

(LIBOR One-Year Index (As Published In *The Wall Street Journal*) - Rate Caps)

THIS FIXED/ADJUSTABLE RATE RIDER is made this TWENTY-FIFTH       day of
APRIL, 2007       , and is incorporated into and shall be deemed to amend and supplement the
Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the
undersigned ("Borrower") to secure Borrower's Fixed/Adjustable Rate Note (the "Note") to
Countrywide Bank, FSB.

("Lender") of the same date and covering the property described in the Security Instrument and located at:
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323
[Property Address]

THE NOTE PROVIDES FOR A CHANGE IN BORROWER'S FIXED INTEREST RATE
TO AN ADJUSTABLE INTEREST RATE. THE NOTE LIMITS THE AMOUNT
BORROWER'S ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME
AND THE MAXIMUM RATE BORROWER MUST PAY.

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security
Instrument, Borrower and Lender further covenant and agree as follows:

**A.   ADJUSTABLE RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for an initial fixed interest rate of        6.875 %. The Note also
provides for a change in the initial fixed rate to an adjustable interest rate, as follows:

**4.   ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**
(A) Change Dates
The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of
MAY, 2012        , and the adjustable interest rate I will pay may change on that day every
12th month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate,
and each date on which my adjustable interest rate could change, is called a "Change Date."

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)(d)                          Page 1 of 5



* 2 3 9 9 1 *

* 1 6 7 2 0 7 0 5 1 0 0 0 0 0 1 E 4 6 0 *

LOAN #: 167207051

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding TWO & ONE-QUART percentage points (      2.250 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment. For payment adjustments occurring before the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay all accrued interest each month on the unpaid principal at the new interest rate. If I make a voluntary payment of principal before the First Principal and Interest Payment Due Date, my payment amount for subsequent payments will be reduced to the amount necessary to repay all accrued interest on the reduced principal balance at the current interest rate. For payment adjustments occurring on or after the First Principal and Interest Payment Due Date, the amount of my monthly payment will be sufficient to repay unpaid principal and interest that I am expected to owe in full on the Maturity Date at the current interest rate in substantially equal payments.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than    11.875 % or less than      2.250 %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than two percentage points from the rate of interest I have been paying for the preceding 12 months. My interest rate will never be greater than    11.875 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B. TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

1. Until my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument shall read as follows:

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                                        Page 2 of 5

LOAN #: 167207051

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

2. When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument described in Section B.1 above shall then cease to be in effect, and the provisions of Uniform Covenant 18 of the Security Instrument shall be amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                    Page 3 of 5

LOAN #: 167207051

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                    Page 4 of 5

LOAN #: 167207051

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Fixed/Adjustable Rate Rider.

_____ 4-23-07 (Seal)
ANTHONY EDWARDO DINO                              -Borrower

_____ (Seal)
                                                 -Borrower

_____ (Seal)
                                                 -Borrower

_____ (Seal)
                                                 -Borrower

● FIXED/ARM Rider
Interest First/Only LIBOR One-Year Index
1E460-US (10/05)                    Page 5 of 5

**Exhibit "A"**
**Legal Description**

All that certain parcel of land situated in the County of Broward, State of Florida, being known and designated as Lot 24, Block 100 less the North 15 feet thereof, of Progresso, according to the plat thereof, recorded in Plat Book 2, Page 2-D of the Public Records of Dade County, Florida, said lands lying, being and situate in Broward County, Florida.

Tax/Parcel ID: 19234-02-89200

1382675

Case 0:17-cv-62188-WPD   Document 8   Entered on FLSD Docket 11/14/2017   Page 82 of 273

Recording Requested By:
Bank of America
Prepared By: Lisa Campbell Moore
813-615-3557
When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

DocID#   16216720705110831

Property Address:
1244 NE 16th Ter
Fort Lauderdale, FL 33304-2323

FLO-AM  33171984  E  6/10/2015  FHLM430

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 4909 SAVARESE CIRCLE, TAMPA, FL 33634 does hereby grant, sell, assign, transfer and convey unto BAYVIEW LOAN SERVICING, LLC whose address is 4425 PONCE DE LEON BLVD 5TH FLOOR, CORAL GABLES, FL 33146 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS |
| Original Borrower(s): | ANTHONY EDWARDO DINO, UNMARRIED |
| Date of Mortgage: | 4/25/2007 |
| Original Loan Amount: | $280,000.00 |

Recorded in Broward County, FL on: 5/4/2007, book OR 43991, page 789 and instrument number CFN 107041890

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
JUN 1 1 2015
BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP

By: _____
Raul L. Perez
Assistant Vice President

Witness: _____
Shandra E Camacho

State of FL, County of Hillsborough

The foregoing instrument was acknowledged before me this JUN 1 1 2015 by Raul L. Perez, Assistant Vice President of BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP, on behalf of the corporation. He/she is personally known to me or has produced _____ as identification.

Notary Public: _____
Juan Marcos Blanco
My Commission Expires: _____ 3/11/2019

Juan Marcos Blanco
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF208935
Expires 3/11/2019

Recording Requested By:
RICHMOND MONROE GROUP, INC.

When Recorded Return To:
AMRCDQ
RICHMOND MONROE GROUP, INC.
P.O. BOX 458
KIMBERLING CITY, MO  65686

**E-RECORDED**   *simplifile*

ID: 113074523
County: Broward County FL
Date: 6-26-2015   Time: 11:18 Am

## CORPORATE ASSIGNMENT OF MORTGAGE

Broward, Florida   REFERENCE #: 001109682A   "DINO"
INVESTOR #:

Assignor: Bank of America, N.A., Successor By Merger BAC Home Loans Servicing, LP formerly known as
Countrywide Home Loans Servicing LP, BY BAYVIEW LOAN SERVICING, LLC, it's Attorney-in-Fact at 4425
PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL  33146.
Assignee: BAYVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES,
FL  33146.
Executed By: ANTHONY EDWARDO DINO, UNMARRIED  To: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE BANK, FSB., ITS SUCCESSORS AND ASSIGNS .
Date of Mortgage: 04/25/2007 Recorded: 05/04/2007 in Book/Reel/Liber: 43991 Page/Folio: 789 as instrument
No.: 107041890 in Broward County , State of Florida.

Property Address: 1244 NE 16TH TER, FORT LAUDERDALE, FL  33304-2323

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and
other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is
hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having
an original principal sum of $280,000.00 with interest, secured thereby, together with all moneys now owing or that
may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants
and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the
Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to
the terms contained in said Mortgage.

Bank of America, N.A., Successor By Merger BAC Home Loans Servicing, LP formerly known as Countrywide Home
Loans Servicing LP, BY BAYVIEW LOAN SERVICING, LLC, it's Attorney-in-Fact (POA: 05/19/2015  as Instrument
No.: 112998244)
On  6/3/2015

By
David Briggs, First Vice President

WITNESS                                             WITNESS

Maria Isabel Puerto                                 Jamie Rodriguez

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

On  6/3/15 , before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of
FLORIDA, personally appeared David Briggs, First Vice President, personally known to me to be the person whose
name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized
capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted,
executed the instrument.

WITNESS my hand and official seal,

Rogelio A. Portal
Notary Expires: 08/25/2016  #EE 197169

ROGELIO A. PORTAL
MY COMMISSION # EE 197169
EXPIRES: August 25, 2016
Bonded Thru Notary Public Underwriters

(This area for notarial seal)

Prepared By:   JESSICA BROWN, RICHMOND MONROE GROUP P.O. BOX 458, KIMBERLING CITY, MO  65686 417-447-2931

*JEB*JEBAMRC*05/19/2015 11:21:00 AM* AMRCJ/AMRC0000000000000000070415* FLBROWA* D01109682A FLSTATE_MORT_ASSIGN_ASSN *KDF*KDQAMRC*



Recording Requested By:
Bank of America
Prepared By: Srbui Muradyan
888-693-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID# 91016720705115060
Property Address:
1244 NE 16th Ter
Fort Lauderdale, FL 33304-2323
FL0-AM 15122823          9/15/2011

MIN #: 1001337-0002159908-2          MERS Phone #: 888-679-6377

*This space for Recorder's use*

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP whose address is 8609 WESTWOOD CENTER, VIENNA, VA 22183 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:          COUNTRYWIDE BANK, FSB.
Original Borrower(s):     ANTHONY EDWARDO DINO, UNMARRIED
Date of Mortgage:        4/25/2007
Original Loan Amount:    $280,000.00
Recorded in Broward County, FL on: 5/4/2007, book OR 43991, page 789 and instrument number 107041890

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
9/16/11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____          By: _____
Miguel Romero                         Richard Paz
Vice President                        Assistant Secretary

Witness: Edward Gallegos              Witness: Alice Rowe

State of California
County of Ventura
On 9-16-11 before me, Victoria Cook, Notary Public, personally appeared Miguel Romero and Richard Paz, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public: _____          (Seal)
My Commission Expires: _____

VICTORIA COOK
Commission # 1801310
Notary Public - California
Ventura County
My Comm. Expires Jun 28, 2012

610   167207051   D8   001   004



# ROBERTSON ANSCHUTZ & SCHNEID
### L A W   O F F I C E S

James Robertson, Esquire
Member of Texas Bar
Everett Anschutz, Esquire
Member of Texas Bar
David J. Schneid, Esquire
Member of Florida Bar

October 25, 2011

File #:              11-14652
Loan #:            167207051
Borrower Name(s):   ANTHONY EDWARDO DINO

RE: Assignment of Mortgage Cover Sheet

Attached please find an Assignment of Mortgage for your review.  Please execute and return to
Robertson, Anschutz & Schneid, P.L. at your earliest convenience.  Should you have any
questions, please find relevant contact information below.

Thank you very much.

Jonathan Meisels

Robertson, Anschutz & Schneid, P.L.
Foreclosure Manager
3010 N. Military Trail, Suite 300
Boca Raton, Florida 33431
Direct: 561-613-0113
Fax: 561-241-9181

3010 N. Military Trail, Ste. 300 ● Boca Raton, FL 33431
Office 561.241-6901 ● Fax: 561.241-9181
www.rasflaw.com

11-14652

Prepared by: kmasias
Robertson, Anschutz & Schneid, P.L.
3010 N. Military Trail, Suite 300
Boca Raton, FL 33431
Telephone: 561-241-6901
Fax: 561-241-9181

*Being recorded to correct corporate representative on Assignment of
Mortgage recorded in O.R. Book 48191, page 391

## CORRECTIVE ASSIGNMENT OF MORTGAGE

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE BANK, FSB,** its successors and assigns, "Assignor" whose address is P.O. Box 2026, Flint, MI 48501-2026, in consideration for the sum of Ten Dollars and 00/100 cents, and other valuable considerations received from or on behalf of:

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,** "Assignee" whose address is, 9000 Southside Blvd. #600, Jacksonville, FL 32256 at or before the ensealing and delivery of these presents the receipt whereof is hereby acknowledged, did grant, bargain, sell, assign, transfer and set over unto the Assignee the certain Mortgage bearing the date of April 25, 2007 by ANTHONY EDWARDO DINO in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE BANK, FSB with a Mortgage Identification Number of 1001337-0002159908-2 and recorded in Official Record Book 43991 at Page 789 of the Public Records of Broward County, Florida upon the following land in said county:

LOT 24, BLOCK 100 LESS THE NORTH 15 FEET THEREOF, OF PROGRESSO, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 2-, PAGE 2-D OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA, SAID LANDS LYING, BEING AND SITUATE IN BROWARD COUNTY, FLORIDA

That is described in the afore-mentioned Mortgage.

TO HAVE AND TO HOLD the same unto the Assignee, heirs, legal representatives, successors and assigns forever.

IN WITNESS WHEREOF the assignor has caused signed (and sealed, as applicable) this Assignment of Mortgage.

Witnesses:        Assignor(s)                    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

*Mary Ann Hierman*
witness signature
**Mary Ann Hierman**                          by: _____

printed name                                 printed name
                                             **Cecilia Rodriguez Assistant Secretary**

*DS Cuenca*
witness signature                            Title
DANILO CUENCA
printed name                                 Corporate Seal:

## ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF _Ventura_

On _Oct 31, 2011_ before me, _Darryl Brown, Notary Public_
                              (insert name and title of the officer)
Personally appeared _Cecilia Rodriguez_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

DARRYL BROWN
Commission # 1812305
Notary Public - California
Los Angeles County
My Comm. Expires Oct 3, 2012

11-14652



**Bank of America**

Home Loans

*P.O. Box 5170*
*SIMI VALLEY, CA  93062-5170*

**IMPORTANT INFORMATION ENCLOSED**

ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL  33304

*Send Correspondence to:*
*P.O. Box 5170*
*Simi Valley, CA  93062-5170*

***Business Address:***
*450 American Street*
*Simi Valley, CA  93065-6285*

**Notice Date:**   April 10, 2015

**Loan No.:**   167207051

**Property Address:**
1244 NE 16th Ter
Fort Lauderdale, FL  33304

ANTHONY EDWARDO DINO:

**The servicing of your home loan will transfer to Bayview Loan Servicing, LLC on May 01, 2015.**

**IMPORTANT INFORMATION ABOUT THE SERVICING OF YOUR HOME LOAN**

On May 01, 2015, the servicing of your above referenced mortgage loan will transfer to Bayview Loan Servicing, LLC.  As of that date, your new servicer, Bayview Loan Servicing, LLC, will support all of your loan servicing, including billing, payment processing, and customer support.  You will no longer receive mortgage statements from Bank of America; instead, your statements will be sent by Bayview Loan Servicing, LLC.

Enclosed is a **Notice of Servicing Transfer** from Bank of America regarding the above referenced loan.  No action is required on your part in response to this notice.  In addition to the information provided in this letter, this notice will contain important information about the servicing transfer of your loan.  Please note this servicing transfer only applies to the loan noted above.  Other loans you may have with us will not be affected by this change unless you are notified.  **Please review this notice and retain it for your records.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with Bayview Loan Servicing, LLC to make the transition as smooth as possible.  If you have any questions or concerns regarding this transfer, we're available to answer your questions Monday-Friday 7a.m. to 7p.m. Local Time at 1-800-669-6607.

**WHAT YOU NEED TO KNOW**

**If you are currently being considered for a loan modification or other foreclosure avoidance program,** your new servicer Bayview Loan Servicing, LLC is aware of your current status and will have all of your documents.  Please contact Bayview Loan Servicing, LLC to complete the process and determine which programs may best suit your current situation.  For more information on working with Bayview Loan Servicing, LLC, please review the frequently asked questions below.

**ANSWERS TO QUESTIONS YOU MAY HAVE**

**What will change with my servicing transfer?**
- Your loan number and payment address information will change once your loan has been transferred.  Please look for a letter from Bayview Loan Servicing, LLC within the next few weeks which will outline this important information.
- The transfer of your loan to Bayview Loan Servicing, LLC does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

**Will the quality of my loan service change?**
- We expect that the quality of your loan service will not change.  We are transferring servicing on your loan to Bayview Loan Servicing, LLC, an experienced mortgage servicer who will work with you on your mortgage concerns.

**Where should I make my home loan payments?**
- You should continue to make your monthly payment to Bank of America through April 30, 2015.  You will begin making payments to Bayview Loan Servicing, LLC on May 01, 2015.
- If you do not receive a billing statement from Bayview Loan Servicing, LLC before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice.  Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

**What if I have automatic payments set up with Bank of America?**
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of April 30, 2015.  Please look for instructions from Bayview Loan Servicing, LLC or contact them on or after May 01, 2015 to determine what payment options they may offer.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Will I still be able to make my mortgage payment at a Bank of America financial center or through online banking?**

- You will no longer be able to make your payment at a Bank of America financial center for the mortgage loan being transferred.
- If you make payments through Bank of America online banking or any other online banking or bill payment service, you will need to update your loan number and payee information for Bayview Loan Servicing, LLC on or after May 01, 2015.

**When my loan is transferred, will I still have access to my online loan information through Bank of America?**

- After the transfer is complete, your mortgage account will be moved to Bayview Loan Servicing, LLC.  As a result, you will no longer access your mortgage information through Bank of America.  Prior to the transfer, you may choose to download any information currently online to keep for your own records, such as tax documents, mortgage statements, payment history, etc. Bayview Loan Servicing, LLC will be able to provide you with information about access to your loan account information following the transfer.  If you have any other accounts with Bank of America, such as checking, savings or credit card, you will still be able to access those accounts through Bank of America's online banking.

**How will the service transfer affect my other Bank of America accounts?**

- There will be no change to any additional accounts you have with us.
- If you have a Bank of America Advantage, Premium or Preferred checking account, and you're not charged a monthly fee on your account because your mortgage is with us, this will not change with the transfer of your mortgage to another servicer. We'll let you know in writing if this changes in the future.

**What if I am currently participating in a loan modification or other foreclosure avoidance program (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure)?**

- The loan assistance programs that are offered by Bayview Loan Servicing, LLC are determined by the owner (also known as the investor) or insurer of your loan.  Where applicable, Bayview Loan Servicing, LLC has agreed to evaluate your loan under the same investor or insurer guidelines as Bank of America, N.A..
- We will transfer any supporting documentation you may have submitted to us to Bayview Loan Servicing, LLC.  We encourage you to work with Bayview Loan Servicing, LLC to complete the process and determine which programs may best suit your current situation.
- You should continue to make your payments to Bank of America, N.A. through April 30, 2015.  On or after May 01, 2015, your payments should be made to Bayview Loan Servicing, LLC unless you are provided additional direction.
- If your loan is pending a decision regarding qualification for these programs, that decision will now be made by Bayview Loan Servicing, LLC.

**Will my ability to receive financial counseling be impacted by this servicing transfer?**

- If you have previously received an offer for financial counseling in association with a HAMP trial or permanent modification, the transfer of your loan does not impact that offer.
- If you have already set an appointment, please continue to attend your scheduled appointment.
- If you have yet to take advantage of this opportunity, please contact us at your earliest convenience by calling the number provided in your offer letter or by contacting your current Relationship Manager.

**What if I need loan assistance after the transfer?**

- If you experience a hardship and struggle with making your home loan payments after the servicing of your loan has been transferred, please contact Bayview Loan Servicing, LLC right away to request help.  They will determine which program may be right for you based on the applicable investor and insurer guidelines.

**What if I am refinancing my mortgage loan that is being transferred?**

- Your refinance will not be affected by the upcoming loan transfer.  If you are working on a refinance through Bank of America Home Loans, your application remains active and we will continue to work with you on your refinance.  Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**What about my optional Insurance products with or through Bank of America?**

- If your payments include amounts for any optional insurance products such as credit insurance, accidental death insurance, etc., please read the "Information About Optional Insurance Products" section in the enclosed notice carefully.

**What about my other (non-insurance) optional products with or through Bank of America?**

- If your payments include amounts for any other optional products you have purchased such as home warranty, identity theft protection, etc., we will no longer make payments to the optional product provider on your behalf. As a result, your optional product may be cancelled unless you are able to make alternative arrangements to pay the amounts due.  To see if it is possible to establish another payment method and maintain your optional products, you will need to contact your optional product provider.
- Please note, if you have an optional Borrowers Protection or Line Protection Plan®, this plan will cancel when the servicing of your loan is transferred and you will receive a separate communication from us confirming the cancellation of your plan.  If you have any questions about an existing Protection Plan® benefit, please contact Protection Plan Services.  Your provider contact information may be found on your monthly mortgage statement.  If you have more than two optional products, they may not all be listed on your monthly mortgage statement.  If you are unsure about how many optional products you have or you have questions about your products, please contact Bank of America.

---

**WE'RE HERE TO HELP**

Thank you for the opportunity to serve your home loan needs.  If you have any questions or need assistance prior to your loan transfer, please call us toll free at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time.

Beginning May 01, 2015, Bayview Loan Servicing, LLC can assist you with any questions related to your home loan and the transfer of servicing.  Bayview Loan Servicing, LLC's customer service number is 1-855-813-6597, 8:00 am - 9:00 pm EST Monday-Friday.

MILITARY PERSONNEL/SERVICEMEMBERS. If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 1.877.345.0693. From outside the U.S., please call us at 1.817.245.4094.  Both numbers are available 24 hours a day, 7 days a week. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 1.800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-approved housing counseling agencies, which you can find at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.  If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Loan No.: 167207051

Notice Date: April 10, 2015

**NOTICE OF SERVICING TRANSFER**

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Bayview Loan Servicing, LLC**, effective May 01, 2015.

The transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, federal law requires that your present servicer send you this notice at least 15 calendar days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 calendar days after this effective date or at closing.

**YOUR SERVICER PRIOR TO MAY 01, 2015:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time. This is a toll-free number. The address to send written questions to your present servicer relating to the transfer of servicing of your mortgage loan (but not your loan payments) is: Customer Service Correspondence, P.O. Box 5170, Simi Valley, CA  93062-5170.

**YOUR NEW SERVICER ON AND AFTER MAY 01, 2015:**

Your *new servicer* will be **Bayview Loan Servicing, LLC**.

Phone Number for Questions Related to Servicing Transfer
The telephone number of **Bayview Loan Servicing, LLC** is 1-855-813-6597. If you have any questions relating to the transfer of servicing to your new servicer, please call **Bayview Loan Servicing, LLC** Customer Service toll-free at 1-855-813-6597, 8:00 am - 9:00 pm EST Monday-Friday.

Address for Written Questions Related to Servicing Transfer
The address to send written questions related to the transfer of servicing to **Bayview Loan Servicing, LLC** is:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd
5th Floor
Coral Gables, FL  33146

Address for Mailed Payments
The address to send payments to **Bayview Loan Servicing, LLC** is:

Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago,, IL  60693-0625

Please include your loan number on all checks, cashier's checks and other payments sent to **Bayview Loan Servicing, LLC**.

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is April 30, 2015.

The date that your *new servicer* **Bayview Loan Servicing, LLC** will start accepting payments from you is May 01, 2015. Send all payments due on or after that date to your *new servicer*.

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing may affect the terms of or the continued availability of credit insurance, accidental death insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage may be cancelled.

To see if it is possible to maintain coverage, you will need to contact your insurance provider to find out if you are still eligible to receive the coverage and/or to arrange another payment method.

**TREATMENT OF PAYMENTS FOR THE 60 DAYS AFTER SERVICING TRANSFER:**

Under federal law, during the 60-day period beginning the effective date of the transfer of the servicing of your mortgage loan, a loan payment received by current servicer on or before its due date may not be treated by the new servicer as late and a late fee may not be imposed on you.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply.



Bayview Loan Servicing, LLC.
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

ANTHONY E DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC.
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**TRANSFER OF SERVICE NOTICE**

**May 15, 2015**

Loan Number:
1109682

ANTHONY E DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

Property Address:
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

NOTE: If you were paying your previous loan servicer via Automatic Clearing House (ACH) and want to participate in Bayview's automatic debit program, you will need to complete, sign and return our Electronic Funds Transfer Authorization to establish the ACH. To print a form, go to **bayviewloanservicing.com** and click on Payment Options.

Dear Customer:

Bayview Loan Servicing, LLC would like to take this opportunity to say "welcome." Your loan was being serviced by Bank of America, N.A. and was transferred to us. On 5/1/2015 Bayview became your new loan servicer. The transfer of servicing of mortgage loans is a common practice. It is our goal to make this transfer as seamless as possible for you. This transfer of servicing does not affect the terms or conditions of your loan documents, other than the terms directly related to the servicing of your loan. Bank of America, N.A. will provide us with a copy of your loan records.

Below you will find a summary of the changes that will occur.

**A few items of importance regarding this transfer:**

- Your prior servicer, Bank of America, N.A. will stop accepting mortgage payments after 4/31/2015.

- **Bayview Loan Servicing, LLC will start accepting mortgage payments on 5/1/2015. As of that date, all payments and correspondence should be addressed to Bayview Loan Servicing, LLC.**

- If you have already mailed your payment to Bank of America, N.A. and they receive it after the transfer date, it will be forwarded to Bayview Loan Servicing, LLC for processing.

- If you have your loan payment automatically debited from a bank account, you need to contact Bayview Loan Servicing, Customer Service to determine if this service is still available.

- This transfer does not affect the status of any pending Bankruptcy, or Foreclosure proceedings.

**Contact Information**

Should you have questions, here are the applicable mailing addresses, toll-free numbers, and hours of operation.

**Contact your prior servicer, Bank of America, N.A., on or before 4/31/2015:**

**Send Correspondence To:**
Bank of America, N.A.
PO Box 5170
SIMI VALLEY, CA 93062-5170

**Customer Service:**
Toll-free Numbers & Hours
1-800-669-6607
Monday-Friday 7am to 7pm Local Time

**Contact your new servicer, Bayview Loan Servicing, LLC on or after 5/1/2015:**

| | | |
|---|---|---|
| **Send Payment To:** | **Send Correspondence To:** | **Customer Service:** |
| Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Toll-free Numbers & Hours |
| 62516 Collection Center Drive | 4425 Ponce de Leon Blvd., 5th Floor | 1-855-813-6597 |
| Chicago, IL 60693-0625 | Coral Gables, FL 33146 | Monday – Friday, 8:00 am – 9:00 pm ET |

Please indicate the new Bayview Loan Servicing, LLC loan number on your check or any future correspondence. That number can be found at the top of this letter.

For easy access to your account, please visit our web site at bayviewloanservicing.com, effective 5/1/2015

**Please Be Advised of the Following:**

- Billing statements are mailed on a monthly basis, approximately two weeks prior to the payment due date.

- Should you not receive a billing statement prior to the due date, please mail your payment without the coupon to the address above (be sure to write the new loan number on the check).

- For your convenience, we also offer Automatic Pay, Pay by Phone, and other fee-based payment options.

- If property taxes or insurance premiums have been paid out of an escrow / impound account, please forward copies of any future tax or insurance bills to our attention for processing. We will analyze your account at least annually, and will advise you of the amounts needed to meet your tax and insurance obligations, as they may change from time to time.

- If you are presently on a government allotment plan for making the monthly payment, you will need to make arrangements to have the payee changed to Bayview Loan Servicing, LLC, and have the payment forwarded to our offices.

- Bayview Loan Servicing, LLC does not offer Accidental Death, Life, Disability or other optional insurance. If you currently have these coverages and wish to maintain the insurance, you must make arrangements directly with the insurance carriers to make future premium payments.

- For year-end reporting purposes, questions regarding interest paid to the prior servicer must be directed to their attention. Bayview Loan Servicing, LLC will respond to any inquiries regarding activities occurring from the transfer date forward.

- CREDIT REPORTING – We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Bayview Loan Servicing, LLC is here to assist you with your loan servicing needs.

Sincerely,

Roddrey Gregory, Assistant Vice President
Customer Relations Department
Bayview Loan Servicing, LLC

Please see important information attached.

rev. Oct. 2014

# FACTS    WHAT DOES BAYVIEW DO WITH YOUR PERSONAL INFORMATION?

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>☐    Social Security number and income<br>☐    Account balances and payment history<br>☐    Credit history and credit scores |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Bayview chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Bayview share?* | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes---** such as to process your transaction, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes---** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes---** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes---** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | Yes | Yes |

*We do not share personal information in connection with the collection of a debt, except as permitted by law.*

| To limit our sharing | Mail the form below.<br><br>**Please note:** If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions | Call **1.855.813.6597** or go to **www.bayviewloanservicing.com** |

**Mail-in Form**

Mark any/all you want to limit:
☐   Do not share information about my creditworthiness with your affiliates for their everyday business purposes.
☐   Do not allow your affiliates to use my personal information to market to me.
☐   Do not share my personal information with non-affiliates to market their products and services to me.

| Name | | Mail to: |
|---|---|---|
| Address | | Bayview<br>Attention: Customer Support<br>4425 Ponce de Leon Boulevard, Fifth Floor<br>Coral Gables, Florida 33146 |
| City, State, Zip | | |
| Account # | | |

OP349 NL012 MNL BLS Welcome TOSN Multi-State V2.5 Loan No.: 1109682      313

| Who we are | |
|---|---|
| Who is providing this notice? | Bayview Asset Management, LLC, Bayview Loan Servicing, LLC and Bayview Financial Holdings, L.P. |

| What we do | |
|---|---|
| How does Bayview protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Bayview collect my personal information? | We collect your personal information, for example, when you:<br>☐ pay your bills or apply for a loan<br>☐ give us your income information or provide employment information<br>☐ give us your employment history<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>☐ sharing for affiliates' everyday purposes – information about your creditworthiness<br>☐ affiliates from using your information to market to you<br>☐ sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>☐ *Our affiliates include companies with a Bayview name; financial companies such as Lakeview Loan Servicing, LLC and Bayview Lending Group, LLC; and nonfinancial companies such as IB Property Holdings, LLC.* |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>☐ *Non-affiliates we share with can include mortgage companies, banks, insurance companies and nonprofit organizations.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>☐ *Our joint marketing partners include mortgage lenders, credit card companies, debt settlement providers, and other financial services companies.* |

| Other important information | |
|---|---|
| | **Special Notice for California and Vermont Residents:** Except for our everyday business purposes and/or our marketing purposes, we will not share your personal information without giving you additional privacy choices. |

# Are you ready for a fresh start?
## We are here to help.
**We've helped thousands of our customers avoid foreclosure and protect their credit.**

Realistic solutions are available to help you keep your property and preserve your credit if you are having hardship challenges. Or, if you can no longer afford your property, we can help with solutions to avoid foreclosure. Your first step is to call.

---

### As your loan servicer, Bayview is empowered to help.

Bayview is one of the only loan servicing companies to receive top ratings from all major rating agencies (S&P, Fitch, and Moody's) for our personalized and responsive service.

### How is Bayview different?

- **Prompt and personalized** service from your professional account manager who is your single point of contact
- **Fast answers to your questions**
- **Realistic options** for help through the Making Home Affordable and other popular programs

---

### Call us to find a resolution today!

A Bayview asset manager has been assigned to your loan as a single point of contact and will answer any questions regarding this transfer.

### Phone: 1.855.813.6597

You have options. Call today. Or visit us online at www.bayviewloanservicing.com

---

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Copyright © 2014 Bayview Loan Servicing, LLC. All rights reserved. BLS-0040



Doc ID: BANACOM1

**Bank of America**
**Home Loans**

P. O. Box 941633
Simi Valley, CA 93094-1633

ANTHONY EDWA DINO
1244 NE 16TH TER
FORT LAUDERDALE    FL 33304-2323

**Account No.:** 167207051

---

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

We want to let you know that effective July 1, 2011, the servicing of home loans by our subsidiary- BAC Home Loans Servicing, LP, will transfer to our parent company- Bank of America, N.A. Based upon our records as of April 19, 2011, your home loan account noted above is affected by this servicing transfer.

**WHAT THIS MEANS FOR YOU**

- If you pay by check on or after July 1, 2011, please make checks payable to "Bank of America, N.A."
- Effective July 1, 2011, your monthly statements will show "Bank of America, N.A." as your loan servicer.
- We will notify property insurance carriers of this servicing transfer; however, we recommend you review the next policy renewal notice you receive after July 1, 2011, to verify that the "Mortgagee" for your policy has been updated to reflect "Bank of America, N.A." If your policy has not been updated, please contact your insurance carrier to ensure the update is made.
- Your account number will remain the same.
- The terms and conditions for your loan will not change.
- If you make automated/ACH payments or you make payments through Bank of America's or another financial institution's online banking service, continue to make payments as you do today. No actions are required on your part to accommodate this transfer.
- The customer service toll-free numbers, fax numbers and mailing addresses will remain the same.
- Online Banking access to your account will remain the same.
- Your privacy elections will not change.

**For customers discussing, applying for, or involved in any Loan Modification, Repayment Plan, Short Sale, Deed in Lieu of Foreclosure, or Foreclosure**

This servicing transfer will not impact any current discussions, applications, approved arrangements or proceedings in these areas. However, if you are currently in a repayment plan, trial modification or permanent modification, check payments made on or after July 1, 2011, should be payable to "Bank of America, N.A."

**PLEASE SEE REVERSE SIDE**

Bank of America, N.A. Member FDIC. Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

BANACOM1  13045  02/8/2011

**Legal Notice(s)\***

As a result of this servicing transfer, we have enclosed the legal notice(s) listed just below.  No action is required on your part in response to the notice(s), but we recommend you retain the notice(s) for your records:

· Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice

**THANK YOU**

We appreciate the opportunity to serve your home loan needs.  If you have any questions or need assistance regarding this servicing transfer, please call us at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

Please Note: This letter is being sent to the address and borrower(s) listed above.  If there are other borrowers on this account who receive mail at a different address than above, please share this information with them.  If you have other home loan accounts affected by this servicing transfer, you will receive a separate communication for each account.

\* If an attorney represents you in connection with your Bank of America home loan, please provide your attorney a copy of this letter and any enclosed legal notice(s).

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your mortgage loan and the right to collect payments in connection with your loan will be/was transferred from BAC Home Loans Servicing, LP to Bank of America, N.A., effective July 1, 2011.

The transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. However, in this case, all necessary information is combined in this one notice.

YOUR SERVICER PRIOR TO JULY 1, 2011:
Your servicer prior to July 1, 2011:  BAC Home Loans Servicing, LP.  If you have any questions relating to the transfer of servicing from this servicer, please call Bank of America Customer Service toll-free at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday. Your call may be monitored or recorded to ensure quality service.

YOUR SERVICER ON AND AFTER JULY 1, 2011:
Your new servicer on and after July 1, 2011:  Bank of America, N.A.  The business address for Bank of America, N.A. for purposes of your mortgage loan is:  450 American Street, Simi Valley, CA 93065-6285. Below is the information on how to contact and make payments to Bank of America, N.A.

Toll-free Number
The toll-free telephone number of Bank of America, N.A. is 1.877.488.7812.  If you have any questions relating to the transfer of servicing to your new servicer, please call Bank of America Customer Service at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.  Please have your account number ready whenever you call.  Your call may be monitored or recorded to ensure quality service.

Address for Correspondence (other than payments)
The address to send written correspondence to Bank of America, N.A. (other than payments) is:

Bank of America, N.A.
Customer Service Correspondence
CA6-919-01-41
P.O. Box 5170
Simi Valley, CA 93062-5170

Please include your loan number on all written correspondence you send to Bank of America, N.A.

Address for Mailed Payments
This transfer does not change the mailing address to send your payments.  Please continue to send your payments to Bank of America, N.A. at the mailing address indicated on your monthly statements and/or coupons.  Please write your loan number on all checks, cashier checks and other payments sent to Bank of America, N.A.

INFORMATION CONCERNING YOUR PAYMENTS AND OPTIONAL INSURANCE:
The date that BAC Home Loans Servicing, LP no longer accepts payments from you is June 30, 2011. The date that Bank of America, N.A. begins accepting payments from you is July 1, 2011.  Send all payments due on or after that date to Bank of America, N.A.

Optional insurance, such as life and disability insurance coverage, will continue without interruption.  If, for some reason, your current coverage cannot be continued by Bank of America, N.A., you will be given separate notice and offered other alternatives without interruption in your coverage.

ADDITIONAL RIGHTS UNDER THE REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA)
We want to make you aware of certain rights you have under RESPA.  A summary is provided on the back of this notice.

SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

Bank of America, N.A.  Member FDIC. Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.

ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America, N.A.'s servicing of your loan, it must be sent to the following address:

Bank of America, N.A.
Customer Service Correspondence
CA6-919-01-41
P.O. Box 5170
Simi Valley, CA 93062-5170

No later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

Bank of America, N.A. Member FDIC. Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

 **BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**NOTICE OF TRANSFER OF MORTGAGE LOAN**

**Date of Notice:** April 1, 2015

ANTHONY DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

**Loan Number:** 1109682

**Property Address:** 1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

Dear Customer:

You are receiving this Notice because your mortgage loan identified below had a change of creditor. The servicing entity has not changed.

The change of creditor is a common practice and it is our goal to make it as seamless as possible for you. To confirm the information contained in this Notice or to reach an agent, please refer to the contact information listed below.

**Mortgage Loan Information**
Mortgage Borrower Name(s):   ANTHONY DINO
Loan Number:                 1109682
Loan Date:                   25-Apr-07
Original Loan Amount:        $280,000.00
Address of Mortgaged Property: 1244 NE 16TH TER
                             FORT LAUDERDALE, FL 33304

**Please note the following information regarding the transfer of your mortgage loan:**

1. The identity (name), address and telephone number of the new creditor:
   U.S. Bank National Association, as trustee, in trust for the benefit of the Holders of WB4b REMIC Trust 2015-2 Beneficial Interest Certificates, Series 2015-2
   Attn: Corporate Trust Services
   60 Livingston Ave., EP-MN-WS3D
   St. Paul, MN 55107
   1-800-934-6802

2. **Ownership transfer date:**   16-Mar-15

3. **To reach an agent** or party having authority to act on behalf of the new creditor, please contact:

   Bayview Loan Servicing, LLC
   ATTN:  Customer Service
   4425 Ponce de Leon Blvd., 5th Floor
   Coral Gables, FL 33146

   TOLL FREE NUMBER & HOURS
   1-855-813-6597
   Monday – Friday, 8:00am – 9:00pm ET

4.  The location of the place where **transfer of ownership of the debt is or may be recorded** is the county recorder's office for Broward County, FL.

5.  **Until further notice, this Notice does not identify or otherwise change the address where you send your mortgage loan payments.**

If there is any change in the address for your mortgage loan payments, you will be notified of such change separately and apart from this Notice.

Bayview Loan Servicing, LLC is here to assist you with your loan servicing needs.

Sincerely,

Roddrey Gregory, Assistant Vice President
Customer Relations Department
Bayview Loan Servicing, LLC

IF THIS MORTGAGE HAS BEEN DISCHARGED OR IF YOU ARE CURRENTLY IN BANKRUPTCY, THIS NOTIFICATION IS FOR INFORMATION PURPOSES ONLY. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY.

OP298 NL029 MNL Section 404 Change In Creditor Acquisitions (BLS may not be Servicer) V 1.2 Loan No.: 1109682



Bayview Loan Servicing, LLC.
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**CHANGE OF CREDITOR NOTIFICATION**

|  |  |
|---|---|
| **Date of Notice:** | February 11, 2016 |
| **Loan Number:** | 1109682 |
| **Property Address:** | 1244 NE 16TH TER<br>FORT LAUDERDALE, FL 33304 |

ANTHONY DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

Dear Customer:

You are receiving this Notice because your mortgage loan identified below had a change of creditor. The servicing entity has not changed. Bayview Loan Servicing, LLC will continue to service your mortgage loan.. The sale of your mortgage loan does not affect any term or condition of the Mortgage, and this notice requires no action on your part.

NOTE: This Notice does not identify or otherwise change the address where you send your mortgage loan payments. If there is any change in the address or servicer for your mortgage loan payments, you will be notified of such change separately and apart from this notice.

The change of creditor is a common practice in the mortgage industry and it is our goal to make it as seamless as possible for you. To confirm the information contained in this Notice or to reach an agent, please refer to the contact information listed below.

**Mortgage Loan Information**
Mortgage Borrower Name(s):      ANTHONY DINO
Loan Number:                    1109682
Loan Date:                      4/25/07
Original Loan Amount:           $280,000
Address of Mortgaged Property:  1244 NE 16TH TER
                                FORT LAUDERDALE, FL 33304

**Please note the following information regarding the transfer of your mortgage loan:**

1. The identity (name), address and telephone number of the new creditor:
   U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IVb NPL REMIC Trust 2016-A
   Attn: Corporate Trust Services
   60 Livingston Ave., EP-MN-WS3D
   St. Paul, MN 55107
   1-800-934-6802

2. **Ownership transfer date:**      1/22/16

3. **To reach an agent** or party having authority to act on behalf of the new creditor:
   Your mortgage loan is serviced by a servicer we hired. The mailing address and phone number to reach our servicer is:

   Bayview Loan Servicing, LLC          TOLL FREE NUMBER & HOURS
   ATTN:  Customer Service              1-855-813-6597
   4425 Ponce de Leon Blvd, 5th Floor   Monday – Friday, 8:00am – 9:00pm ET
   Coral Gables, FL 33146

OP711 NL042 MNL BLS 404 TOSN Internal BLS Is Servicer Op Fund Loan Sales HP V 1.5 Loan No.: 1109682  02133

**4. Partial Payments**

Your lender:

- ☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☑ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☐ does not accept any partial payments. If this loan is sold, your new lender may have a different policy.

5. The location of the place where **transfer of ownership of the debt is or may be recorded** is the county recorder's office for Broward County, FL.

6. **Additional information:** This Notice does not identify or otherwise change the address where you send your mortgage loan payments. If there is any change in the address for your mortgage loan payments, you will be notified of such change separately and apart from this Notice.

Bayview Loan Servicing, LLC is here to assist you with your loan servicing needs.

Sincerely,

Roddrey Gregory, Assistant Vice President
Customer Relations Department.
Bayview Loan Servicing, LLC

IF THIS MORTGAGE HAS BEEN DISCHARGED OR IF YOU ARE CURRENTLY IN BANKRUPTCY, THIS NOTIFICATION IS FOR INFORMATION PURPOSES ONLY. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY.

**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

**CHANGE OF CREDITOR NOTIFICATION**

| | |
|---|---|
| **Date of Notice:** | October 13, 2016 |

ANTHONY DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

| | |
|---|---|
| **Loan Number:** | 1109682 |
| **Property Address:** | 1244 NE 16TH TER<br>FORT LAUDERDALE, FL 33304 |

Dear Customer:

You are receiving this Notice because your mortgage loan identified below had a change of creditor. The servicing entity has not changed. Bayview Loan Servicing, LLC will continue to service your mortgage loan.. The sale of your mortgage loan does not affect any term or condition of the Mortgage, and this notice requires no action on your part.

NOTE: This Notice does not identify or otherwise change the address where you send your mortgage loan payments. If there is any change in the address or servicer for your mortgage loan payments, you will be notified of such change separately and apart from this notice.

The change of creditor is a common practice in the mortgage industry and it is our goal to make it as seamless as possible for you. To confirm the information contained in this Notice or to reach an agent, please refer to the contact information listed below.

**Mortgage Loan Information**

| | |
|---|---|
| Mortgage Borrower Name(s): | ANTHONY DINO |
| Loan Number: | 1109682 |
| Loan Date: | 25-Apr-07 |
| Original Loan Amount: | $280,000.00 |
| Address of Mortgaged Property: | 1244 NE 16TH TER<br>FORT LAUDERDALE, FL 33304 |

**Please note the following information regarding the transfer of your mortgage loan:**

1. The identity (name), address and telephone number of the new creditor:
   U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IVb NPL Grantor Trust 2016-A
   Attn: Corporate Trust Services
   60 Livingston Ave., EP-MN-WS3D
   St. Paul, MN 55107
   1-800-934-6802

2. **Ownership transfer date**:    10/5/2016

3. **To reach an agent** or party having authority to act on behalf of the new creditor:
   Your mortgage loan is serviced by a servicer we hired. The mailing address and phone number to reach our servicer is:

   Bayview Loan Servicing, LLC
   ATTN:  Customer Service
   4425 Ponce de Leon Blvd., 5th Floor
   Coral Gables, FL 33146

   TOLL FREE NUMBER & HOURS
   1-855-813-6597
   Monday – Friday, 8:00am – 9:00pm ET

4. **Partial Payments**

Your lender:

- ☐ may accept payments that are less than the full amount due (partial payments) and apply them to your loan.
- ☑ may hold them in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.
- ☐ does not accept any partial payments. If this loan is sold, your new lender may have a different policy.

5. The location of the place where **transfer of ownership of the debt is or may be recorded** is the county recorder's office for Broward County, FL.

6. **Additional information:** This Notice does not identify or otherwise change the address where you send your mortgage loan payments. If there is any change in the address for your mortgage loan payments, you will be notified of such change separately and apart from this Notice.

Bayview Loan Servicing, LLC is here to assist you with your loan servicing needs.

Sincerely,

Roddrey Gregory, Assistant Vice President
Customer Relations Department.
Bayview Loan Servicing, LLC

IF THIS MORTGAGE HAS BEEN DISCHARGED OR IF YOU ARE CURRENTLY IN BANKRUPTCY, THIS NOTIFICATION IS FOR INFORMATION PURPOSES ONLY. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY.

Anthony Edwardo Dino
1244 NE 16th Ter
Fort Lauderdale, FL 33304

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

 **BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**Help for America's Homeowners**   

August 13, 2015

Anthony Edwardo Dino
1244 NE 16th Ter
Fort Lauderdale, FL 33304

**Loan Number:**   0001109682

**Property Address:**   1244 NE 16th Ter
Fort Lauderdale FL 33304



## IMPORTANT:   Your instructions for applying for a mortgage loan modification.

Dear Anthony Edwardo Dino,

You are receiving this packet because **you requested to be reviewed** for a mortgage loan modification. A loan modification can make your mortgage payments more affordable.

This packet contains **the instructions and forms** you need to complete the application process. Plus, you will find a helpful Program Overview and instructions for easy methods to quickly return required documentation.

The process isn't difficult, and it's my job to help you. We are your mortgage company and we've helped thousands of our customers get relief and avoid foreclosure.

### Enclosed Documents:

• Application

• Instructions/Checklist

• Document Return Guide

• Modification Program Overview

### Here's how the application and review process works:

1. You submit the required documents by 08-28-15. Required documentation is listed on the enclosed checklist.

2. We review the documentation to determine if you loan qualifies.

3. If your loan qualifies, we will send you a trial period plan offer.

4. If you loan does not qualify for a modification, we will contact you about other options that may be available to you.

**You've taken the first step** by contacting us. **Your next step** is to follow the instructions on the enclosed checklist to gather and return the required documentation.

**Questions?** Check the enclosed Program Overview or visit **www.BayviewLoanServicing.com**. You can also contact me directly at (877) 262-0340. I look forward to helping you.

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

Page 3 of 28

Sincerely,

*DANIEL MARTINEZ*

Bayview Loan Servicing, LLC
Phone Number:   (877) 262-0340  Monday-Friday 9:00 a.m.-6:00 p.m., ET
Fax Number:      (305) 644-8143

**P.S. Remember, you must return ALL of the required information before we can evaluate your request
and stop any pending foreclosure actions.**

See important information on reverse of this letter.



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## Disclaimers and Notices

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.



**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Due to investor restrictions, loans may or may not qualify for specific workout options. If you do not qualify for a loan modification under this program, or do not want to stay in your home or keep you rental property, we will work with you to explore other options available to help you keep your home or ease your transition to a new home, if applicable.

After we receive all required documentation, we will process your request as quickly as possible. Once we have received all required documentation within any applicable time frames, we will not file a foreclosure action with the courts. If the loan has already entered the foreclosure process we will attempt to review the loan for foreclosure alternatives, but there is no guaranty that we can postpone a scheduled foreclosure sale. Even if we approve your application for a foreclosure alternative prior to a scheduled foreclosure sale, a court with jurisdiction over the foreclosure proceeding or a public official charged with carrying out the sale may determine not to stop any scheduled sale. To protect your rights under applicable foreclosure law, you may need to respond to foreclosure notices or to take other actions. If you do not understand the legal consequences of the foreclosure, you are encouraged to contact a lawyer or housing counselor for assistance. If you do qualify for a foreclosure alternative, if you fail to comply with the terms of the loan workout and do not make other arrangements with us, you loan will be enforced according to its original terms. This could include foreclosure.

## Free HUD-approved counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the Homeowner's **HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and you may also request assistance in understanding the Borrower Notice by asking for MHA help. The Homeowner's HOPE Hotline offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm.

---

**Beware of Foreclosure Rescue Scams. Help is free!**

- There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.

- For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

---



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

# Complete Your Checklist

**This is the information we need to help you modify your mortgage payments.**

**Act Now! To see if you qualify for this program**, send the items listed.



| Instructions and Required Documents Checklist |
|---|

**For all borrowers:**

☐ Complete and sign (by all borrowers) the enclosed application

☐ Copies of the most recently filed signed federal tax return with all schedules, including the Schedule E for each borrower who receives rental income, copies of the lease agreements and last two months of bank statements*
*If rented less than 12 months – statement should reflect deposit.

☐ IRS Form 4506-T or 4506T-EZ
  • If borrowers filed their tax returns jointly, send in one form for both borrowers
  • If borrowers filed their tax returns separately, send in one form for each borrower
Please note that tax forms are needed even if you are sending in your tax returns.

☐ Return the required income documentation. This documentation includes:

**For each borrower who receives a salary or hourly wages —**

    ☐ Copy of your two most recent pay stubs that show year-to-date earnings

**For each borrower who is self-employed —**

    ☐ Most recent quarterly or year-to-date profit/loss statement, signed and dated – even if you did not receive any business income in the last year, state "No income"

    ☐ Business tax return – Schedule K-1

    ☐ 4506T for your business

**For each borrower who has income such as social security, disability or death benefits, pension, adoption assistance, public assistance, or unemployment —**

    ☐ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit,

    ☐ Two most recent bank statements showing receipt of such payment.

**For each borrower who is relying on alimony, child support or separation maintenance as qualifying income* —**

    ☐ Copy of divorce decree, separation agreement, other written agreement filed with the court, or decree that states the amount and period of time over which it will be received, and

    ☐ Two most recent bank statements showing receipt of such payment.

    *You are not required to disclose child support, alimony or separation maintenance income, unless you choose to have it considered by Bayview Loan Servicing.

**For each borrower who has non-wage income (part time employment, bonuses, tips and investment income):**

    ☐ Copy of documentation describing the nature of the income (e.g. an employment contract or printouts documenting tip income, letter from employer)

    *If you have other types of income, cannot locate the required documents, or have questions about the paperwork required, please contact me at (877) 262-0340.*

| Important Information |
|---|
| Keep a copy of all your documents for your records. Don't send original income documentation. |

**You must send in all required income documentation, tax returns, completed Form 4506-T, and an application no later than 08-28-15. If you cannot provide the documentation within the time frame provided, please contact me to request an extension of time to gather your documents.**

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

# How to Return Documents to Bayview

**Without ALL of the requested documentation, we cannot proceed.**

| | |
|---|---|
| **By Email** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to **documents@bayviewloanservicing.com**. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person. |
| **By Fax** | You may fax documents to me at **(305) 644-8143**. Please be certain to label each page with your Loan Number so we can make sure they are added to the correct file. |
| **By Mail** | Please send your documents to the following address:<br>Inbound Customer Documents<br>Attn: DANIEL MARTINEZ<br>c/o Bayview Loan Servicing<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |
| **By Smartphone** | Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: **documents@bayviewloanservicing.com**<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly apply them to your loan. |



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## Modification Program Overview

**Here's what you need to know about the Making Home Affordable Modification program.**





**NO FEES.** There are no fees under the Making Home Affordable Modification Program.

**TRIAL PERIOD PLAN/MODIFICATION PROCESS.** Submitting all required documentation to be considered for the program is the first step. If you are eligible for the program, you will receive a Trial Period Plan and successfully complete a "trial period" by making trial period payments. Once we are able to finalize your modified loan terms near the end of this trial period, we will send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully completing the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan cannot be modified.

**NEW PRINCIPAL BALANCE.** Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party will be added to your mortgage loan balance (the "Past Due Arrearage Amount"). **If you fulfill the terms of the trial period including, but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.**

**ESTIMATED MONTHLY PAYMENT.** At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful completion of the trial period. However, based on information we currently have, your trial period payment should be close to your modified loan payment. As we near the end of the trial period, we will calculate any past due amount to determine your new permanent monthly payment and other modified loan terms.

**BORROWER INCENTIVE.** Through HAMP, just for making your mortgage payments on time, you could earn up to $10,000 in principal forgiveness — $1,000 per year for the first five years and a $5,000 onetime payment in year six. After year six you may be eligible to re-amortize your reduced mortgage balance to further lower your monthly mortgage payment.

**CREDIT COUNSELING.** If you have very high levels of debt, you will be required to obtain credit counseling under the Making Home Affordable Modification Program. Credit counseling is FREE. You can locate a HUD certified counselor by calling 1.800.569.4287.

**CREDIT REPORTING.** During the trial period, we will report your loan as delinquent to the credit reporting agencies even if you make your trial period payments on time because the trial period payments will be lower than your normal mortgage payments and we are required to report all shortfalls to the credit bureau (since the modification is not yet completed). However, after your loan is modified, we will only report the loan as delinquent if the modified payment is not received in a timely manner.

**FORECLOSURE PROCESS.** During the Home Affordable Modification evaluation period and the Trial Period, your home will not be referred to foreclosure or be sold at a foreclosure sale if the foreclosure process has already been initiated.



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



# Making Home Affordable Program
## Request For Mortgage Assistance (RMA)



If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about **all** of your income, expenses and financial assets; whether you have declared bankruptcy; and information about all the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

## SECTION 1: BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH (MM/DD/YY) | SOCIAL SECURITY NUMBER / DATE OF BIRTH (MM/DD/YY) |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | MAILING ADDRESS (IF SAME AS BORROWER, WRITE "SAME") |
| EMAIL ADDRESS | EMAIL ADDRESS |

Has any borrower filed for bankruptcy?   ☐ Chapter 7   ☐ Chapter 13

Filing Date: _____   Bankruptcy case number: _____

Has your bankruptcy been discharged?   ☐ Yes   ☐ No

Is any borrower a servicemember?   ☐ Yes   ☐ No

Have you recently been deployed away from your principal residence or recently received a permanent change of station order?   ☐ Yes   ☐ No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? _____

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification? ☐ Yes   ☐ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification? ☐ Yes   ☐ No If "Yes", how many? _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence? ☐ Yes   ☐ No

## SECTION 2: HARDSHIP AFFIDAVIT

**I (We) am/are requesting review under MHA.**
**I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):**

☐ My household income has been reduced. For example: reduced pay or hours, decline in business or self employment earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago.

☐ Other:

Explanation (continue on a separate sheet of paper if necessary):



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## SECTION 3: PRINCIPAL RESIDENCE INFORMATION
### (This section is required even if you are not seeking mortgage assistance on your principal residence)

I am requesting mortgage assistance with my principal residence.  ☐ Yes  ☐ No

If "yes", I want to: ☐ Keep the property  ☐ Sell the property

Property Address: _____   Loan I.D. Number: _____

Other mortgages or liens on the property? ☐ Yes  ☐ No   Lien Holder / Servicer Name: _____   Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes  ☐ No If "Yes", Monthly Fee $_____  Are fees paid current? ☐ Yes  ☐ No

Name and address that fees are paid to: _____

Does your mortgage payment include taxes and Insurance? ☐ Yes  ☐ No   If "No", are the taxes and insurance paid current? ☐ Yes  ☐ No

Annual Homeowner's Insurance $_____

Is the property listed for sale? ☐ Yes  ☐ No  If "Yes", Listing Agent's Name: _____   Phone Number: _____

List date? _____   Have you received a purchase offer? ☐ Yes  ☐ No   Amount of Offer: $_____   Closing Date: _____

**Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.**

Principal residence servicer name: _____   Principal residence servicer phone number: _____

Is the mortgage on your principal residence paid? ☐ Yes  ☐ No   If 'No", number of months your payment is past due (if known): _____



## SECTION 4: COMBINED INCOME AND EXPENSE OF BORROWER AND CO-BORROWER

| Monthly Household Income | | Monthly Household Expenses/Debt (Principal Residence Expense Only) | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross wages | $ | First Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Self employment Income | $ | Homeowner's Insurance* | $ | Savings / Money Market | $ |
| Unemployment Income | $ | Property Taxes* | $ | CDs | $ |
| Untaxed Social Security / SSD | $ | HOA/Condo Fees* | $ | Stocks / Bonds | $ |
| Food Stamps/Welfare | $ | Credit Cards/Installment debt (total min. payment) | $ | Other Cash on Hand | $ |
| Taxable Social Security or retirement income | $ | Child Support / Alimony | $ | | |
| Child Support / Alimony** | $ | Car Payments | $ | | |
| Tips, commissions, bonus and overtime | $ | Mortgage Payments other properties**** | $ | | |
| Gross Rents Received *** | $ | Other | $ | Value of all Real Estate except principal residence | $ |
| Other | $ | | | Other | $ |
| Total (Gross income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.
** Alimony, child support or separate maintenance income need not be disclosed if you are seeking mortgage assistance in Section 6.
*** Include rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance in Section 6.
**** Include mortgage payments on all properties you own EXCEPT your principal residence and the property for which you are seeking mortgage assistance.

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## REQUIRED INCOME DOCUMENTATION
### (Your servicer may request additional documentation to complete your evaluation for MHA)

| All Borrowers | ☐ Include a signed IRS Form 4506-T or 4506T-EZ |
|---|---|
| ☐ Do you earn a wage?<br>Borrower Hire Date (MM/DD/YY) _____<br>Co-borrower Hire Date (MM/DD/YY) _____ | ☐ For each borrower who is a salaried employee or hourly wage earner, provide the most recent pay stub(s) that reflects at least 30 days of year-to-date income. |
| ☐ Are you self-employed? | ☐ Provide your most recent signed and dated quarterly or year-to date profit and loss statement. |
| ☐ Do you receive tips, commissions, bonuses, housing allowance or overtime? | ☐ Describe the type of income, how frequently you receive the income and third party documentation describing the income (e.g., employment contracts or printouts documenting tip income). |
| ☐ Do you receive social security, disability, death benefits, pension, public assistance or adoption assistance? | ☐ Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| ☐ Do you receive alimony, child support, or separation maintenance payments? | ☐ Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that states the amount of the payments and the period of time that you are entitled to receive them. AND<br><br>☐ Copies of your two most recent bank statements or deposit advices showing you have received payment.<br><br>**Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.** |
| ☐ Do you have income from rental properties that are not your principal residence? | ☐ Provide your most recent Federal Tax return with all schedules, including Schedule E.<br><br>☐ If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. |



## SECTION 5: OTHER PROPERTIES OWNED
### (You must provide information about all properties that you or the co-borrower own, other than your principal residence and any property described in Section 6 below. Use additional sheets if necessary.)

### OTHER PROPERTY #1

| Property Address: | | Loan I.D. Number: |
|---|---|---|
| Servicer Name: | Mortgage Balance $ | Current Value $ |
| Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented | Gross Monthly Rent $ | Monthly mortgage payment* $ |

### OTHER PROPERTY #2

| Property Address: | | Loan I.D. Number: |
|---|---|---|
| Servicer Name: | Mortgage Balance $ | Current Value $ |
| Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented | Gross Monthly Rent $ | Monthly mortgage payment* $ |

### OTHER PROPERTY #3

| Property Address: | | Loan I.D. Number: |
|---|---|---|
| Servicer Name: | Mortgage Balance $ | Current Value $ |
| Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented | Gross Monthly Rent $ | Monthly mortgage payment* $ |

* The amount of the monthly payment made to your lender — including, if applicable, monthly principal, interest, real property taxes and insurance premiums.

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## SECTION 6: OTHER PROPERTY FOR WHICH ASSISTANCE IS REQUESTED
(Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.)

I am requesting mortgage assistance with a **rental** property.   ☐ Yes   ☐ No

I am requesting mortgage assistance with a **second or seasonal** home.   ☐ Yes   ☐ No

If "Yes" to either, I want to:   ☐ Keep the property   ☐ Sell the property



Property Address: _____   Loan I.D. Number: _____

Do you have a second mortgage on the property   ☐ Yes   ☐ No   If "Yes", Servicer Name: _____   Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees?   ☐ Yes   ☐ No   If "Yes", Monthly Fee $_____   Are HOA fees paid current?   ☐ Yes   ☐ No

Name and address that fees are paid to:

Does your mortgage payment include taxes and insurance?   ☐ Yes   ☐ No   If "No", are the taxes and insurance paid current?   ☐ Yes   ☐ No

Annual Homeowner's Insurance $_____   Annual Property Taxes $_____

If requesting assistance with a rental property, property is currently:
☐ Vacant and available for rent.
☐ Occupied without rent by your legal dependent, parent or grandparent as their principal residence
☐ Occupied by a tenant as their principal residence.
☐ Other_____

If rental property is occupied by a tenant:   Term of lease / occupancy

| | MM | DD | YYYY | — | MM | DD | YYYY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Gross Monthly Rent $

If rental property is vacant, describe efforts to rent property:

If applicable, describe relationship of and duration of non-rent paying occupant of rental property:

Is the property for sale? ☐ Yes   ☐ No   If "Yes", Listing Agent's Name: _____   Phone Number: _____

List date? _____   Have you received a purchase offer?   ☐ Yes   ☐ No   Amount of Offer: $_____   Closing Date: _____

## RENTAL PROPERTY CERTIFICATION
(You must complete this certification if you are requesting a mortgage modification with respect to a rental property.)

☐   By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 6 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property:

1.   I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

2.   The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.

3.   I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

**Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.** This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

Initials: Borrower _____   Co-borrower _____



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## SECTION 7: DODD-FRANK CERTIFICATION

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

    (a) felony larceny, theft, fraud, or forgery,
    (b) money laundering or
    (c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law. This certification is effective on the earlier of the date listed below or the date this RMA is received by your servicer.

## SECTION 8: INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

| TO BE COMPLETED BY INTERVIEWER | | NAME/ADDRESS OF INTERVIEWER'S EMPLOYER |
|---|---|---|
| This request was taken by:<br>☐ Face-to-face Interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | INTERVIEWER'S NAME (PRINT OR TYPE) & ID NUMBER | |
| | INTERVIEWER'S SIGNATURE       DATE | |
| | INTERVIEWER'S PHONE NUMBER (INCLUDING AREA CODE) | |



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

## SECTION 9: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT



1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, and any non-borrower that is not obligated on the note that has voluntarily provided financial information and executed the RMA, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.

5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.

6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgement and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.

11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Borrower Signature | Social Security Number | Date of Birth | Date |
| _____ | _____ | _____ | _____ |
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



## HOMEOWNER'S HOTLINE

If you have questions about this document or the Making Home Affordable Program, please call your servicer. If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.



## NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

### Beware of Foreclosure Rescue Scams. Help is FREE!

- There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682



AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

Form **4506-T**
(Rev. August 2014)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

OMB No. 1545-1872

▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t.*

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help request tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

Bayview Loan Servicing, LLC 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146  4506TBLS  Phone: (800) 457-5105

**Caution.** If the transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ _____

  **a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . ☐

  **b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . . . . ☐

  **c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . . . . . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . . . . . . . . . . . . ☐

**Caution.** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.     12/31/2014     12/31/2013

**Caution.** Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ _____
  Signature (see instructions)         Date

  _____
  Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____
  Spouse's signature         Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**      Cat. No. 37667N      Form **4506-T** (Rev. 8-2014)

Form 4506-T (Rev. 8-2014)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t.* Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note.** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A. P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 <br><br> 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 <br><br> 559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 <br><br> 816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P. O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 <br><br> 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 <br><br> 859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P. O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party—Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.



**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

Form **4506T-EZ**

(Rev. August 2014)

Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ **Request may not be processed if the form is incomplete or illegible.**
▶ **For more information about Form 4506T-EZ, visit** *www.irs.gov/form4506tez.*

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.



| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number or individual taxpayer identification number on tax return |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3**   Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4**   Previous address shown on the last return filed if different from line 3 (see instructions)

**5**   If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name

Telephone number

**Bayview Loan Servicing, LLC**

800-457-5105

Address (including apt., room, or suite no.), city, state, and ZIP code

**4425 Ponce de Leon Blvd., 5th Floor  Coral Gables, FL 33146   BLS4506T**

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6**   Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2014

2013

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS will notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** spouse must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)                                 Date

▶ Spouse's signature                                           Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**          Cat. No. 54185S          Form **4506T-EZ** (Rev. 08-2014)

Form 4506T-EZ (Rev. 08-2014)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about developments related to Form 4506T-EZ, such as legislation enacted after it was published, go to *www.irs.gov/form4506tez*.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get Transcript of Your Tax Records" under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106  Fresno, CA 93888 559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816-292-6102 |



**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.



**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service  Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

AM509(M) HAMPKit-MR V 1.1 Loan No.: 0001109682

After Recording Return to:

Bayview Loan Servicing, LLC
Attn:  Collateral Department
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

_____[Space Above This Line For Recording Data]_____

## LOAN ADJUSTMENT AGREEMENT

This loan adjustment agreement is made and entered into as of May 27, 2016  (the  Effective Date ), by and between, Bayview
Loan Servicing, LLC, ("Servicer") and  ANTHONY E DINO ("Borrower").

## RECITALS

A.  Servicer is the holder or servicing agent of the holder of that certain Promissory Note ("Note") dated 04/25/2007, executed by
Borrower or Borrower's predecessor-in-interest in the original principal sum of  $280,000.00 .

B.  The note evidences a loan ("Loan") to Borrower or Borrower's predecessor-in-interest on 04/25/2007, in the original principal
sum of  $280,000.00  along with a Deed of Trust or Mortgage ("Security Instrument") securing said Note. The Security Instrument
creates a secured lien on certain real property ("Property") owned by Borrower (and is more specifically described in the Security
Instrument). The Note and Security Instrument and all other loan documents related to the Loan are hereinafter collectively referred
to as the "Loan Documents".

C.  Due to adverse economic circumstances, Borrower has requested Servicer to adjust the scheduled amortization of the Note to
permit Borrower to meet Borrower's obligations to Servicer in full and in a timely manner. The requested adjustment will benefit
Borrower, Servicer and any junior lien holder, by avoiding the possible foreclosure of the Loan by Servicer.  Accordingly, it is
considered to be in the best interest of all concerned to enter this Loan Adjustment Agreement ("Agreement").

D.  Borrower hereby agrees that this Agreement may only become effective upon  Borrower's completion of the Stipulation
Agreement dated May 27, 2016. If Borrower successfully completes all the terms of said Stipulation, Servicer will execute this
Agreement and adjust the Loan accordingly. However, said execution is subject to Borrower's addressing and clearing of any and
all title issues to Servicer s satisfaction. All payments made pursuant to the Stipulation Agreement (with the exception of the down
payment mentioned below) will be credited to payments due under this Agreement.

E.  Both Borrower and Servicer hereby agree that Servicer may, in its sole discretion, record this Agreement.

## AGREEMENT

NOW, THEREFORE, Borrower and Servicer hereby agree as follows:

1.  **NOTE MODIFICATIONS:**
    **(a)  Outstanding Debt:**
    Borrower agrees that the unpaid principal balance due on the Note of  $279,992.00  (including credit for Stipulation Agreement
    downpayment), shall be increased by $70,496.06 the amount of the unpaid installments, interest, late charges, fees and costs,
    and, if applicable, any advances for unpaid property taxes and/or insurance premiums ("Unpaid Sums Due"), for a total unpaid
    principal balance due of  $350,488.06   ("New Balance"). Based on the consideration listed above, and other good and
    valuable consideration, Servicer agrees to defer and waive interest upon $9,924.09 ("Deferred Balance") of the New Balance
    until the loan matures on 06/01/2056 at which time the Deferred Balance shall be immediately due and payable as a balloon
    payment, as well as any outstanding amounts due under the terms of the mortgage. In the event that the Deferred Balance is
    not paid timely as agreed or in the event of a default under this agreement or the loan documents, interest will accrue on the
    Deferred Balance at the rate in effect on the loan immediately prior to maturity or the time of default, and will adjust thereafter
    according to the terms of the Note, Borrower agrees to the accuracy of the allegations contained in the above Recitals as well
    as to the authenticity and validity of each document referred to herein and to the validity of the unpaid sums due and the New
    Balance, Interest and payments will accrue on the New Balance at the interest rates, whether adjustable, variable or fixed,
    provided in the Note, unless modified by this Agreement.

    **(b)  New Monthly Payments, Payment Adjustments:**

AM011 Deferred Stip to Mod Agreement  Letter Fixed (Step Rate) V 2.1 Loan No.: 1109682

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|-------|---------------|---------------------------|-----------------------------------------------|------------------------------------------|-----------------------|-------------------|-----------------------------|
| 1-5 | 2,000% | 06/01/2016 | $1,031.32 | $433.18 | $1,464.50 | 07/01/2016 | 60 |
| 6 | 3,000% | 06/01/2021 | $1,198.15 | Adjust Annually | Adjust Annually | 07/01/2021 | 12 |
| 7 | 4,000% | 06/01/2022 | $1,374.25 | Adjust Annually | Adjust Annually | 07/01/2022 | 12 |
| 8 | 5,000% | 06/01/2023 | $1,556.19 | Adjust Annually | Adjust Annually | 07/01/2023 | 12 |
| 9 | 6,000% | 06/01/2024 | $1,748.66 | Adjust Annually | Adjust Annually | 07/01/2024 | 12 |
| 10-40 | 6,880% | 06/01/2025 | $1,920.52 | Adjust Annually | Adjust Annually | 07/01/2025 | 372 |

Effective on 06/01/2025, Borrower's rate of interest will be 6.88% and will remain fixed for the remaining life of the loan.

**(c) New Maturity Date:**
The maturity date will be 06/01/2056, on which date any unpaid interest and all other sums due shall be paid in full.

**2.   ESTABLISHMENT OF IMPOUND/ESCROW ACCOUNT:**
Borrower acknowledges that Servicer will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Servicer will analyze the impound/escrow account from time to time. As a result of this analysis, the escrow portion of Borrower's monthly payment may change. Borrower further acknowledges that the escrow portion of his/her monthly payment may be substantially higher than the estimate. (Note: In certain states, impound/escrow accounts do not collect for payment of taxes pertaining to Bond/Special Assessments and Irrigation/Water District).

**3.   MORTAGE INSURANCE:**
Borrower agrees that the mortgage insurance premiums on the Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment. Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of this Agreement.

**4.   AGREEMENT NOT TO ENCUMBER:**
Borrower agrees that it will not voluntarily or involuntarily: (i) grant any interest in or option with respect to, any of the Property; or (ii) create or permit to exist any lien, security interest, or other charge or encumbrance upon or with respect to any of the Property, except for Servicer's already existing security interest and lien, or sell the Property for the benefit of itself or any party or in any manner other than that contemplated by this Agreement.

**5.   ASSIGNMENT OF LEASES AND RENTS AND RECEIVERSHIP:**
The existing Mortgage and Note shall be amended to include the following:  In the event the loan is in default and Borrowers are generating any gross income from the property by virtue of a tenancy or any other arrangement, Borrowers agree to assign and transfer to Servicer the right title and interest of Borrower in all existing and future leases and agreements whether or not in writing, and any rents and deposits derived and collected therefrom, affecting and pertaining to the use enjoyment or occupancy of any part of the premises. Borrower consents to the entry by Servicer, Servicer's agent, or court appointed receiver or designee, to enter the premises to collect the rents and enforce the leases. Borrower further consents to the appointment of a court appointed Receiver in the event the loan is in default.

**6.   NO OTHER CHANGES:**
Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations, and conditions in the Note and the Security Instrument remain unmodified and in full force and effect. The Security Instrument continues to secure on a first and prior lien basis the due and punctual payments of the Note, as modified by this Agreement. None of Borrower's obligations or liabilities under the Security Instrument shall be diminished or released by any provisions herein.  Nor shall this Agreement in any way impair, diminish, or affect any of the Borrower's rights or remedies in the Security Instrument whether such rights or remedies arise herein or by operation of law. Any inserted terms, changes or additions to this Agreement will immediately render it null and void. Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing the below Borrower has voluntarily signed this Agreement.

**7.   NO RELIANCE; CONSTRUCTION:**
Each of the parties hereto hereby declares that, prior to the execution of this Agreement, they have apprised themselves of sufficient relevant data in order that they might intelligently exercise their own judgments in deciding on the contents of this Agreement and whether to execute this Agreement. Borrower declares that his/her decision to execute this Agreement is not as a result of undue influence or duress, and not predicated on or influenced by any declarations or representations not set forth in this Agreement, by Servicer, or any other person or party or any predecessors in interest, its successors, assigns, officers, directors, employees, agents or attorneys. Each of the parties hereto hereby further acknowledges and agrees that each of them has had significant input in the development of this Agreement and this Agreement shall not therefore be construed.

**8.   NO ORAL MODIFICATION:**
This Agreement may not be amended or modified in any way except by a written instrument executed by all of the parties hereto.

**9.   SUCCESSORS AND ASSIGNS:**
This Agreement shall be binding upon and inure to the benefit of the signatories to this Agreement and each of their respective successors and assigns. The obligations of the signatories to this Agreement shall not be delegated or assigned.

**10.  ATTORNEY'S FEES:**
In the event that any party hereto brings suit for the collection of any damages resulting from, or the injunction of any action constituting a breach of any terms or provisions of this Agreement, then the prevailing party shall be entitled to recover all reasonable court costs and attorney's fees, at all levels.

Borrower and Lender agree that if there is a pending foreclosure action that results in a voluntary dismissal as a result of a modification or a similar settlement between Borrower and Lender then Borrower and Lender will each pay for their respective attorney fees and costs and neither party will be responsible for the other parties attorneys fees and costs.

**11. PARTIAL INVALIDITY:**
If any term, covenant or condition of this Agreement or its application to any person or circumstances shall be held to be illegal, invalid or unenforceable, the remainder of this Agreement or the application of such term or provisions to other persons or circumstances shall not be affected, and each term hereof shall be legal, valid and enforceable to the fullest extent permitted by law, unless an essential purpose of this Agreement would be defeated by the loss of the illegal, unenforceable, or invalid provision. In the event of such partial invalidity, the parties shall seek in good faith to agree on replacing any such legally invalid provisions with valid provisions which, in effect, will, from an economic viewpoint, most nearly and fairly approach the effect of the invalid provision and the intent of the parties in entering into this Agreement.

IN WITNESS WHEREOF, Servicer and Borrower have executed this Loan Adjustment Agreement.

Borrower:

By: _~signature~_   Date:  6/30/2016
ANTHONY E DIXO

Servicer:

By: _~signature~_   Date:  9.13.16
Vice President, Bayview Loan Servicing, LLC

Licensed Loan Originator: Gregory Sargent
MLO License Number: 72120
Direct:  877-650-0140 Ext. 2029  Monday - Friday 9:00 am to 6:00 pm ET
Fax:    877-360-9593

AM011 Deferred Step to Mod Agreement  Letter Fixed (Step Rate) V 2.1 Loan No.: 1100682

Page 3 of 3

 **BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL  33146



Statement Date:  April 13, 2016

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL  333040000

Loan Number:  1109682

Property
Address:  1244 NE 16TH TER
FORT LAUDERDALE, FL
33304

Dear Customer:

You recently requested to have your mortgage loan (listed above) reviewed to learn your eligibility for a foreclosure avoidance program. The purpose of this letter is to notify you that one or more requested documents is/are still needed by our office in order to complete the review process. We are looking forward to working with you to complete the review and are here to help with any questions along the way. Below is a list of documents that are still needed.

## Documentation You Need to Provide by 05/13/2016

As of 04/13/2016 we are still missing the document(s) listed below. Please note that we cannot determine your eligibility for a resolution until we receive all requested documentation. If you have recently provided document(s) and they still show in the list below, or if you have questions, please contact me, Daniel Martinez, immediately at **(877) 262-0340** Monday - Friday 9:00 am to 6:00 pm ET to confirm your documents have been received.

☐ Signed letter from all customers confirming they will attend HUD required counseling
☐ Borrower to provide windstorm insurance invoice reflecting bill to lender or paid in full due to current force placed insurance.  Insurance quote is not acceptable.

**Important: Incomplete Information Notice.**

**All requested documentation must be received by Bayview no later than 05/13/2016 to be evaluated for eligibility. If you require additional time to provide a complete application, please send us your request in writing by 05/08/2016 and an additional 15 days will be provided to you. Bayview Loan Servicing will make a decision on whether you qualify for a modification or other resolution within 30 days of receipt of a complete package (all of the requested documentation). The decision relating to your application will be provided to you in writing.**

A. Once we receive all of your documentation and verify your information, we will determine whether you qualify for a modification of your loan. If you do, we will send you a Trial Period Plan. If you are not approved, you will receive a notification letter listing your options.

B. **Under the Trial Period Plan, you will be required to make trial period payments,** instead of your regular mortgage loan payments. The trial period payments should be close to the amount you would pay under a home retention workout. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan. Then we will send you two copies of the Modification Agreement with notary pages for your signature.

AM069  V 2.0 Loan No.: 1109682

C.  You will need to sign and return both copies of the Modification Agreement to us promptly along with the notary pages. Once the Modification Agreement becomes effective, we will modify your loan. If you are offered a loan modification or other foreclosure alternative you must sign and return the modification document within 14 days of the date of the approval letter.

If you have requested a Short Sale and we have already received a purchase contract from you, we will expedite the review of your request sooner than the time provided for a complete application.

Helping you with this process is my job, so please feel free to contact me with questions.

Sincerely,

*Daniel Martinez*



Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:      (305) 644-3783
E-mail:              Danielmartinez@bayviewloanservicing.com

## Disclaimers and Notices

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your evaluation. However, if you fail to comply with the terms of the loan workout plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.

If you have other mortgage loans secured by the same property that are not serviced by Bayview Loan Servicing, you should consider contacting the servicers of such loans to discuss available loss mitigation options.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or http://www.dfs.ny.gov.**

**If you reside in the State of North Carolina, you may also file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.  Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Equal Housing Lender.

## Free HUD-approved Counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm.

# How to Return Documents to Bayview
Without ALL of the requested documentation, we cannot proceed.



| | |
|---|---|
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |
| **By Smartphone** | Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: documents@bayviewloanservicing.com.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By E-mail** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to documents@bayviewloanservicing.com. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By Fax** | You may fax documents to me at **(305) 644-3783**. Please be certain to **label each page with your Loan Number** so we can make sure they are delivered to the proper person. |
| **By Mail** | Please send your documents to the following address:<br>Inbound Customer Documents<br>Attn: Daniel Martinez<br>c/o Bayview Loan Servicing<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |

AM069  V 2.0 Loan No.: 1109682

HAVING TROUBLE AFFORDING YOUR MORTGAGE?

# YOU HAVE OPTIONS

## TO HELP YOU AVOID FORECLOSURE...

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.



### "What options do I have to keep my home?"

### "What options do I have to get a fresh start?"

## REPAYMENT PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Repayment Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A repayment plan may be your best option if:**
- You are about to or already have missed a payment.
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income.

## SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best options if:**
- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds.
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.

## MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**
- You would like to stay in your home but your payments have become unaffordable.
- You have already missed a payment due to hardship.
- You will not be able to make payments in the foreseeable future under the current terms of your loan.

## DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.
- You owe more on your home than what it is currently worth.
- You have tried and failed to sell your property through a short sale.

Due to investor restrictions, program guidelines, or if restricted by applicable law, loans may or may not qualify for specific workout options.

## TAKE ACTION TODAY – CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit. You may also bring your loan current at any point in time.

Your Bayview Representative:     Daniel Martinez
                    Phone:     (877) 262-0340, Mon – Fri 9am to 6pm ET
                      Fax:     (305) 644-3783

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.

AM069  V 2.0 Loan No.: 1109682



**BAYVIEW®**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



Statement Date: March 15, 2016

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 333040000

Loan Number: 1109682

Property
Address: 1244 NE 16TH TER
FORT LAUDERDALE, FL
33304

Dear Customer:

You recently requested to have your mortgage loan (listed above) reviewed to learn your eligibility for a foreclosure avoidance program. The purpose of this letter is to notify you that one or more requested documents is/are still needed by our office in order to complete the review process. We are looking forward to working with you to complete the review and are here to help with any questions along the way. Below is a list of documents that are still needed.

## Documentation You Need to Provide by 04/14/2016

As of 03/15/2016 we are still missing the document(s) listed below. Please note that we cannot determine your eligibility for a resolution until we receive all requested documentation. If you have recently provided document(s) and they still show in the list below, or if you have questions, please contact me, Daniel Martinez, immediately at **(877) 262-0340** Monday - Friday 9:00 am to 6:00 pm ET to confirm your documents have been received.

☐ RMA Section 2: Applicable Hardship reason to be completed or Hardship Letter detailing reason for hardship to be provided.

**Important: Incomplete Information Notice.**

**All requested documentation must be received by Bayview no later than 04/14/2016 to be evaluated for eligibility. If you require additional time to provide a complete application, please send us your request in writing by 04/09/2016 and an additional 15 days will be provided to you. Bayview Loan Servicing will make a decision on whether you qualify for a modification or other resolution within 30 days of receipt of a complete package (all of the requested documentation). The decision relating to your application will be provided to you in writing.**

A. Once we receive all of your documentation and verify your information, we will determine whether you qualify for a modification of your loan. If you do, we will send you a Trial Period Plan. If you are not approved, you will receive a notification letter listing your options.

B. **Under the Trial Period Plan, you will be required to make trial period payments,** instead of your regular mortgage loan payments. The trial period payments should be close to the amount you would pay under a home retention workout. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan. Then we will send you two copies of the Modification Agreement with notary pages for your signature.

Page 1 of 5

C. You will need to sign and return both copies of the Modification Agreement to us promptly along with the notary pages. Once the Modification Agreement becomes effective, we will modify your loan. If you are offered a loan modification or other foreclosure alternative you must sign and return the modification document within 14 days of the date of the approval letter.

If you have requested a Short Sale and we have already received a purchase contract from you, we will expedite the review of your request sooner than the time provided for a complete application.

Helping you with this process is my job, so please feel free to contact me with questions.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:     (305) 644-8143



AM069  V 1.9 Loan No.: 1109682

## Disclaimers and Notices

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your evaluation. However, if you fail to comply with the terms of the loan workout plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.

If you have other mortgage loans secured by the same property that are not serviced by Bayview Loan Servicing, you should consider contacting the servicers of such loans to discuss available loss mitigation options.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or http://www.dfs.ny.gov.**

**If you reside in the State of North Carolina, you may also file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Equal Housing Lender.

## Free HUD-approved Counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud. gov/offices/hsg/sfh/hcc/hccprof14.cfm.

# How to Return Documents to Bayview

Without ALL of the requested documentation, we cannot proceed.

| | |
|---|---|
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |
| **By Smartphone** | Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: documents@bayviewloanservicing.com. <br><br> IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By E-mail** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to documents@bayviewloanservicing.com. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person. <br><br> IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By Fax** | You may fax documents to me at **(305) 644-8143**.  Please be certain to **label each page with your Loan Number** so we can make sure they are delivered to the proper person. |
| **By Mail** | Please send your documents to the following address: <br> Inbound Customer Documents <br> Attn: Daniel Martinez <br> c/o Bayview Loan Servicing <br> 4425 Ponce de Leon Blvd, 5th Floor <br> Coral Gables, FL 33146 |

AM069  V 1.9 Loan No.: 1109682

HAVING TROUBLE AFFORDING YOUR MORTGAGE?

# YOU HAVE OPTIONS
## TO HELP YOU AVOID FORECLOSURE…

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.



**"What options do I have to keep my home?"**

**"What options do I have to get a fresh start?"**

## REPAYMENT PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Repayment Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A repayment plan may be your best option if:**
- You are about to or already have missed a payment.
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income.

## SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best options if:**
- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds.
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.

## MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**
- You would like to stay in your home but your payments have become unaffordable.
- You have already missed a payment due to hardship.
- You will not be able to make payments in the foreseeable future under the current terms of your loan.

## DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.
- You owe more on your home than what it is currently worth.
- You have tried and failed to sell your property through a short sale.

Due to investor restrictions, program guidelines, or if restricted by applicable law, loans may or may not qualify for specific workout options.

## TAKE ACTION TODAY – CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit. You may also bring your loan current at any point in time.

Your Bayview Representative:   Daniel Martinez
Phone:   (877) 262-0340, Mon – Fri 9am to 6pm ET
Fax:   (305) 644-8143

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.

AM069  V 1.9 Loan No.: 1109682

 **BAYVIEW®**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL  33146

Statement Date:  February 04, 2016

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 333040000

**Loan Number:**  1109682

**Property
Address:**  1244 NE 16TH TER
FORT LAUDERDALE, FL
33304



Dear Customer:

You recently requested to have your mortgage loan (listed above) reviewed to learn your eligibility for a foreclosure avoidance program. The purpose of this letter is to notify you that one or more requested documents is/are still needed by our office in order to complete the review process. We are looking forward to working with you to complete the review and are here to help with any questions along the way. Below is  a list of documents that are still needed.

## Documentation You Need to Provide by 03/05/2016

As of 02/04/2016 we are still missing the document(s) listed below. Please note that we cannot determine your eligibility for a resolution until we receive all requested documentation. If you have recently provided document(s) and they still show in the list below, or if you have questions, please contact me, Daniel Martinez, immediately at **(877) 262-0340** Monday - Friday 9:00 am to 6:00 pm ET to confirm your documents have been received.

☐  Borrower to provide clarification of the rent amount $1500 claimed on RMA, whether he is receiving currently or not. If yes then need to provide copy of current lease signed by borrower and tenant and 1 month bank statement verifying receipt of rent income. If amount on lease does not match proof of receipt then borrower to provide explanation.

☐  Borrower to complete box 5 on form 4506 -T with the following information: Bayview Loan Servicing, LLC 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146 4506TBLS Phone: (800) 457-5105 and sign with date.

**Important: Incomplete Information Notice.**

**All requested documentation must be received by Bayview no later than 03/05/2016 to be evaluated for eligibility. If you require additional time to provide a complete application, please send us your request in writing by 02/29/2016 and an additional 15 days will be provided to you. Bayview Loan Servicing will make a decision on whether you qualify for a modification or other resolution within 30 days of receipt of a complete package (all of the requested documentation). The decision relating to your application will be provided to you in writing.**

A. Once we receive all of your documentation and verify your information, we will determine whether you qualify for a modification of your loan. If you do, we will send you a Trial Period Plan. If you are not approved, you will receive a notification letter listing your options.

B. **Under the Trial Period Plan, you will be required to make trial period payments,** instead of your regular mortgage loan payments. The trial period payments should be close to the amount you would pay under a home retention workout. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan. Then we will send you two copies of the Modification Agreement with notary pages for your signature.



C. You will need to sign and return both copies of the Modification Agreement to us promptly along with the notary pages. Once the Modification Agreement becomes effective, we will modify your loan. If you are offered a loan modification or other foreclosure alternative you must sign and return the modification document within 14 days of the date of the approval letter.

If you have requested a Short Sale and we have already received a purchase contract from you, we will expedite the review of your request sooner than the time provided for a complete application.

Helping you with this process is my job, so please feel free to contact me with questions.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:      (305) 644-8143

AM069  V 1.9 Loan No.: 1109682

## Disclaimers and Notices

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your evaluation. However, if you fail to comply with the terms of the loan workout plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.

If you have other mortgage loans secured by the same property that are not serviced by Bayview Loan Servicing, you should consider contacting the servicers of such loans to discuss available loss mitigation options.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or http://www.dfs.ny.gov.**

**If you reside in the State of North Carolina, you may also file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Equal Housing Lender.

## Free HUD-approved Counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm.

# How to Return Documents to Bayview

Without ALL of the requested documentation, we cannot proceed.

---

**Online**
Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one.

---

**By Smartphone**
Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: documents@bayviewloanservicing.com.

IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file.

---

**By E-mail**
You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to documents@bayviewloanservicing.com. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person.

IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file.

---

**By Fax**
You may fax documents to me at **(305) 644-8143**. Please be certain to **label each page with your Loan Number** so we can make sure they are delivered to the proper person.

---

**By Mail**
Please send your documents to the following address:
Inbound Customer Documents
Attn: Daniel Martinez
c/o Bayview Loan Servicing
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146

---

AM069  V 1.9 Loan No.: 1109682

HAVING TROUBLE AFFORDING YOUR MORTGAGE?

# YOU HAVE OPTIONS
## TO HELP YOU AVOID FORECLOSURE…

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.



### "What options do I have to keep my home?"

### "What options do I have to get a fresh start?"

## REPAYMENT PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Repayment Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A repayment plan may be your best option if:**
- You are about to or already have missed a payment.
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income.

## SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best options if:**
- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds.
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.

## MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**
- You would like to stay in your home but your payments have become unaffordable.
- You have already missed a payment due to hardship.
- You will not be able to make payments in the foreseeable future under the current terms of your loan.

## DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.
- You owe more on your home than what it is currently worth.
- You have tried and failed to sell your property through a short sale.

Due to investor restrictions, program guidelines, or if restricted by applicable law, loans may or may not qualify for specific workout options.

## TAKE ACTION TODAY – CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit. You may also bring your loan current at any point in time.

Your Bayview Representative:      Daniel Martinez
                    Phone:      (877) 262-0340, Mon – Fri 9am to 6pm ET
                      Fax:      (305) 644-8143

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.

AM069  V 1.9 Loan No.: 1109682

 **BAYVIEW**® LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

Statement Date: December 08, 2015

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 333040000

Loan Number: 1109682

Property
Address: 1244 NE 16TH TER
FORT LAUDERDALE, FL
33304



Dear Customer:

You recently requested to have your mortgage loan (listed above) reviewed to learn your eligibility for a foreclosure avoidance program. The purpose of this letter is to notify you that one or more requested documents is/are still needed by our office in order to complete the review process. We are looking forward to working with you to complete the review and are here to help with any questions along the way. Below is a list of documents that are still needed.

## Documentation You Need to Provide by 01/07/2016

As of 12/08/2015 we are still missing the document(s) listed below. Please note that we cannot determine your eligibility for a resolution until we receive all requested documentation. If you have recently provided document(s) and they still show in the list below, or if you have questions, please contact me, Daniel Martinez, immediately at **(877) 262-0340** Monday - Friday 9:00 am to 6:00 pm ET to confirm your documents have been received.

- ☐ Borrower to provide complete breakdown of expenses to their Asset Manager.
- ☐ Borrower to provide wind insurance invoice reflecting bill to lender or paid in full due to current force placed insurance. Insurance quote/Application is not acceptable. Insurance Binder is acceptable.
- ☐ Borrower to provide complete SIGNED AND DATED 1040 for most recent tax year 2014 - ALL SCHEDULES REQUIRED

**Important: Incomplete Information Notice.**

**All requested documentation must be received by Bayview no later than 01/07/2016 to be evaluated for eligibility. If you require additional time to provide a complete application, please send us your request in writing by 01/02/2016 and an additional 15 days will be provided to you. Bayview Loan Servicing will make a decision on whether you qualify for a modification or other resolution within 30 days of receipt of a complete package (all of the requested documentation). The decision relating to your application will be provided to you in writing.**

A.  Once we receive all of your documentation and verify your information, we will determine whether you qualify for a modification of your loan. If you do, we will send you a Trial Period Plan. If you are not approved, you will receive a notification letter listing your options.



B.  **Under the Trial Period Plan, you will be required to make trial period payments,** instead of your regular mortgage loan payments. The trial period payments should be close to the amount you would pay under a home retention workout. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan. Then we will send you two copies of the Modification Agreement with notary pages for your signature.

C.  You will need to sign and return both copies of the Modification Agreement to us promptly along with the notary pages. Once the Modification Agreement becomes effective, we will modify your loan. If you are offered a loan modification or other foreclosure alternative you must sign and return the modification document within 14 days of the date of the approval letter.

If you have requested a Short Sale and we have already received a purchase contract from you, we will expedite the review of your request sooner than the time provided for a complete application.

Helping you with this process is my job, so please feel free to contact me with questions.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:   (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:       (305) 644-8143

## Disclaimers and Notices

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your evaluation. However, if you fail to comply with the terms of the loan workout plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.



If you have other mortgage loans secured by the same property that are not serviced by Bayview Loan Servicing, you should consider contacting the servicers of such loans to discuss available loss mitigation options.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or http://www.dfs.ny.gov.**

**If you reside in the State of North Carolina, you may also file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Equal Housing Lender.

## Free HUD-approved Counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the Homeowner's HOPE Hotline at **1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud. gov/offices/hsg/sfh/hcc/hccprof14.cfm.

## How to Return Documents to Bayview

Without ALL of the requested documentation, we cannot proceed.

| | |
|---|---|
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |
| **By Smartphone** | Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: documents@bayviewloanservicing.com.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By E-mail** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to documents@bayviewloanservicing.com. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By Fax** | You may fax documents to me at **(305) 644-8143**. Please be certain to **label each page with your Loan Number** so we can make sure they are delivered to the proper person. |
| **By Mail** | Please send your documents to the following address:<br>Inbound Customer Documents<br>Attn: Daniel Martinez<br>c/o Bayview Loan Servicing<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |

AM069  V 1.8 Loan No.: 1109682

HAVING TROUBLE AFFORDING YOUR MORTGAGE?

# YOU HAVE OPTIONS
## TO HELP YOU AVOID FORECLOSURE…

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.



**"What options do I have to keep my home?"**

**"What options do I have to get a fresh start?"**

### REPAYMENT PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Repayment Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A repayment plan may be your best option if:**
- You are about to or already have missed a payment.
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income.

### SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best options if:**
- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds.
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.

### MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**
- You would like to stay in your home but your payments have become unaffordable.
- You have already missed a payment due to hardship.
- You will not be able to make payments in the foreseeable future under the current terms of your loan.

### DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.
- You owe more on your home than what it is currently worth.
- You have tried and failed to sell your property through a short sale.

Due to investor restrictions, program guidelines, or if restricted by applicable law, loans may or may not qualify for specific workout options.

## TAKE ACTION TODAY – CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit. You may also bring your loan current at any point in time.

| | |
|---|---|
| Your Bayview Representative: | Daniel Martinez |
| Phone: | (877) 262-0340, Mon – Fri 9am to 6pm ET |
| Fax: | (305) 644-8143 |

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.

AM069  V 1.8 Loan No.: 1109682



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



Statement Date: November 27, 2015

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 333040000

**Loan Number:** 1109682

**Property Address:** 1244 NE 16TH TER
FORT LAUDERDALE, FL
33304

Dear Customer:

You recently requested to have your mortgage loan (listed above) reviewed to learn your eligibility for a foreclosure avoidance program. The purpose of this letter is to notify you that one or more requested documents is/are still needed by our office in order to complete the review process. We are looking forward to working with you to complete the review and are here to help with any questions along the way. Below is a list of documents that are still needed.

## Documentation You Need to Provide by 12/27/2015

As of 11/27/2015 we are still missing the document(s) listed below. Please note that we cannot determine your eligibility for a resolution until we receive all requested documentation. If you have recently provided document(s) and they still show in the list below, or if you have questions, please contact me, Daniel Martinez, immediately at **(877) 262-0340** Monday - Friday 9:00 am to 6:00 pm ET to confirm your documents have been received.

☐ Borrower to provide complete breakdown of expenses to their Asset Manager.
☐ Borrower to provide wind insurance invoice reflecting bill to lender or paid in full due to current force placed insurance. Insurance quote/Application is not acceptable. Insurance Binder is acceptable.
☐ Borrower to provide most recent Social Security Awards Letter OR most recent statement supporting receipt of: Social Security income
☐ Borrower to provide supporting income docs for other income showing on RMA.
☐ Borrower to provide all pages of fully executed RMA***PAGE 6TH SIGN AND DATE REQUIRED
☐ Borrower to provide hardship letter detailing reason for hardship.

**Important: Incomplete Information Notice.**

AM069 V 1.8 Loan No.: 1109682

**All requested documentation must be received by Bayview no later than 12/27/2015 to be evaluated for eligibility. If you require additional time to provide a complete application, please send us your request in writing by 12/22/2015 and an additional 15 days will be provided to you. Bayview Loan Servicing will make a decision on whether you qualify for a modification or other resolution within 30 days of receipt of a complete package (all of the requested documentation). The decision relating to your application will be provided to you in writing.**

A.  Once we receive all of your documentation and verify your information, we will determine whether you qualify for a modification of your loan. If you do, we will send you a Trial Period Plan. If you are not approved, you will receive a notification letter listing your options.

B.  **Under the Trial Period Plan, you will be required to make trial period payments,** instead of your regular mortgage loan payments. The trial period payments should be close to the amount you would pay under a home retention workout. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan. Then we will send you two copies of the Modification Agreement with notary pages for your signature.

C.  You will need to sign and return both copies of the Modification Agreement to us promptly along with the notary pages. Once the Modification Agreement becomes effective, we will modify your loan. If you are offered a loan modification or other foreclosure alternative you must sign and return the modification document within 14 days of the date of the approval letter.

If you have requested a Short Sale and we have already received a purchase contract from you, we will expedite the review of your request sooner than the time provided for a complete application.

Helping you with this process is my job, so please feel free to contact me with questions.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:    (305) 644-8143

## Disclaimers and Notices

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your evaluation. However, if you fail to comply with the terms of the loan workout plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.

If you have other mortgage loans secured by the same property that are not serviced by Bayview Loan Servicing, you should consider contacting the servicers of such loans to discuss available loss mitigation options.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your application is not approved. You can pay for an additional appraisal for your own use at your own cost.

**If you reside in the state of New York and if you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or http://www.dfs.ny.gov.**

**If you reside in the State of North Carolina, you may also file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact me immediately. The federal Service members Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Equal Housing Lender.

## Free HUD-approved Counseling

If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm.

# How to Return Documents to Bayview

Without ALL of the requested documentation, we cannot proceed.

| | |
|---|---|
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably in ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |
| **By Smartphone** | Download the FREE "Cam Scanner" app to your phone from your favorite app store such as iTunes or Google Play Store. Use the camera to take a picture of your documents. Email the PDF of your documents to: documents@bayviewloanservicing.com.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By E-mail** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to documents@bayviewloanservicing.com. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person.<br><br>IMPORTANT - Be certain to include your Loan Number in the e-mail message so we can properly add them to your loan file. |
| **By Fax** | You may fax documents to me at **(305) 644-8143**. Please be certain to **label each page with your Loan Number** so we can make sure they are delivered to the proper person. |
| **By Mail** | Please send your documents to the following address:<br>Inbound Customer Documents<br>Attn: Daniel Martinez<br>c/o Bayview Loan Servicing<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |

## HAVING TROUBLE AFFORDING YOUR MORTGAGE?

# YOU HAVE OPTIONS

## TO HELP YOU AVOID FORECLOSURE…

Whether you want to try to stay in your home or would like help getting a fresh start, Bayview Loan Servicing has options that can help you overcome this stressful situation and prevent further damage to your credit.

### "What options do I have to keep my home?"

### "What options do I have to get a fresh start?"

### REPAYMENT PLAN

You may be granted additional time to catch up on past due payments under an agreement called a Repayment Plan. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A repayment plan may be your best option if:**
- You are about to or already have missed a payment.
- You are facing a short-term financial hardship such as unemployment, illness, divorce, or other unexpected loss of income.

### SHORT SALE

You have the right to sell the property up until the foreclosure sale date. Under certain conditions, if the potential buyer's offer is not sufficient to pay off your loan, we may agree to accept less than the total amount due. This situation is commonly called a "short sale" and will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A short sale may be your best options if:**
- You owe more on your home than what it is currently worth thus making it difficult to repay the full debt with the sale proceeds.
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.

### MODIFICATIONS

A loan modification changes your repayment terms in order to make your payments more affordable. Your loan could be modified in several ways including lowering your monthly payments and/or establishing a fixed interest rate. Simply submitting current financial information will allow us to determine whether you are eligible for this option.

**A modification may be your best option if:**
- You would like to stay in your home but your payments have become unaffordable.
- You have already missed a payment due to hardship.
- You will not be able to make payments in the foreseeable future under the current terms of your loan.

### DEED-IN-LIEU OF FORECLOSURE

If you are unable to afford your current payments, you may be allowed to transfer the property to us to avoid the stress and expense of a foreclosure. Upon completion, we will release you from your mortgage and may release you from the remaining unpaid balance on your loan.

**A deed-in-lieu of foreclosure may be your best option if:**
- Your options to stay in your home have been exhausted but you still want to avoid the damage of a foreclosure.
- You owe more on your home than what it is currently worth.
- You have tried and failed to sell your property through a short sale.

Due to investor restrictions, program guidelines, or if restricted by applicable law, loans may or may not qualify for specific workout options.

## TAKE ACTION TODAY – CALL TO LEARN MORE ABOUT YOUR OPTIONS.

We may be able to resolve this situation, but it is important you call us so we can help you determine the best option. Taking these early steps will be critical to help you avoid foreclosure and further damage to your credit. You may also bring your loan current at any point in time.

| | |
|---|---|
| Your Bayview Representative: | Daniel Martinez |
| Phone: | (877) 262-0340, Mon – Fri 9am to 6pm ET |
| Fax: | (305) 644-8143 |

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. Bayview Loan Servicing, LLC., NMLS #2469.

Copyright © 2012 Bayview Loan Servicing, LLC. All rights reserved.

AM069  V 1.8 Loan No.: 1109682



**m&m mortgage services**
"A Nationwide Field Service Company"

## Special Instructions:

| Property Address: | Inspection Information: |
|---|---|
| 0001109682<br>ANTHONY EDWARDO DINO<br>1244NE16TH TER<br>FORT LAUDERDALE, FL 333040000 | Client: 442LP<br>Date Ordered: 7/10/2015<br>Loan Type: Conventional<br>Insp. Type: Property Inspection<br>Payment Due Date: |

### Occupancy Information: (select only one) | Occupancy Verification: (select only one)

**Occupied By:**
- ○ Mortgagor
- ○ Tenant
- ○ New Owner
- ◉ Unknown

**Vacant:**
- ○ Secure
- ○ Not Secure
- (If vacant, complete vacancy information)

**Occupancy Verification:**
- ○ Verified By Contact
- ○ Verified By Neighbor
- ○ Verified By Mailbox
- ◉ Verified Visually
- ○ Other: _____

## Vacancy Information

**Utilities:**
| | | |
|---|---|---|
| Electric | ○ On | ○ Off |
| Water | ○ On | ○ Off |
| Gas | ○ On | ○ Off |

**Securing/Maintenance Required:**
| | | |
|---|---|---|
| Lock Change | ○ Yes | ○ No |
| Boarding | ○ Yes | ○ No |
| Pool/Spa | ○ Yes | ○ No |
| Winterization | ○ Yes | ○ No |

| | | |
|---|---|---|
| Grass Cut | ○ Yes | ○ No |
| Debris Removal | ○ Yes | ○ No |
| Personals on Site | ○ Yes | ○ No |
| Other: | | |

## Direct Interview Information

**Person Interviewed**
- ○ Mortgagor   ○ Tenant
- ○ Relative    ○ Neighbor
- ○ Child
- ○ Other:

Home Phone Number: _____
Mortgagor's Employer: _____
Co-Mortgagor's Employer: _____
No. of Dependants: ○ 0 ○ 1 ○ 2 ○ 3
Other: _____

**Reason for Delinquency:**
- ○ Out of Work    ○ Death in Fam
- ○ Illness        ○ Marital Prob.
- ○ Excess Debt    ○ Bankruptcy
- ○ Other

## Property Information

**Exterior Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Yard Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Property Type:**
- ◉ Single Family   ○ Townhouse
- ○ 2-4 Family      ○ Condo
- ○ Mobile Home     ○ Vacant Land

**Damages:**
- ○ Fire    ○ Neglect   ○ Vandalism
- ○ Flood   ○ Roof      ○ Unknown
- ○ Freeze  ○ Storm

**Pool Type:**
- ◉ No Pool
- ○ In-Ground
- ○ Above Ground
- ○ Unknown

**Construction Type:**
- ○ Frame       ○ Concrete
- ○ Brick       ◉ Stucco
- ○ Alum. Siding ○ Other

**For Sale:**
For Sale: ○ Yes  ◉ No
Realtor: _____
Phone: _____

**Number of Stories:**
- ◉ 1
- ○ 2
- ○ Split Level
- ○ Other:

**Risk of Vandalism:**
- ◉ Low
- ○ Medium
- ○ High

**Estimated Property Value** (Not to be used as an appraisal)
- ○ Under 10K   ○ 75K-99K    ○ 200K-249K
- ○ 10K-24K     ○ 100K-124K  ○ 250K-499K
- ○ 25K-49K     ○ 125K-149K  ○ Over 500K
- ○ 50K-74K     ◉ 150K-199K

**Color of Dwelling:**
- ◉ Beige/Tan  ○ Green   ○ Red
- ○ Blue       ○ Orange  ○ White
- ○ Brown      ○ Peach   ○ Yellow
- ○ Gray       ○ Pink    ○ Other:

**Garage:**
- ○ Attached
- ○ Detached
- ◉ No Garage

**Roof:**
- ◉ Tile     ○ Gravel
- ○ Shingle  ○ Flat

**Violation:**
- ○ Yes
- ◉ No
- ○ Unknown

## Comments

Potted-plants,Seasonal Decorations,

| 7/18/2015 | | 501 |
|---|---|---|
| Inspection Date | Signature: | M&M Rep Number |

0001109682 completed 07/18/2015
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





0001109682 completed 07/18/2015
1244NE16TH TER
FORT LAUDERDALE FL, 333040000






## mortgage services
"A Nationwide Field Service Company"

**Special Instructions:**

| **Property Address:** | **Inspection Information:** |
|---|---|
| 0001109682<br>ANTHONY EDWARDO DINO<br>1244NE16TH TER<br>FORT LAUDERDALE, FL 333040000 | Client: 442OF<br>Date Ordered: 5/7/2016<br>Loan Type: Conventional<br>Insp. Type: Property Inspection<br>Payment Due Date: |

## Occupancy Information: (select only one) / Occupancy Verification: (select only one)

**Occupied By:**
- ○ Mortgagor
- ○ Tenant
- ○ New Owner
- ◉ Unknown

**Vacant:**
- ○ Secure
- ○ Not Secure

(If vacant, complete vacancy information)

**Occupancy Verification:**
- ○ Verified By Contact
- ○ Verified By Neighbor
- ○ Other: _____
- ○ Verified By Mailbox
- ◉ Verified Visually

## Vacancy Information

**Utilities:**

| | | | **Securing/Maintenance Required:** | | | | | |
|---|---|---|---|---|---|---|---|---|
| Electric | ○ On | ○ Off | Lock Change | ○ Yes | ○ No | Grass Cut | ○ Yes | ○ No |
| Water | ○ On | ○ Off | Boarding | ○ Yes | ○ No | Debris Removal | ○ Yes | ○ No |
| Gas | ○ On | ○ Off | Pool/Spa | ○ Yes | ○ No | Personals on Site | ○ Yes | ○ No |
| | | | Winterization | ○ Yes | ○ No | Other: | | |

## Direct Interview Information

**Person Interviewed**
- ○ Mortgagor  ○ Tenant
- ○ Relative  ○ Neighbor
- ○ Child
- ○ Other: _____

Home Phone Number: _____
Mortgagor's Employer: _____
Co-Mortgagor's Employer: _____
No. of Dependants:  ○ 0  ○ 1  ○ 2  ○ 3
Other: _____

**Reason for Delinquency:**
- ○ Out of Work  ○ Death in Fam
- ○ Illness  ○ Marital Prob.
- ○ Excess Debt  ○ Bankruptcy
- ○ Other

## Property Information

**Exterior Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Yard Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Property Type:**
- ◉ Single Family  ○ Townhouse
- ○ 2-4 Family  ○ Condo
- ○ Mobile Home  ○ Vacant Land

**Damages:**
- ○ Fire  ○ Neglect  ○ Vandalism
- ○ Flood  ○ Roof  ○ Unknown
- ○ Freeze  ○ Storm

**Pool Type:**
- ◉ No Pool
- ○ In-Ground
- ○ Above Ground
- ○ Unknown

**Construction Type:**
- ○ Frame  ○ Concrete
- ○ Brick  ◉ Stucco
- ○ Alum. Siding  ○ Other

**For Sale:**
For Sale: ○ Yes  ◉ No
Realtor: _____
Phone: _____

**Number of Stories:**
- ◉ 1
- ○ 2
- ○ Split Level
- ○ Other: _____

**Risk of Vandalism:**
- ◉ Low
- ○ Medium
- ○ High

**Estimated Property Value** (Not to be used as an appraisal)
- ○ Under 10K  ○ 75K-99K  ○ 200K-249K
- ○ 10K-24K  ○ 100K-124K  ○ 250K-499K
- ○ 25K-49K  ○ 125K-149K  ○ Over 500K
- ○ 50K-74K  ○ 150K-199K

**Color of Dwelling:**
- ○ Beige/Tan  ○ Green  ○ Red
- ○ Blue  ○ Orange  ◉ White
- ○ Brown  ○ Peach  ○ Yellow
- ○ Gray  ○ Pink  ○ Other: _____

**Garage:**
- ○ Attached
- ○ Detached
- ◉ No Garage

**Roof:**
- ○ Tile  ○ Gravel
- ◉ Shingle  ○ Flat

**Violation:**
- ○ Yes
- ◉ No
- ○ Unknown

## Comments

Property is Occupied. No visual damages. Lawn maintained. Ca r in driveway.

| 5/11/2016 | | 501 |
|---|---|---|
| Inspection Date | Signature: | M&M Rep Number |

0001109682 completed 05/11/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





0001109682 completed 05/11/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





0001109682 completed 05/11/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





# m&m mortgage services
### "A Nationwide Field Service Company"

**Special Instructions:**

| Property Address: | Inspection Information: |
|---|---|
| 0001109682<br>ANTHONY EDWARDO DINO<br>1244NE16TH TER<br>FORT LAUDERDALE, FL 333040000 | Client: 442OF<br>Date Ordered: 4/8/2016<br>Loan Type: Conventional<br>Insp. Type: Property Inspection<br>Payment Due Date: |

## Occupancy Information: (select only one)

**Occupied By:**
- ○ Mortgagor
- ○ Tenant
- ○ New Owner
- ◉ Unknown

**Vacant:**
- ○ Secure
- ○ Not Secure
- (If vacant, complete vacancy information)

## Occupancy Verification: (select only one)
- ○ Verified By Contact
- ○ Verified By Mailbox
- ○ Verified By Neighbor
- ◉ Verified Visually
- ○ Other: _____

## Vacancy Information

**Utilities:**

| | | |
|---|---|---|
| Electric | ○ On | ○ Off |
| Water | ○ On | ○ Off |
| Gas | ○ On | ○ Off |

**Securing/Maintenance Required:**

| | | | | | |
|---|---|---|---|---|---|
| Lock Change | ○ Yes | ○ No | Grass Cut | ○ Yes | ○ No |
| Boarding | ○ Yes | ○ No | Debris Removal | ○ Yes | ○ No |
| Pool/Spa | ○ Yes | ○ No | Personals on Site | ○ Yes | ○ No |
| Winterization | ○ Yes | ○ No | Other: | | |

## Direct Interview Information

**Person Interviewed**
- ○ Mortgagor   ○ Tenant
- ○ Relative   ○ Neighbor
- ○ Child
- ○ Other: _____

Home Phone Number: _____
Mortgagor's Employer: _____
Co-Mortgagor's Employer: _____
No. of Dependants: ○ 0 ○ 1 ○ 2 ○ 3
○ Other: _____

**Reason for Delinquency:**
- ○ Out of Work   ○ Death in Fam
- ○ Illness   ○ Marital Prob.
- ○ Excess Debt   ○ Bankruptcy
- ○ Other

## Property Information

**Exterior Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Yard Condition:**
- ◉ Good
- ○ Fair
- ○ Poor

**Property Type:**
- ◉ Single Family   ○ Townhouse
- ○ 2-4 Family   ○ Condo
- ○ Mobile Home   ○ Vacant Land

**Damages:**
- ○ Fire   ○ Neglect   ○ Vandalism
- ○ Flood   ○ Roof   ○ Unknown
- ○ Freeze   ○ Storm

**Pool Type:**
- ◉ No Pool
- ○ In-Ground
- ○ Above Ground
- ○ Unknown

**Construction Type:**
- ○ Frame   ○ Concrete
- ○ Brick   ◉ Stucco
- ○ Alum. Siding   ○ Other

**For Sale:**
For Sale: ○ Yes   ◉ No
Realtor: _____
Phone: _____

**Number of Stories:**
- ◉ 1
- ○ 2
- ○ Split Level
- ○ Other:

**Risk of Vandalism:**
- ◉ Low
- ○ Medium
- ○ High

**Estimated Property Value** (Not to be used as an appraisal)

| | | |
|---|---|---|
| ○ Under 10K | ○ 75K-99K | ○ 200K-249K |
| ○ 10K-24K | ○ 100K-124K | ○ 250K-499K |
| ○ 25K-49K | ○ 125K-149K | ○ Over 500K |
| ○ 50K-74K | ○ 150K-199K | |

**Color of Dwelling:**
- ○ Beige/Tan   ○ Green   ○ Red
- ○ Blue   ○ Orange   ○ White
- ○ Brown   ○ Peach   ○ Yellow
- ○ Gray   ○ Pink   ○ Other:

**Garage:**
- ○ Attached
- ○ Detached
- ◉ No Garage

**Roof:**
- ○ Tile   ○ Gravel
- ◉ Shingle   ○ Flat

**Violation:**
- ○ Yes
- ○ No
- ○ Unknown

## Comments

"Property is Occupied, Personal property present, Yard maint ained, Debris bin present, Car in driveway."

| 4/14/2016 | | 501 |
|---|---|---|
| Inspection Date | Signature: | M&M Rep Number |

0001109682 completed 04/14/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





0001109682 completed 04/14/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000





0001109682 completed 04/14/2016
1244NE16TH TER
FORT LAUDERDALE FL, 333040000







**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## POLICY CHANGE SUMMARY

**POLICY NUMBER: 00626672 – 1**      **POLICY PERIOD   FROM**   05/27/2015   **TO**   05/27/2016

at 12:01 a.m. Eastern Time

**Transaction: AMENDED DECLARATIONS**      **Effective: 05/27/2015**

| Item | Prior Policy Information | Amended Policy Information |
|---|---|---|
| Dwelling | | |
| Dwelling at 1244 NE 16TH TER, FORT LAUDERDALE, FL | | |
| Additional Interests | | |
| Additional Interest: BANK OF AMERICA NA ISAOA ATIMA (1st Mortgagee) | Added | Deleted |
| Additional Interest: Bayview Loan Servicing LLC ISAOA ATIMA Attn Customer Services (1st Mortgagee) | | Added |

This summary is for informational purposes only and does not change any of the terms or provisions on your policy. Please carefully review your policy Declarations and any attached forms for a complete description of coverage.

| PCS 01 14 | | Page 1 of 1 |
|---|---|---|



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy - Declarations

| POLICY NUMBER: 00626672 - 1 | POLICY PERIOD: | FROM | 05/27/2015 | TO | 05/27/2016 |
|---|---|---|---|---|---|

at 12:01 a.m. Eastern Time at the Location of the Residence Premises

| Transaction: AMENDED DECLARATIONS | | Effective: 05/27/2015 |
|---|---|---|

| Named Insured and Mailing Address: | Location Of Residence Premises: | Agent:   Fl. Agent Lic. #: A220222 |
|---|---|---|
| **First Named Insured:**<br>ANTHONY DINO<br>1244 NE 16th Ter<br>Ft Lauderdale, FL 33304-2323<br>Phone Number: 954-980-8440 | 1244 NE 16TH TER<br>FORT LAUDERDALE FL 33304<br>County:BROWARD | FREEDOM INSURANCE AGENCY<br>JULIUS RIDOLFI<br>101 S State Road 7<br>Plantation, FL 33317<br>Phone Number: 954-792-3660<br>Citizens Agency ID#: 3825 |

**Additional Named Insured:** Please refer to "ADDITIONAL NAMED INSURED(S)" section for details

Coverage is only provided where a premium and a limit of liability is shown

Other Windstorm or Hail Deductible: $500          **Hurricane Deductible: $3,170 (2%)**



| | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| | | $1,250 |
| **PROPERTY COVERAGES** | | |
| A. Dwelling: | $158,500 | |
| B. Other Structures: | $0 | |
| C. Personal Property: | $39,630 | |
| D. Loss of Use: | $15,850 | |
| **OTHER COVERAGES** | | |
| Personal Property Replacement Cost | Included | $188 |
| Ordinance or Law Limit (25% of Cov A) | (See Policy) | Included |

| | | | SUBTOTAL: | $1,438 |
|---|---|---|---|---|
| **Florida Hurricane Catastrophe Fund Build-Up Premium:** | | | | $72 |
| **Premium Adjustment Due To Allowable Rate Change:** | | | | $0 |

**MANDATORY ADDITIONAL CHARGES:**

| | |
|---|---|
| 2005 Citizens Property Insurance Corporation Emergency Assessment | $15 |
| 2012 Florida Insurance Guaranty Association (FIGA) Regular Assessment | $4 |
| Catastrophe Financing Surcharge | $227 |
| Tax-Exempt Surcharge | $26 |

| **TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:** | $1,782 |
|---|---|

The portion of your premium for:

Hurricane Coverage is  $1,465          Non-Hurricane Coverage is $45

Authorized By: JULIUS RIDOLFI                                    Processed Date: 06/17/2015



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy - Declarations

Policy Number: 00626672 - 1

First Named Insured: ANTHONY DINO

**POLICY PERIOD:   FROM**   05/27/2015   **TO**   05/27/2016
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

**Forms and Endorsements applicable to this policy:**
HW 01 10 01 14, HW 04 12 09 08, HW 04 90 02 13, HW 00 02 01 14, HW 00 24 09 08, HW 04 22 06 13

| Rating/Underwriting Information | | | |
|---|---|---|---|
| Year Built: | 1957 | Terrain: | C |
| Town / Row House: | No | Roof Cover: | FBC Equivalent |
| Construction Type: | Masonry | Roof Cover - FBC Wind Speed: | N/A |
| BCEGS: | Ungraded | Roof Cover - FBC Wind Design: | N/A |
| Territory: | 47 | Roof Deck Attachment: | Level A |
| Municipal Code - Fire: | 371 | Roof-Wall Connection: | Clips |
| Occupancy: | Owner Occupied | Secondary Water Resistance: | Unknown |
| Use: | Primary | Roof Shape: | Gable |
| Number of Families: | 1 | Opening Protection: | Class A |
| No Prior Insurance Surcharge: | No | | |

A premium adjustment of ($1,830) is included to reflect the building's wind loss mitigation features or construction techniques that exists.

A premium adjustment of $0 is included to reflect the building code effectiveness grade for your area. Adjustments range from a 2% surcharge to a 10% credit.

The Total Charge For This Endorsement is $0

| ADDITIONAL NAMED INSURED(S) | |
|---|---|
| Name | Address |
| No Additional Named Insureds | |

| ADDITIONAL INTEREST(S) | | | |
|---|---|---|---|
| # | Interest Type | Name and Address | Loan Number |
| 1 | 1st Mortgagee | Bayview Loan Servicing LLC ISAOA ATIMA Attn Customer Services PO BOX 5933 TROY, MI 48007-5933 | 006266721 |

| DEC HW2 02 15 | Mortgageholder | Page 2 of 3 |
|---|---|---|

7 7 1S_DM_50781_21

**CITIZENS**
PROPERTY INSURANCE CORPORATION

**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy - Declarations

**Policy Number:** 00626672 - 1

**First Named Insured:** ANTHONY DINO

**POLICY PERIOD:  FROM**   05/27/2015   **TO**   05/27/2016
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

# FLOOD COVERAGE IS NOT PROVIDED BY THIS POLICY.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

# LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

0008735800169218O3O3

## TO REPORT A CLAIM CALL 866.411.2742

**INFORMATION ABOUT YOUR POLICY MAY BE MADE AVAILABLE TO INSURANCE COMPANIES AND/OR AGENTS TO ASSIST THEM IN FINDING OTHER AVAILABLE INSURANCE MARKETS.**

**PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY. IF YOU ARE UNABLE TO CONTACT YOUR AGENT, YOU MAY REACH CITIZENS AT 888.685.1555.**

7/7/15_7634_207481_13

# *Freedom Insurance Agency, Inc.*

Julius Ridolfi
*President*

Auto • Home
Business • Truck
Boats • Life •Health

| | | | |
|---|---|---|---|
| **Attn:** | Insurance Dept. | **From:** | Angela |
| **To:** | Bayview Loan Servicing | **Phone:** | (954) 792-3660 |
| **Fax:** | 800-293-8158 248-824-79~~~ | **Fax:** | (954) 791-8019 |
| **Phone:** | | **Date:** | 07/09/2015 |
| **Pages:** 2 | | **CC:** | |
| **RE:** | Ln#0001109682 | | |

## Re: Loan No. 0001109682- Anthony Dino-Payment Request

In connection with the above-referenced loan, attached please find proof of the new flood insurance. As you will note, this year's coverage, for the period 06/22/2015-06/22/2016, shall be provided by ASI.

## Kindly issue a check payable to American Strategic Insurance in the amount of $405.00 and overnight the same to my attention as follows:

E-Ins Flood Insurance Processing
P.O. Box 33018
St. Petersburg, FL 33733-8018

Of course, please do not hesitate to telephone me immediately if you have any questions regarding the foregoing.

Thanks,

Angela



**BAYVIEW**
LOAN SERVICING
P.O. Box 5933, Troy, MI 48007-5933

ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

July 10, 2015

Loan Number:          0001109682
Property Address:     1244 NE 16TH TER
                      FORT LAUDERDALE, FL 33304
Policy Number:        41010085752015

Dear ANTHONY EDWARDO DINO:

Your new policy indicating that you have changed insurance companies was recently received. A premium was already paid to your previous insurance company per a billing statement directed to our office.

We have paid the premium for your new insurance company.  Please return any refunded premium to the address below so it can be deposited into your escrow account. Advise your new company to bill Bayview Loan Servicing, LLC for all future premiums and have the evidence of insurance and all invoices mailed to:

Bayview Loan Servicing, LLC
Its Successors And/Or Assigns
P.O. Box 5933
Troy, MI 48007-5933

Note that ACORD forms are not accepted. Bayview requires the policy declarations page or a copy of the full policy as evidence of insurance. To comply with the terms of your mortgage, please be certain that this change is applied to the policy, and mail an updated copy to the above address.

Your prompt response in supplying this information is very important. Our contact information is below. Please call today if you have difficulty providing this information, or if you have any questions.

Thank you,

Bayview Loan Servicing, LLC
Insurance Division

Tel:    877-826-4419 Monday through Friday, 8am to 7pm ET
Fax:    248-824-7960
Email:  BayviewTeam@pfic.com

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.



Policy Number: 41010085752015

# FLOOD POLICY DECLARATIONS
## Auto Club South Insurance Company

**Preferred Risk**

**Type:** Renewal
**Policy Period:** 06/22/2015 To 06/22/2016
**Form:** Dwelling

For payment status, call: (888) 245-7274
These Declarations are effective
as of: 06/22/2015 at 12:01 AM

---

## Address Info

**Producer Name and Mailing Address:**
AAA INSURANCE AGENCY POMPANO
PO BOX 31087
TAMPA, FL 33631-3087

**Insured Name and Mailing Address:**
DINO, ANTHONY E
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

Agent/Agency #: 5712
Reference #: 08701-00102-023
Phone #: (800)891-4222

**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057  Kalispell MT 59903-2057

---

## Property Info

**Property Location:**
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

**Building Description:**
Single Family
One Floor
No Basement/Enclosure/Crawlspace

**Primary Residence:** Y
**Premium Payor:** 1st Mortgagee
**Flood Risk/Rated Zone:** X      **Current Zone:**
**Community Number:** 12 5105 0369 H
**Community Name:** FORT LAUDERDALE, CITY OF
**Grandfathered:** No
Pre-Firm Construction
**Program Type:** Regular

**Elev Diff:** N/A
**Elevated Building:** N
Includes Addition(s) and Extension(s)
**Replacement Cost:** $150,000
**Number of Units:** 1

---

## Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total | Premium Calculation | |
|------|----------|-------|--------|----------|-----------|---------------------|---|
| Building: | 250,000 | / | 1,250 | | | Premium Subtotal: | 348.00 |
| Contents: | 100,000 | / | 1,250 | | | ICC Premium: | .00 |
| Contents Location: | Lowest Floor Only Above Ground Level | | | | | CRS Discount: | .00 |
| | | | | | | Reserve Fund Assmt: | 35.00 |
| | | | | | | HFIAA Surcharge: | 25.00 |
| | | | | | | Federal Policy Fee: | 22.00 |
| | | | | | | Probation Surcharge: | .00 |
| | | | | | | Endorsement Amount: | .00 |
| Coverage Limitations May Apply. See Your Policy Form for Details. | | | | | | Total Premium Paid: | 430.00 |

---

## Mortgage Info

**First Mortgage:**
Loan#: 0001109682
Bayview Loan Servicing LLC
isaoa atima
PO Box 5933
Troy, MI 48007-5933

**Loss Payee:**

**Second Mortgage:**

**Disaster Agency:**

---

This Declaration Page, in conjunction with the policy, constitutes your Flood Insurance Policy.
In WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

President



**Auto Club South
Insurance Company**

P.O. Box 31107
Tampa, FL 33631-3107
800.891.4222



490201

To our customers:

You provide us with most of the information we use in evaluating your application and servicing your insurance policy.  We may collect non-public personal information from any of the following sources:  Information on applications or other forms; information about your transactions with Auto Club South Insurance Company, our affiliates or others; and information we receive from a consumer reporting agency.  Depending on the nature of your coverage, we may collect information from third parties, such as other persons proposed for coverage under your policy.

We do not disclose any nonpublic information about our customers or former customers to anyone, except as permitted by law.  In some cases this may mean information can be disclosed to third parties without your authorization.

Access to your information is restricted to employees who need to know that information in order to provide you with customer and claim service.   We maintain physical, electronic, and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

You have the right to obtain access to certain items of information we have collected, as well as, the right to request correction of any information you feel is inaccurate.

We would also be pleased to share our policies and procedures regarding the privacy of your information.  For a copy of our privacy policy or to access your information, please contact us.

Auto Club South Insurance Company
P.O. Box 31107
Tampa, FL 33631
Tel:  800.891.4222

24/7/15_7717_2089A6_16



**BAYVIEW**
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

July 28, 2015

ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304 0000
United States

Subject: **Please provide insurance information for 1244 NE 16TH TER , FORT LAUDERDALE, FL 33304**

Dear ANTHONY EDWARDO DINO:

Our records show that your wind insurance isn't sufficient and we do not have evidence that you have obtained adequate coverage. **Because wind insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have sufficient insurance coverage.

You should immediately provide us with your insurance information. We urge you to contact your insurance agent or company and have them provide us with current evidence of wind insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at 248-824-7960 or provided by email to Insurance@bayviewloanservicing.com. TTY Service is available by contacting 711 or 800-649-3777. You may also submit your insurance policy online at http://www.ExpressInsuranceInfo.com/2911045, or mail it to the following address:

BAYVIEW LOAN SERVICING
P.O. BOX 5933
TROY, MI  48007-5933

The insurance we buy:

- **May be more expensive than the insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us at 877-826-4419.

Please review additional information provided in the same transmittal.

Sincerely,

Bayview Loan Servicing
Insurance Department



**BAYVIEW**
LOAN SERVICING
P.O. Box 5933
Troy, MI 48007-5933

Loan Number: 0001109682

## SUPPLEMENTAL INFORMATION

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Bayview's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.

Policy Number: 41010085752015

# FLOOD POLICY DECLARATIONS
## Auto Club South Insurance Company

Preferred Risk

**Type:** Revised Declaration
**Policy Period:** 06/22/2015 To 06/22/2016
**Form:** Dwelling

For payment status, call: (888) 245-7274
These Declarations are effective
as of: 07/15/2015 at 12:01 AM

## Address Info

**Producer Name and Mailing Address:**
AAA INSURANCE AGENCY POMPANO
PO BOX 31087
TAMPA, FL 33631-3087

**Insured Name and Mailing Address:**
DINO, ANTHONY E
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

Agent/Agency #:  5712
Reference #: 08701-00102-023
Phone #: (800)891-4222

**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057  Kalispell MT 59903-2057

## Property Info

**Property Location:**
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304-2323

**Building Description:**
Single Family
One Floor
No Basement/Enclosure/Crawlspace

**Primary Residence:** Y
**Premium Payor:** 1st Mortgagee
**Flood Risk/Rated Zone:** X    **Current Zone:**
**Community Number:** 12 5105 0369 H
**Community Name:** FORT LAUDERDALE, CITY OF
**Grandfathered:** No
Pre-Firm Construction
**Program Type:** Regular

**Elev Diff:** N/A
**Elevated Building:** N
Includes Addition(s) and Extension(s)
**Replacement Cost:**       $150,000
**Number of Units:**     1

## Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total | Premium Calculation | |
|------|----------|-------|--------|----------|-----------|---------------------|--|
| Building: | 250,000 | / | 1,250 | | | Premium Subtotal: | 348.00 |
| Contents: | 100,000 | / | 1,250 | | | ICC Premium: | .00 |
| Contents Location: | Lowest Floor Only Above Ground Level | | | | | CRS Discount: | .00 |
| | | | | | | Reserve Fund Assmt: | 35.00 |
| | | | | | | HFIAA Surcharge: | 25.00 |
| | | | | | | Federal Policy Fee: | 22.00 |
| | | | | | | Probation Surcharge: | .00 |
| | | | | | | Endorsement Amount: | .00 |
| Coverage Limitations May Apply. See Your Policy Form for Details. | | | | | | Total Premium Paid: | 430.00 |

## Mortgage Info

**First Mortgage:**
Loan#: 167207051
BAYVIEW LOAN SERVICING LLC
ATTN: CUSTOMER SERVICE
ISAOA/ATIMA
PO BOX 5933
TROY, MI 48007-5933

**Loss Payee:**

**Second Mortgage:**

**Disaster Agency:**

This Declaration Page, in conjunction with the policy, constitutes your Flood Insurance Policy.
In WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

President

Auto Club South Insurance Company

41010085752015  07/15/2015

ACSDEC_1NT_EN*OXP_000011613723



**Auto Club South
Insurance Company**

P.O. Box 31107
Tampa, FL 33631-3107
800.891.4222



370201

To our customers:

You provide us with most of the information we use in evaluating your application and servicing your insurance policy. We may collect non-public personal information from any of the following sources: Information on applications or other forms; information about your transactions with Auto Club South Insurance Company, our affiliates or others; and information we receive from a consumer reporting agency. Depending on the nature of your coverage, we may collect information from third parties, such as other persons proposed for coverage under your policy.

We do not disclose any nonpublic information about our customers or former customers to anyone, except as permitted by law. In some cases this may mean information can be disclosed to third parties without your authorization.

Access to your information is restricted to employees who need to know that information in order to provide you with customer and claim service. We maintain physical, electronic, and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

You have the right to obtain access to certain items of information we have collected, as well as, the right to request correction of any information you feel is inaccurate.

We would also be pleased to share our policies and procedures regarding the privacy of your information. For a copy of our privacy policy or to access your information, please contact us.

Auto Club South Insurance Company
P.O. Box 31107
Tampa, FL 33631
Tel: 800.891.4222

# FLOOD POLICY DECLARATIONS

Dwelling

Revised Declaration

**Mail To:** Mortgage

---

Loan#: 167207051
BAYVIEW LOAN SERVICING LLC
ATTN: CUSTOMER SERVICE
ISAOA/ATIMA
PO BOX 5933
TROY, MI 48007-5933

---

| POLICY CHANGES: | FROM: | TO: |
|---|---|---|
| Mortgagee 1 Info: | 0001109682 | 167207051 |
| | Bayview Loan Servicing LLC | BAYVIEW LOAN SERVICING LLC |
| | isaoa atima | ATTN: CUSTOMER SERVICE |
| | PO Box 5933 | PO BOX 5933 |
| | | ISAOA/ATIMA |
| | Troy, MI | TROY, MI |
| | 48007-5933 | 48007-5933 |

41010085752015  07/15/2015

ACSDEC_1MT_EN*OXP_000011613723

Processed By:
e-Ins.net Flood Insurance Processing
P.O. Box 33018
St. Petersburg, FL 33733-8018
866-511-0793
FloodUnderwriting@e-Ins.net

**ASI**

**Dwelling Policy Form**

**Policy Declarations**

**New Business - Preferred Risk Policy**

**Policy Number:** FLD296626

**Policy Period From** 06/22/2015 to 06/22/2016
At 12:01 AM Local time at the described location

| Named Insured | Agent/Producer Name & Address |
|---|---|
| ANTHONY DINO<br>**Property Location:**<br>1244 Ne 16Th Ter<br>Fort Lauderdale, FL 33304-2323<br><br>**Mailing Address**<br>1244 NE 16TH TER<br>FORT LAUDERDALE, FL 33304 | 415105 - FREEDOM INSURANCE AGENCY, INC.<br>101 SOUTH STATE ROAD 7 PLANTATION, FL 33317<br>(954)792-3660<br><br>**Payor:** BAYVIEW LOAN SERVICING |

**Community Rating Information**

| | |
|---|---|
| Community Name: | FORT LAUDERDALE, CITY OF |
| Community Number: | 125105 - 0369 - H |
| FIRM Type: | Pre-FIRM subsidized |
| Program: | Regular |
| Flood Risk/Rated Zone: | X |

**NFIP Grandfathering:**
Grandfathered: No

**Building Information**

| | |
|---|---|
| Occupancy: | Single Family |
| Elevated Building: | No |
| Building Type: | One Floor |
| Built on Slab at Ground Level | |
| Replacement Cost: | $200,000 |
| Primary Residence | |
| No Addition(s) and Extension(s) | |

**Contents Location:**
Lowest Floor Only Above Ground Level

**Coverage Information**

| | Limit(s): | Deductible(s): | Premium |
|---|---|---|---|
| Building | $200,000 | $1,250 | $353.00 |
| Contents | $80,000 | $1,250 | |

**THIS IS NOT A BILL**

MORTGAGEE:
The Reform Act of 1994 requires you to notify the WYO company for the
policy within 60 days of any changes in the service of the loan.

**\*\*COVERAGE LIMITATIONS MAY APPLY.**
See Your Policy Form for Detail\*\*

| | | |
|---|---|---|
| ICC Premium: | | $5.00 |
| CRS Discount: | 0% | -$0.00 |
| | | |
| Federal Policy Fee: | | $22.00 |
| HFIAA Surcharge | | $25.00 |
| **Total Premium Paid:** | | **$405.00** |
| | | |
| Annual Premium: | | $405.00 |

**Special Provisions**
This policy covers only one building. If you have more than one building on your property, please make sure each is covered.  See Section III
Property Covered within your flood policy for the NFIP definition of 'building' or contact your agent, broker or insurance company.

**Forms and Endorsements**

ASI FLD IMPINF 08,  ASI FLD SOC 08,  DW 05 2009

This Declarations Page, in conjunction with the policy, constitutes your Flood Insurance Policy. IN WITNESS
WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

Date: 07/16/2015

Kevin Milkey
Executive Vice President, American Strategic Insurance

ASI PRP DEC 04 15

**Mortgagee(s)**

**First Mortgagee:**
BAYVIEW LOAN SERVICING
PO BOX 5933
TROY, MI 48007-5933

LOAN #:0001109682
ESCROW: YES

ASI PRP DEC 04 15



**BAYVIEW**
LOAN SERVICING
P.O. Box 5933
Troy, MI 48007-5933

August 27, 2015

ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304 0000
United States

Subject:  Second and final notice - Please provide insurance information for 1244 NE 16TH TER , FORT LAUDERDALE, FL 33304

Dear  ANTHONY EDWARDO DINO:

This is your **second and final notice** that our records show that your wind insurance isn't sufficient, and we do not have evidence that you have obtained adequate coverage. **Because wind insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have sufficient insurance coverage.

You should immediately provide us with your insurance information. We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at 248-824-7960 or provided by email to Insurance@bayviewloanservicing.com. TTY Service is available by contacting 711 or 800-649-3777. You may also submit your insurance policy online at http://www.ExpressInsuranceInfo.com/2911045, or mail it to the following address:

BAYVIEW LOAN SERVICING
P.O. BOX 5933
TROY, MI  48007-5933

The insurance we buy:

- **Will cost an estimated $ 306.48 annually, which may be more expensive than the insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us at 877-826-4419.

Please review additional information provided in the same transmittal.

Sincerely,

Bayview Loan Servicing
Insurance Department



**BAYVIEW**
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

Loan Number: 0001109682

## SUPPLEMENTAL INFORMATION

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Bayview's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.

# FACSIMILE TRANSMITTAL SHEET

**Reference Number:**
0001109682

**To:**
12488247960

**From:**
Tony

Freedom Insurance Agency

Ph. (954) 792-3660
Fx. (954) 792 -3664
tony@freedominsurancefl.com

**Subject:**
Loan # 0001109682 Dino, Anthony

**Message:**
To: Bayview Loan Servicing

Attn: Insurance Dept.

Attached please find the windstorm insurance dec page in reference to the referenced loan. Please review all pages.

PLEASE DO NOT FORCE LENDER PLACED INSURANCE ON THIS LOAN!!!

If you have any questions, please feel free to contact us.



**CITIZENS PROPERTY INSURANCE CORPORATION**
6676 CORPORATE CENTER PARKWAY
JACKSONVILLE, FL 32216

### Homeowners HW-2 Wind Only Policy - Declarations

| POLICY NUMBER: 00626672 - 1 | POLICY PERIOD:   FROM   05/27/2015   TO   05/27/2016 |
|---|---|
| | at 12:01 a.m. Eastern Time at the Location of the Residence Premises |

| Transaction: AMENDED DECLARATIONS | Effective: 05/27/2015 |
|---|---|

| Named Insured and Mailing Address: | Location Of Residence Premises: | Agent:   Fl. Agent Lic. #: A220222 |
|---|---|---|
| First Named Insured:<br>ANTHONY DINO<br>1244 NE 16th Ter<br>Ft Lauderdale, FL 33304-2323<br>Phone Number: 954-980-8440 | 1244 NE 16TH TER<br>FORT LAUDERDALE FL 33304<br>County:BROWARD | FREEDOM INSURANCE AGENCY<br>JULIUS RIDOLFI<br>101 S State Road 7<br>Plantation, FL 33317<br>Phone Number: 954-792-3660<br>Citizens Agency ID#: 3825 |

**Additional Named Insured:** Please refer to "ADDITIONAL NAMED INSURED(S)" section for details

Coverage is only provided where a premium and a limit of liability is shown

Other Windstorm or Hail Deductible: $500                         **Hurricane Deductible: $3,170 (2%)**

| | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| | | $1,250 |
| **PROPERTY COVERAGES** | | |
| A. Dwelling: | $158,500 | |
| B. Other Structures: | $0 | |
| C. Personal Property: | $39,630 | |
| D. Loss of Use: | $15,850 | |
| **OTHER COVERAGES** | | |
| Personal Property Replacement Cost | Included | $188 |
| Ordinance or Law Limit (25% of Cov A) | (See Policy) | Included |

| | | |
|---|---|---|
| | **SUBTOTAL:** | $1,438 |
| Florida Hurricane Catastrophe Fund Build-Up Premium: | | $72 |
| Premium Adjustment Due To Allowable Rate Change: | | $0 |

**MANDATORY ADDITIONAL CHARGES:**

| | |
|---|---|
| 2005 Citizens Property Insurance Corporation Emergency Assessment | $15 |
| 2012 Florida Insurance Guaranty Association (FIGA) Regular Assessment | $4 |
| Catastrophe Financing Surcharge | $227 |
| Tax-Exempt Surcharge | $26 |

**TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:**          $1,782

The portion of your premium for:

Hurricane Coverage is  $1,465                    Non-Hurricane Coverage is $45

Authorized By: JULIUS RIDOLFI                                   Processed Date: 06/17/2015

| DEC HW2 02 15 | Mortgageholder | Page 1 of 3 |
|---|---|---|

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy – Declarations

Policy Number: 00626672 - 1

First Named Insured: ANTHONY DINO

POLICY PERIOD:  FROM  05/27/2015  TO  05/27/2016
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

**Forms and Endorsements applicable to this policy:**
HW 01 10 01 14, HW 04 12 09 08, HW 04 90 02 13, HW 00 02 01 14, HW 00 24 09 08, HW 04 22 06 13

| Rating/Underwriting Information | | | |
|---|---|---|---|
| Year Built: | 1957 | Terrain: | C |
| Town / Row House: | No | Roof Cover: | FBC Equivalent |
| Construction Type: | Masonry | Roof Cover - FBC Wind Speed: | N/A |
| BCEGS: | Ungraded | Roof Cover - FBC Wind Design: | N/A |
| Territory: | 47 | Roof Deck Attachment: | Level A |
| Municipal Code - Fire: | 371 | Roof-Wall Connection: | Clips |
| Occupancy: | Owner Occupied | Secondary Water Resistance: | Unknown |
| Use: | Primary | Roof Shape: | Gable |
| Number of Families: | 1 | Opening Protection: | Class A |
| No Prior Insurance Surcharge: | No | | |

A premium adjustment of ($1,830) is included to reflect the building's wind loss mitigation features or construction techniques that exists.

A premium adjustment of $0 is included to reflect the building code effectiveness grade for your area. Adjustments range from a 2% surcharge to a 10% credit.

The Total Charge For This Endorsement is $0

| ADDITIONAL NAMED INSURED(S) | |
|---|---|
| Name | Address |
| No Additional Named Insureds | |

| ADDITIONAL INTEREST(S) | | | |
|---|---|---|---|
| # | Interest Type | Name and Address | Loan Number |
| 1 | 1st Mortgagee | Bayview Loan Servicing LLC ISAOA ATIMA Attn Customer Services PO BOX 5933 TROY, MI 48007-5933 | 006266721 |

| DEC HW2 02 15 | Mortgageholder | Page 2 of 3 |
|---|---|---|

From: 654 731 8019          Page: 6/8          Date: 6/31/2015 4:43 PM



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

### Homeowners HW-2 Wind Only Policy - Declarations

Policy Number: 00626672 - 1

First Named Insured: ANTHONY DINO

**POLICY PERIOD:  FROM   05/27/2015  TO   05/27/2016**
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

# FLOOD COVERAGE IS NOT PROVIDED BY THIS POLICY.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

## TO REPORT A CLAIM CALL 866.411.2742

INFORMATION ABOUT YOUR POLICY MAY BE MADE AVAILABLE TO INSURANCE COMPANIES AND/OR AGENTS TO ASSIST THEM IN FINDING OTHER AVAILABLE INSURANCE MARKETS.

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY. IF YOU ARE UNABLE TO CONTACT YOUR AGENT, YOU MAY REACH CITIZENS AT 888.685.1555.

| DEC HW2 02 15 | Mortgageholder | Page 3 of 3 |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# FACSIMILE TRANSMITTAL SHEET

**Reference Number:**
   0001109682
**To:**
   12488247960
**From:**
   Tony

   Freedom Insurance Agency

   Ph. (954) 792-3660
   Fx. (954) 792-3664
   tony@freedominsurancefl.com
**Subject:**
   Loan # 0001109682 Dino, Anthony
**Message:**
   To: Bayview Loan Servicing

   Attn: Insurance Dept.

   Attached please find the windstorm insurance dec page in reference to the referenced loan. Please review all pages.

   PLEASE DO NOT FORCE LENDER PLACED INSURANCE ON THIS LOAN!!!

   If you have any questions, please feel free to contact us.



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy - Declarations

| POLICY NUMBER: 00626672 - 1 | POLICY PERIOD: FROM 05/27/2015 TO 05/27/2016 |
|---|---|
| | at 12:01 a.m. Eastern Time at the Location of the Residence Premises |

| Transaction: AMENDED DECLARATIONS | | Effective: 05/27/2015 |
|---|---|---|

| Named Insured and Mailing Address: | Location Of Residence Premises: | Agent: Fl. Agent Lic. #: A220222 |
|---|---|---|
| **First Named Insured:**<br>ANTHONY DINO<br>1244 NE 16th Ter<br>Ft Lauderdale, FL 33304-2323<br>Phone Number: 954-980-8440 | **1244 NE 16TH TER**<br>**FORT LAUDERDALE FL 33304**<br>**County:BROWARD** | FREEDOM INSURANCE AGENCY<br>JULIUS RIDOLFI<br>101 S State Road 7<br>Plantation, FL 33317<br>Phone Number: 954-792-3660<br>Citizens Agency ID#: 3825 |

**Additional Named Insured:** Please refer to "ADDITIONAL NAMED INSURED(S)" section for details

Coverage is only provided where a premium and a limit of liability is shown

Other Windstorm or Hail Deductible: $500

**Hurricane Deductible: $3,170 (2%)**

| | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| **PROPERTY COVERAGES** | | $1,250 |
| A. Dwelling: | $158,500 | |
| B. Other Structures: | $0 | |
| C. Personal Property: | $39,630 | |
| D. Loss of Use: | $15,850 | |
| **OTHER COVERAGES** | | |
| Personal Property Replacement Cost | Included | $188 |
| Ordinance or Law Limit (25% of Cov A) | (See Policy) | Included |

| | SUBTOTAL: | $1,438 |
|---|---|---|
| Florida Hurricane Catastrophe Fund Build-Up Premium: | | $72 |
| Premium Adjustment Due To Allowable Rate Change: | | $0 |

**MANDATORY ADDITIONAL CHARGES:**

| | |
|---|---|
| 2005 Citizens Property Insurance Corporation Emergency Assessment | $15 |
| 2012 Florida Insurance Guaranty Association (FIGA) Regular Assessment | $4 |
| Catastrophe Financing Surcharge | $227 |
| Tax-Exempt Surcharge | $26 |

| TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES: | $1,782 |
|---|---|

The portion of your premium for:

Hurricane Coverage is $1,465          Non-Hurricane Coverage is $45

**Authorized By: JULIUS RIDOLFI**          **Processed Date: 06/17/2015**

| DEC HW2 02 15 | Mortgageholder | Page 1 of 3 |
|---|---|---|



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

## Homeowners HW-2 Wind Only Policy - Declarations

Policy Number: 00626672 - 1

First Named Insured: ANTHONY DINO

**POLICY PERIOD: FROM** 05/27/2015 **TO** 05/27/2016
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

### Forms and Endorsements applicable to this policy:
HW 01 10 01 14, HW 04 12 09 08, HW 04 90 02 13, HW 00 02 01 14, HW 00 24 09 08, HW 04 22 06 13

| Rating/Underwriting Information | | | |
|---|---|---|---|
| Year Built: | 1957 | Terrain: | C |
| Town / Row House: | No | Roof Cover: | FBC Equivalent |
| Construction Type: | Masonry | Roof Cover - FBC Wind Speed: | N/A |
| BCEGS: | Ungraded | Roof Cover - FBC Wind Design: | N/A |
| Territory: | 47 | Roof Deck Attachment: | Level A |
| Municipal Code - Fire: | 371 | Roof-Wall Connection: | Clips |
| Occupancy: | Owner Occupied | Secondary Water Resistance: | Unknown |
| Use: | Primary | Roof Shape: | Gable |
| Number of Families: | 1 | Opening Protection: | Class A |
| No Prior Insurance Surcharge: | No | | |

A premium adjustment of ($1,830) is included to reflect the building's wind loss mitigation features or construction techniques that exists.

A premium adjustment of $0 is included to reflect the building code effectiveness grade for your area. Adjustments range from a 2% surcharge to a 10% credit.

The Total Charge For This Endorsement is $0

| ADDITIONAL NAMED INSURED(S) | |
|---|---|
| Name | Address |
| No Additional Named Insureds | |

| ADDITIONAL INTEREST(S) | | | |
|---|---|---|---|
| # | Interest Type | Name and Address | Loan Number |
| 1 | 1st Mortgagee | Bayview Loan Servicing LLC ISAOA ATIMA Attn Customer Services PO BOX 5933 TROY, MI 48007-5933 | 006266721 |

| DEC HW2 02 15 | Mortgageholder | Page 2 of 3 |
|---|---|---|

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



**CITIZENS PROPERTY INSURANCE CORPORATION**
**6676 CORPORATE CENTER PARKWAY**
**JACKSONVILLE, FL 32216**

**Homeowners HW-2 Wind Only Policy - Declarations**

Policy Number: 00626672 - 1

First Named Insured: ANTHONY DINO

**POLICY PERIOD:  FROM**  05/27/2015  **TO**  05/27/2016

at 12:01 a.m. Eastern Time at the Location of the Residence Premises

# FLOOD COVERAGE IS NOT PROVIDED BY THIS POLICY.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

## TO REPORT A CLAIM CALL 866.411.2742

INFORMATION ABOUT YOUR POLICY MAY BE MADE AVAILABLE TO INSURANCE COMPANIES AND/OR AGENTS TO ASSIST THEM IN FINDING OTHER AVAILABLE INSURANCE MARKETS.

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY. IF YOU ARE UNABLE TO CONTACT YOUR AGENT, YOU MAY REACH CITIZENS AT 888.685.1555.

| DEC HW2 02 15 | Mortgageholder | Page 3 of 3 |



**BAYVIEW** ®
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

September 14, 2015

ANTHONY EDWARDO DINO
707 NE 3 AVE 3 FLOOR C/O GEORGE CASTRATARO, ESQ.
FORT LAUDERDALE, FL 33304-0000 0000
United States

Insured Name:          ANTHONY EDWARDO DINO
Loan Number(s):        0001109682
Property/Collateral:   1244 NE 16TH TER
                       FORT LAUDERDALE, FL  33304 0000
                       USA

Dear  ANTHONY EDWARDO DINO:

We have not received proof of wind coverage on the above referenced property as required under the terms of your mortgage and as requested in our previous notices. Because of this, it has become necessary to place lender-placed insurance coverage on your property.

This policy provides limited coverage and is not comparable to a standard wind policy. The policy does not provide coverage for personal property or owner's liability to protect your interest. We strongly recommend that you obtain an insurance policy of your choice as soon as possible.

The premium will be charged to your escrow account. If you do not have an escrow account, one will be set up for you. Your monthly payments will be adjusted to cover this cost. This policy may be cancelled at any time by giving us proof of other acceptable insurance.

If you obtain insurance of your own choosing at any time, please provide us with a copy. Once we receive and review your policy, we will cancel the insurance that we purchased and credit any unearned premium to your escrow account.

If at any time you desire to maintain your own policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law. For your convenience, you may also submit your insurance policy online at http://www.ExpressInsuranceInfo.com/2911045. Upon receipt, we will update our records with your current insurance information.

If you have any questions, please call us at 877-826-4419. We value you as our customer and look forward to resolving this matter.

Sincerely,

Bayview Loan Servicing
Insurance Department
Phone: 877-826-4419
Fax:  248-824-7960
Email: BayviewTeam@pfic.com

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.
TTY Service is available by contacting 711 or 800-649-3777
Visit http://www.ExpressInsuranceInfo.com/2911045 to update or provide electronic property insurance information on your mortgage.
HZ029– 09/27/2013

**LENDER PLACED INSURANCE**
**EVIDENCE OF WIND INSURANCE**

| | |
|---|---|
| MASTER POLICY NO.: | MP7003591 |
| NAMED INSURED: | Bayview Loan Servicing, LLC |
| ADDRESS: | 4425 Ponce De Leon Boulevard<br>Suite 500<br>Coral Gables, FL 33146-0000 |
| LOAN NUMBER: | 0001109682 |
| LOCATION OF<br>PROPERTY INSURED: | 1244 NE 16TH TER<br>FORT LAUDERDALE, FL 33304 |
| INSURED AMOUNT: | $ 28,500.00 |
| EFFECTIVE DATE: | FROM: 05/27/2015   TO: 05/27/2016<br>OR UNTIL CANCELLED |
| ANNUAL PREMIUM:<br>(This is not an invoice.) | $ 306.48<br>(Including applicable taxes and fees) |

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by Certain Underwriters at Lloyds in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY.  IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.

**Auto Club South**
**Flood Insurance Processing Center**
**P.O. Box 2057**
**Kalispell, MT 59903**
**Phone: 800-637-3846  Fax: 866-528-3209**


October 15, 2015                    **COPY**



BAYVIEW LOAN SERVICING LLC
PO BOX 5933
TROY, MI 48007-5933



POLICY NUMBER: 41-01008575-2015

INSURED NAME : DINO, ANTHONY E
Property Address:    1244 NE 16TH TER
              :    FORT LAUDERDALE, FL 33304

### NON-SUFFICIENT FUNDS OPTIONS

Dear Producer:

Thank you for submitting the flood insurance application or endorsement for the property listed above. The information indicated below applies.

[X] A "Non-Sufficient Funds" or "Stop Payment" was received on the payment for the flood insurance policy. If replacement funds are not received within 10 days of the date of this letter, the policy will be canceled for non-payment.

[ ] Replacement funds have been received and the policy will remain active with the same effective dates as shown on the declarations page previously mailed.

[ ] Replacement funds have NOT been received and the policy has been canceled. If the insured desires coverage, a new application and correct premium must be submitted.

[ ] Replacement funds have NOT been received at this time. The coverage has been reduced back to the prior coverage and the policy has been issued without the endorsement.

If you have any questions, please contact us at the phone number listed above or by email at csr@floodpro.net.

Thank you,

Flood Insurance Processing Center                    CXS    doc:NSFLTR

cc:  AAA INSURANCE AGENCY POMPANO
     DINO, ANTHONY E

**Auto Club South**
**Flood Insurance Processing Center**
**P.O. Box 2057**
**Kalispell, MT 59903**
**Phone: 800-637-3846  Fax: 866-528-3209**

November 13, 2015                    **COPY**

BAYVIEW LOAN SERVICING LLC
PO BOX 5933
TROY, MI 48007-5933

Inception Date:    06/22/2015
Cancellation Date: 06/22/2015
Refund Amount:     430.00

POLICY NUMBER: 41-01008575-2015

INSURED NAME : DINO, ANTHONY E
Property Address:   1244 NE 16TH TER
            :   FORT LAUDERDALE, FL 33304

### FLOOD POLICY CANCELLATION

#### Auto Club South

This notification represents cancellation of the above referenced flood policy.  The check submitted as payment for this policy was returned by the bank due to non-sufficient funds or a stop-payment order.  If the insured desires coverage a new application and premium must be submitted.

If you have any questions regarding this cancellation, please contact the Flood Insurance Processing Center.

Thank you,

Flood Insurance Processing Center                    MJN    doc:CNL05B

cc:  DINO, ANTHONY E
     AAA INSURANCE AGENCY POMPANO

# CITIZENS
### PROPERTY INSURANCE CORPORATION

CITIZENS PROPERTY INSURANCE CORPORATION
2312 KILLEARN CENTER BOULEVARD, BUILDING A
TALLAHASSEE, FLORIDA 32309

**BAYVIEW LOAN SERVICING LLC ISAOA
ATIMA**

INVLB 01 14

PO BOX 5933
TROY, MI 48007-5933

**PREMIUM DUE DATE: 05/09/2016**

List Bill Account No.: 10003466
List Bill Invoice No:   70926682
Invoice Date:        03/18/2016

| Insured Name | Insured Address | Policy Number | Loan Number | Effective Date | Expiration Date | Premium Due | Amount Paid | *Reason Code if Variance |
|---|---|---|---|---|---|---|---|---|
| ANTHONY DINO | 1244 NE 16th Ter, FORT LAUDERDALE, FL 33304 | PLA00706027-02 | 0001109682 | 05/08/16 | 05/08/17 | $1,329.00 | | |

|  | **Total Premiums Due:** | **$1,329.00** |
|---|---|---|
|  | **Total Premiums Paid:** | |

### *Reason Codes

**H2 - Payment Previously Sent**
**H3 - Loan Paid in Full**
**H4 - Bill Insured**
**H5 - Loan Service Released**
**H6 - Partial Payment Remitted**

**H7 - Payment Forthcoming**
**H9 - Coverage Summary**
**K1 - Other Coverage**
**K2 - Invalid Policy Number**
**K3 - Renewal Not Received**

In the event that a payment is made by check or draft and the instrument is returned because of insufficient funds to pay it, Citizens Property Insurance Corporation will impose a charge of $15 per returned check.

## PLEASE REMIT PAYMENT TO:
**CITIZENS PROPERTY INSURANCE CORPORATION
P.O. BOX 17850
JACKSONVILLE, FLORIDA 32245-7850**

Page 1 of 1

468

CITIZENS PROPERTY INSURANCE CORPORATION
2312 KILLEARN CENTER BOULEVARD, BUILDING A
TALLAHASSEE, FLORIDA 32309

BAYVIEW LOAN SERVICING LLC ISAOA ATIMA
PO BOX 5933
TROY, MI 48007-5933



**CITIZENS PROPERTY INSURANCE CORPORATION**
301 W BAY ST
JACKSONVILLE FL 32202

## POLICY CHANGE SUMMARY

**POLICY NUMBER:** 00706027 - 2      **POLICY PERIOD   FROM**   05/08/2016   **TO**   05/08/2017

at 12:01 a.m. Eastern Time

**Transaction:** RENEWAL

| Item | Prior Policy Information | Amended Policy Information |
|---|---|---|
| Dwelling | | |
| Dwelling at 1244 NE 16TH TER, FORT LAUDERDALE, FL | | |
| Dwelling Coverages | | |
| Coverage A | | |
| Coverage A - Dwelling | 187,000 | 189,400 |
| Most Recent Inflation Amount | | 189400.00 |
| Coverage B | | |
| Coverage B - Other Structures Amount | 3,740 | 3,790 |
| Coverage C | | |
| Coverage C - Personal Property | 46,750 | 47,350 |
| Line Coverages | | |
| Coverage D | | |
| Coverage D - Loss of Use | 18,700 | 18,940 |
| Ordinance Or Law | | |
| Ordinance Or Law - Amount | 46,750 | 47,350 |
| Sinkhole | | |
| Sinkhole - Deductible Amount | 18,700 | 18,940 |

This summary is for informational purposes only and does not change any of the terms or provisions on your policy. Please carefully review your policy Declarations and any attached forms for a complete description of coverage.

| PCS 01 14 | | Page 1 of 1 |
|---|---|---|



**CITIZENS PROPERTY INSURANCE CORPORATION**
**301 W BAY ST**
**JACKSONVILLE FL 32202**

## Homeowners HO-3 Special Form Policy - Declarations

| | | | | | |
|---|---|---|---|---|---|
| **POLICY NUMBER: 00706027 - 2** | **POLICY PERIOD:** | **FROM** | 05/08/2016 | **TO** | 05/08/2017 |

at 12:01 a.m. Eastern Time at the Location of the Residence Premises

**Transaction: RENEWAL**

| **Named Insured and Mailing Address:** | **Location Of Residence Premises:** | **Agent:**   Fl. Agent Lic. #: A220222 |
|---|---|---|
| **First Named Insured:**<br>ANTHONY DINO<br>1244 NE 16th Ter<br>FORT LAUDERDALE, FL 33304<br>Phone Number: 954-980-8440 | 1244 NE 16TH TER<br>FORT LAUDERDALE FL 33304-2323<br>**County:BROWARD** | FREEDOM INSURANCE AGENCY<br>JULIUS RIDOLFI<br>101 S State Road 7<br>Plantation, FL 33317<br>Phone Number: 954-792-3660<br>**Citizens Agency ID#: 3825** |

**Additional Named Insured:** Please refer to "ADDITIONAL NAMED INSURED(S)" section for details

Coverage is only provided where a premium and a limit of liability is shown

| | LIMIT OF LIABILITY | ANNUAL PREMIUM |
|---|---|---|
| **All Other Perils Deductible: $2,500**<br>**Sinkhole Loss Deductible:  $18,940 (10%)** | **Hurricane Deductible: Wind Excluded** | |
| | | $1,294 |
| **SECTION I - PROPERTY COVERAGES** | | |
| A. Dwelling : | $189,400 | |
| B. Other Structures: | $3,790 | |
| C. Personal Property: | $47,350 | |
| D. Loss of Use: | $18,940 | |
| **SECTION II - LIABILITY COVERAGES** | | |
| E. Personal Liability: | $100,000 | $38 |
| F. Medical Payments: | $2,000 | INCLUDED |
| **OTHER COVERAGES** | | |
| Personal Property Replacement Cost | Included | $197 |
| Ordinance or Law Limit (25% of Cov A) | (See Policy) | Included |
| Sinkhole Loss Coverage | (See Policy) | $22 |
| | **SUBTOTAL:** | $1,551 |
| | | $0 |
| **Florida Hurricane Catastrophe Fund Build-Up Premium:** | | |
| **Premium Adjustment Due To Allowable Rate Change:** | | ($251) |
| **MANDATORY ADDITIONAL CHARGES:** | | |
| 2012 Florida Insurance Guaranty Association (FIGA) Regular Assessment | | $4 |
| Emergency Management Preparedness and Assistance Trust Fund (EMPA) | | $2 |
| Tax-Exempt Surcharge | | $23 |
| **TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:** | | $1,329 |

The portion of your premium for:

Hurricane Coverage is  $0          Non-Hurricane Coverage is $1,300



Authorized By: JULIUS RIDOLFI

Processed Date: 03/18/2016

0003795100913000030 2


**CITIZENS**
PROPERTY INSURANCE CORPORATION

**CITIZENS PROPERTY INSURANCE CORPORATION**
301 W BAY ST
JACKSONVILLE FL 32202

## Homeowners HO-3 Special Form Policy - Declarations

**Policy Number:** 00706027 - 2

**First Named Insured:** ANTHONY DINO

**POLICY PERIOD:   FROM**   05/08/2016   **TO**   05/08/2017
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

### Forms and Endorsements applicable to this policy:
CIT 04 90 01 13, CIT 23 70 07 08, HO 04 94 03 95, CIT 04 96 02 16, CIT 23 94 02 16, CIT HO-3 02 16

| Rating/Underwriting Information | | | |
|---|---|---|---|
| Year Built: | 1946 | Protective Device - Burglar Alarm: | No |
| Town / Row House: | No | Protective Device - Fire Alarm: | No |
| Construction Type: | Masonry | Protective Device - Sprinkler: | None |
| BCEGS: | Ungraded | No Prior Insurance Surcharge: | No |
| Territory / Coastal Territory: | 035 / 47 | Terrain: | C |
| Wind / Hail Exclusion: | Yes | Roof Cover: | FBC Equivalent |
| Municipal Code - Police: | 371 | Roof Cover - FBC Wind Speed: | N/A |
| Municipal Code - Fire: | 371 | Roof Cover - FBC Wind Design: | N/A |
| Occupancy: | Owner Occupied | Roof Deck Attachment: | Unknown |
| Use: | Primary | Roof-Wall Connection: | Unknown |
| Number of Families: | 1 | Secondary Water Resistance: | No |
| Protection Class: | 3 | Roof Shape: | Gable |
| Distance to Hydrant (ft.): | 500 | Opening Protection: | Class A |
| Distance to Fire Station (mi.): | 1 | | |

A premium adjustment of $0 is included to reflect the building's wind loss mitigation features or construction techniques that exists.

A premium adjustment of $0 is included to reflect the building code effectiveness grade for your area. Adjustments range from a 2% surcharge to a 13% credit.

Your property coverage limits have been adjusted for inflation.

Your policy premium has increased by $1. Of this amount:

The premium difference due to an approved rate change is $116
The premium difference due to changes in your coverage is ($102)
The premium difference due to mandatory additional charges plus FHCF Build-up is ($13)

| ADDITIONAL NAMED INSURED(S) | |
|---|---|
| **Name**                    **Address** | |
| No Additional Named Insureds | |

| ADDITIONAL INTEREST(S) | | | |
|---|---|---|---|
| # | Interest Type | Name and Address | Loan Number |
| 1 | 1st Mortgagee | BAYVIEW LOAN SERVICING LLC ISAOA ATIMA PO BOX 5933 TROY, MI 48007-5933 | 0001109682 |

| DEC HO3 12 15 | Mortgageholder | Page 2 of 3 |
|---|---|---|

28/3/16_8921_232608_15

**CITIZENS PROPERTY INSURANCE CORPORATION**
**301 W BAY ST**
**JACKSONVILLE FL 32202**

## CITIZENS
PROPERTY INSURANCE CORPORATION

### Homeowners HO-3 Special Form Policy - Declarations

Policy Number: 00706027 - 2

First Named Insured: ANTHONY DINO

POLICY PERIOD:  FROM   05/08/2016  TO   05/08/2017
at 12:01 a.m. Eastern Time at the Location of the Residence Premises

# FLOOD COVERAGE IS NOT PROVIDED BY THIS POLICY.

## THIS POLICY DOES NOT COVER LOSSES FROM WIND (INCLUDING HURRICANES) OR HAIL.

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

0003795100913000B0303

## TO REPORT A CLAIM CALL 866.411.2742

INFORMATION ABOUT YOUR POLICY MAY BE MADE AVAILABLE TO INSURANCE COMPANIES AND/OR AGENTS TO ASSIST THEM IN FINDING OTHER AVAILABLE INSURANCE MARKETS.

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY. IF YOU ARE UNABLE TO CONTACT YOUR AGENT, YOU MAY REACH CITIZENS AT 888.685.1555.

28/3/16_8821_232608_13



**BAYVIEW**
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

April 11, 2016

ANTHONY EDWARDO DINO
c/o GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 33304 0000

Subject: **Please update insurance information for 1244 NE 16TH TER , FORT LAUDERDALE, FL 33304**

Dear ANTHONY EDWARDO DINO:

Because we did not have evidence that you had wind insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought is scheduled to expire. **Because wind insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

- **Will cost an estimated $ 331.08 annually, which may be more expensive than insurance you can buy yourself.**

- **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy wind insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of wind insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at 248-824-7960 or provided by email to Insurance@bayviewloanservicing.com. TTY Service is available by contacting 711 or 800-649-3777. You may also submit your insurance policy online at http://www.ExpressInsuranceInfo.com/2911045, or mail it to the following address:

BAYVIEW LOAN SERVICING
P.O. BOX 5933
TROY, MI 48007-5933

If you have any questions, please contact us at 877-826-4419.

Please review additional information provided in the same transmittal.

Sincerely,

Bayview Loan Servicing
Insurance Department



**BAYVIEW**
LOAN SERVICING
P.O. Box 5933
Troy, MI 48007-5933

Loan Number: 0001109682

## SUPPLEMENTAL INFORMATION

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Bayview's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.

## LENDER PLACED INSURANCE
## EVIDENCE OF WIND INSURANCE

MASTER POLICY NO.:        MP7003764

NAMED INSURED:        Bayview Loan Servicing

ADDRESS:        4425 Ponce De Leon Boulevard
Suite 500
Coral Gables, FL  33146-0000

LOAN NUMBER:        0001109682

LOCATION OF
PROPERTY INSURED:        1244 NE 16TH TER
FORT LAUDERDALE, FL  33304

INSURED AMOUNT:        $ 30,900.00

EFFECTIVE DATE:        FROM: 05/27/2016   TO: 05/27/2017
OR UNTIL CANCELLED

ANNUAL PREMIUM:        $ 331.08
(This is not an invoice.)        (Including applicable taxes and fees)

The insurance coverage procured through the master policy(ies) referenced above has been requested by the Named Insured. The master policy(ies) has been issued by Certain Underwriters at Lloyds in respect of coverage and limits ordered by the Named Insured. All coverage is subject to the terms, conditions and exclusions expressed in the policy(ies) and is subject to a deductible as defined by the policy(ies).

The Evidence of Insurance is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policy(ies) referenced herein.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY.  IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.

Processed By:
e-Ins.net Flood Insurance Processing
P.O. Box 33018
St. Petersburg, FL 33733-8018
866-511-0793
FloodUnderwriting@e-Ins.net

**ASI**

**Dwelling Policy Form**

**Policy Declarations**

**Renewal - Preferred Risk Policy**

| Policy Number: | 0FLD296626 | Policy Period From | 06/22/2016 to 06/22/2017 |
|---|---|---|---|

**Policy Period From**   06/22/2016   to 06/22/2017
At 12:01 AM Local time at the described location
**Endorsement Effective:**   6/22/2016

| Named Insured | NAIC: 10872 | Agent/Producer Name & Address |
|---|---|---|

ANTHONY DINO
**Property Location:**
1244 Ne 16Th Ter
Fort Lauderdale, FL 33304-2323

**Mailing Address**
1244 NE 16TH TER
FORT LAUDERDALE, FL 33304

415105 - FREEDOM INSURANCE AGENCY, INC.
101 SOUTH STATE ROAD 7 PLANTATION, FL 33317
(954)792-3660

**Payor:** BAYVIEW LOAN SERVICING

### Community Rating Information

| | |
|---|---|
| Community Name: | **FORT LAUDERDALE, CITY OF** |
| Community Number: | **125105 - 0369 - H** |
| FIRM Type: | **Pre-FIRM subsidized** |
| Program: | **Regular** |
| Flood Risk/Rated Zone: | **X** |

**NFIP Grandfathering:**
Grandfathered:   **No**

### Building Information

| | |
|---|---|
| Occupancy: | Single Family Home (Residentia |
| Elevated Building: | No |
| Building Type: | One Floor |
| Built on Slab at Ground Level | |
| Replacement Cost: | $250,000 |
| Primary Residence | |
| No Addition(s) and Extension(s) | |

**Contents Location:**
Lowest Floor Only Above Ground Level

### Coverage Information

| | Limit(s): | Deductible(s): | Premium |
|---|---|---|---|
| Building | $250,000 | $1,250 | $344.00 |
| Contents | $100,000 | $1,250 | |

**THIS IS NOT A BILL**
MORTGAGEE:
The Reform Act of 1994 requires you to notify the WYO company for the
policy within 60 days of any changes in the service of the loan.
**\*\*COVERAGE LIMITATIONS MAY APPLY.**
See Your Policy Form for Detail\*\*

| | | |
|---|---|---|
| ICC Premium: | | $4.00 |
| CRS Discount: | 0% | -$0.00 |
| Reserve Fund Assessment: | | $52.00 |
| Federal Policy Fee: | | $25.00 |
| HFIAA Surcharge | | $25.00 |
| **Total Premium Paid:** | | $450.00 |
| Annual Premium: | | $450.00 |

**Special Provisions**
This policy covers only one building. If you have more than one building on your property, please make sure each is covered.  See Section III
Property Covered within your flood policy for the NFIP definition of 'building' or contact your agent, broker or insurance company.

**Forms and Endorsements**

ASI FLD IMPINF 08, ASI FLD SOC 08, DW 04 2016

This Declarations Page, in conjunction with the policy, constitutes your Flood Insurance Policy. IN WITNESS
WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

Kevin Milkey
Executive Vice President, American Strategic Insurance

Date:   06/21/2016

ASI PRP DEC 04 16

27/8/18_8411_243843_12

Mortgagee(s)

**First Mortgagee:**
BAYVIEW LOAN SERVICING
PO BOX 5933
TROY, MI 48007-5933

LOAN #:0001109682
ESCROW: YES

ASI PRP DEC 04 16



**BAYVIEW**
LOAN SERVICING
P.O. Box 5933
Troy, MI 48007-5933

November 28, 2016

ANTHONY EDWARDO DINO
c/o GEORGE  CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 33304

Subject:        Reminder of Lender Placed Insurance
Property Address: 1244 NE 16TH TER , FORT LAUDERDALE, FL 33304

Dear  ANTHONY EDWARDO DINO:

This is a reminder that because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.  The insurance we bought may be more expensive than insurance you can buy yourself; and does not cover your contents.

**Because hazard insurance is required on your property, we intend to maintain insurance on your property.**

We urge you to contact your insurance agent/company and work with them to obtain your own policy.  When you obtain your policy, please have your agent provide us with a copy of the insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at 248-824-7960 or provided by email to Insurance@bayviewloanservicing.com. TTY Service is available by contacting 711 or 800-649-3777. You may also submit your insurance policy declarations page online at http://www.ExpressInsuranceInfo.com/2911045, or mail it to the following address:

BAYVIEW LOAN SERVICING
P.O. BOX 5933
TROY, MI  48007-5933

If you have already purchased hazard insurance, please provide us with your insurance information so that we may cancel the insurance we bought and credit any refund due to your escrow account.

If you have any questions, please contact us at 877-826-4419.


Sincerely,

Bayview Loan Servicing
Insurance Department


Encl: Brochure



**BAYVIEW**
LOAN SERVICING

P.O. Box 5933
Troy, MI 48007-5933

Loan Number: 0001109682

## SUPPLEMENTAL INFORMATION

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Bayview's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.

Bank of America Home Loans



#700-084735526



#MGE-SVC-CSC-0-1

## Simi Valley

# CIWI Correspondence
## (CWF00000N000066)

Date: 09/08/2014 Time: 07:47:31 UserID: NBKGNEC



#E-CIWSOD



#******CWF00000N000066



#***NBKGNEC-N-00000000



#700-084735526

CGFD26 (12/20/11)



Bankruptcy #3
SEP 05 2014
Received

**ORDERED in the Southern District of Florida on August 27, 2014**

John K Olson
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 14–20474–JKO
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Anthony Edward Dino
1244 NE 16 Ter
Fort Lauderdale, FL 33304–2323

SSN: xxx–xx–9490

## ORDER CONFIRMING CHAPTER 13 PLAN

This cause came before the court on 8/4/2014 for confirmation of the debtor's proposed First Amended chapter 13 plan pursuant to Local Rule 3015–3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

*Page 1 of 3*

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following May 6, 2014, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

   A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

   B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

   C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non-compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

*Page 2 of 3*

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

### # # #

*Page 3 of 3*

7400300105808

FRI-74003 0970-4 pdf001 13-14635
BAE Systems
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, VA 20171-3514

001056  1056 2 MB 0.432  75024  7 9  7608-2-1056

Bank of America, N.A.
c/o Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024-4100

# Electronic Bankruptcy Noticing

## Go Green!
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://EBN.uscourts.gov**

C3_11611  Modification Decline Referral Letter  17696  05/23/2014

**Bank of America**

**Home Loans**

TX2-977-01-34
5401 N Beach St.
Fort Worth, TX  76137

Date:  February 17, 2015

Account No.:  167207051

ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE, FL  33304

Property Address:
1244 NE 16th Ter
Fort Lauderdale, FL  33304

## You may be eligible for mortgage assistance through a special Hardest Hit Fund program available through your state.

Bank of America wants you to know that the state you live in has a program that may help you. We encourage you to review **the enclosed information, which your state's housing** finance agency prepared for you and begin the application process.

## What you need to know

**Using funds from the federal government's Troubled Asset Relief Program, the Hardest Hit Fund** was created to help homeowners in the states that have been hit the hardest by reduced property values and the economic downturn. **Your state's housing finance** agency has developed several homeownership assistance programs. Your state also determines who is eligible for its programs and how much money they can receive. Not all customers are eligible and these funds are limited.

## Questions?

Please review this important information and consider applying for assistance. If you have any questions, please call us at 1.800.669.6607, Monday through Friday, 8 a.m. - 10 p.m. and Saturday, 9 a.m. - 5:30 p.m. Eastern.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.

If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2014 Bank of America Corporation



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146



November 23, 2015


ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 33304-0000


**Loan Number:** 1109682         **Property Address:** 1244 NE 16TH TER
                                                      FORT LAUDERDALE, FL 33304


**IMPORTANT NOTICE: Thank you for sending your financial information.
Here's what to expect next.**

Dear Customer:

Thank you for reaching out and beginning the process! This letter confirms our receipt of all or part of the documents requested in **our Initial Package Request.** Your loan and the information you provided are currently under review. You will be contacted soon about your eligibility for a modification or other resolution. Additional documentation may still be required. Providing **all of the requested documentation** is your first step toward a loan modification to make your mortgage more affordable.

You will receive a **second letter advising you of any remaining documents that are needed from you** in order for us to complete your loan review. The financial documents you provide must not be more than 90 days old at the time we receive them.

A decision will be **rendered within 30 days of receipt of all requested documentation** (in other words, you have provided what is known as a "complete package"). We will attempt to contact you by phone to discuss the decision made based on the information provided. The decision will also be provided to you in writing. In order for us to proceed smoothly and quickly, please respond promptly to all requests we send or calls we make to you.

Helping you through this process as efficiently and effectively as possible is our mission. Please review the following pages for a brief overview of the next steps, how to return documents and track the process online, as well as other helpful information. If you have questions about this process, please call Daniel Martinez at (877) 262-0340.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:   (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:      (305) 644-8143

**P.S. Remember, it is very important to quickly return requested documents so we can help you avoid the foreclosure process. It's easy to return documents – see the instructions on the next page.**

## Next Steps

**Return Requested Documentation** – without **ALL** of the requested documentation, we can't proceed.

**Appraisals** – A key component in the decision-making process is establishing the value of the property associated with the loan. Therefore, Bayview Loan Servicing, LLC may be required to order an appraisal to determine the property's value. This is a cost that is the responsibility of the person(s) applying for the modification, therefore, you will be required to pay for one should it be necessary. We will promptly give you a copy of any appraisal we receive, even if your application is not approved. It is important to us that you understand this ahead of time.



**Qualification/Denial** – Once we receive all of your documentation, and verify your information, we will determine whether your loan qualifies for a modification. If your loan does qualify, we will send you a **Trial Period Plan** with a cover letter explaining the Trial Period Plan. (A brief description is provided below.) If your loan is not approved, you will receive a notification letter listing your options for avoiding foreclosure.

After we receive all required documentation, we will process your request as quickly as possible. **While we consider your request, we will not file a foreclosure action with the courts. Bayview will make its best efforts to halt or postpone any scheduled foreclosure sale pending our determination, however, in some instances it may not be possible.** If you qualify, any foreclosure sale (subject to our ability to postpone) will not occur pending your timely return of the Trial Period Plan and first payment. However, if you fail to comply with the terms of the Trial Period Plan and do not make other arrangements with us, your loan will be enforced according to its original terms. This could include foreclosure.

**Funds for Escrow Items** – Additionally, by requesting loss mitigation assistance, you agree to pay Lender the Funds for Escrow Items (as hereinafter defined) unless Lender waives my obligation to pay the Funds for any or all Escrow Items. [Lender may waive my obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, I shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require.]

Funds for Escrow Items are defined as (a) taxes and assessments and other items which can attain priority over the Mortgage as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under the Loan Documents; (d) mortgage insurance premiums, if any, or any sums payable to Lender in lieu of the payment of mortgage insurance premiums in accordance with the Loan Documents; and (e) any community association dues, fees, and assessments that Lender requires to be escrowed.

**Trial Period Plan** – Under the Trial Period Plan, you will be required to make trial period payments, instead of your regular mortgage loan payments. To enter into a Trial Period Plan you must make your new monthly "trial period payment" as instructed by the Trial letter you will receive. The trial period payments should be close to the amount you would pay under a permanent modification. Near the end of the trial period, we will be able to calculate the final amount and the final terms of your modified loan.

**Modification Agreement** – In addition to successfully completing the Trial Period Plan, you will need to sign and return both copies of the Modification Agreement to us promptly. The Modification Agreement will only become effective after we sign it and return it to you with all signatures and all Trial Period Plan payments have been made as required. Once the Modification Agreement becomes effective, we will permanently modify your loan. If you are offered a loan modification or other foreclosure alternative you will have at least 14 days from the date of the approval letter to accept the offer.

**Third Party Approvals** – Please be aware that third party approvals may be required for Bayview to evaluate and complete your request for a loss mitigation workout.

## How to Return Documents

| | |
|---|---|
| **By E-mail** | You may scan your documents (preferably in ".PDF" format) and then attach them to an e-mail to **documents@bayviewloanservicing.com**. Be certain to include your Loan Number in the e-mail so we can make sure they are delivered to the proper person. |
| **By Fax** | You may fax documents to us at **(305) 644-8143**. Please be certain to label each page with your Loan Number so we can make sure they are delivered to the proper person. |
| **By Mail** | Please send your documents to the following address:<br>Inbound Customer Documents<br>Attn: Daniel Martinez<br>c/o Bayview Loan Servicing<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |
| **Online** | Log in to your account at **www.bayviewloanservicing.com** and use the "Upload Documents" feature to quickly upload your scanned documents (preferably into a ".PDF" format). They will automatically be filed with your account and instantly ready for review by Bayview. Plus, you'll see a list of all the documents you've uploaded. If you don't have an online account yet, it only takes a moment to create one. |




## Track Your Modification Process Online

See the status and progress of your modification anytime when you login to www.BayviewLoanServicing.com. Go to the tab labeled "My Workout Details."  Not only can you view the status, but you can see a list of any outstanding items and use the "Upload Documents" function to quickly submit requested documents.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the programs available and offers free HUD-certified counseling services in Englishand Spanish. Additional information can also be located at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

## Disclaimer and Notices

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.  Bayview Loan Servicing, LLC., NMLS #2469.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief.  For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1 (877) 251-0990.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

C3_2073 MOD ReqRecvd  14387  12/19/2011



**Bank of America**

**Home Loans**

*Mail Stop, CA6-919-01-41*
*P.O. Box 5170*
*Simi Valley, CA  93062-5170*

Anthony Edwa Dino
C/o Korte & Wortman, P.a.
2325 Ulmerton Rd Ste 16
Clearwater, FL  33762

**Notice Date:**   April 22, 2014

**Loan No.:**   167207051

**Property Address:**
1244 NE 16th Ter
Fort Lauderdale, FL  33304

---

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

We received your request regarding a loan modification on the above-referenced loan and forwarded your request to a specialist in the appropriate department.

After the necessary information is reviewed, we will respond to your request.

---

**THANK YOU**

If you have any questions, please call your Customer Relationship Manager at 1.800.669.6650.

We appreciate the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.

Please write your account number on all correspondence.

C3_2107_Bankruptcy Attorney Authorization_16677  01/09/2013




**Bank of America**

**Home Loans**

*Customer Service Department, CA6-919-02-41*
*PQ Box 5170*
*Simi Valley, CA  93062-5170*

George Castrataro, Esq.
707 NE 3 Ave., 3rd Floor
Fort Lauderdale, FL  33304

**Notice Date:**   January 7, 2015

**Account No.:**  167207051

**Property Address:**
1244 NE 16th Ter
Fort Lauderdale, FL  33304

---

**IMPORTANT INFORMATION**

We have updated your client's account with the new information you provided regarding the authorization to discuss any loan modification options with Anthony Edwardo Dino.

If you have any questions, please call us at (800) 669-6650.  We appreciate the opportunity to be of service.

This communication is from Bank of America, NA., the servicer of your home loan.

Please write your account number on all correspondence.



**Bank of America**

**Home Loans**

*Insurance Dept.*
*PO Box 961291*
*Fort Worth, TX  76161-0291*

C3_8241 Correspndnce to adv bwr rsrch compl  16182  05/14/2013

**Notice Date:**   May 1, 2015

**Account No.:**   167207051

Anthony Edwardo Dino
1244 NE 16th Ter
Fort Lauderdale, FL  33304

**Property Address:**
1244 NE 16th Ter
Fort Lauderdale, FL  33304

---

**RESPONSE TO YOUR INQUIRY**

Thank you for your patience while we researched your concerns.  We apologize for any inconvenience that you may have experienced.

We are in receipt of an inquiry regarding the insurance on the above-referenced loan and we appreciate the opportunity to respond.

Our records reflect the above-referenced loan is no longer active; therefore, you are no longer required to provide Bank of America, N.A. with proof of insurance for this loan.

Prior to the change in loan status, Lender-Placed Hazard Insurance was charged for the term 05/25/2014 through 05/25/2015 and was cancelled effective 05/08/2015. A partial refund in the amount of $306.93 will posted to the above-referenced loan accordingly.

A lapse in preferred Hazard Insurance remains from 05/25/2014 through 05/08/2015. In order to cancel the remaining Lender-Placed Hazard Insurance, evidence of preferred Hazard Insurance is required for these dates. Insurance related documents can be sent to our Insurance Department by fax to (800) 293-8158 or by mail to the address listed above.

**WE'RE HERE TO HELP**

If you have any further questions or concerns regarding this matter, please contact our Customer Service Department at the phone number listed below.

You are a valued customer here at Bank of America, N.A..  If you need further assistance, please contact our Customer Service Department directly at (800) 669-6607.

This communication is from Bank of America, N.A., the servicer of your home loan.

C3_6972  Authorization Letter - Combo  16405  06/24/2013



**Bank of America**

**Home Loans**

*Customer Service Department, CA6-919-02-41*
*PO Box 5170*
*Simi Valley, CA  93062-5170*

**Notice Date:**  March 7, 2014

**Account No.:**  167207051

Korte & Wortman, P.A.
2325 Ulmerton Road, Suite 16
Clearwater, FL  33762

**Property Address:**
1244 NE 16th Ter
Fort Lauderdale, FL  33304

---

| **IMPORTANT MESSAGE ABOUT YOUR HOME LOAN AUTHORIZATION REQUEST** |

The request regarding changes to the authorized third parties listed on the mortgage account referenced above was received.

We recently received authorization from Anthony Edwa Dino granting you access to their loan information.

The authorization allows us to discuss the following information with you:

- Transaction
- Escrow
- Payoff
- Insurance
- Investor
- Property tax
- Type of mortgage
- Current interest rate
- Total payment
- Maturity date
- Taxing authority
- Date of mortgage
- Amortization (status)

Our customer service representatives will now be able to discuss the above mentioned homeowner's loan with you until notified otherwise.  Only the parties named in the Note are authorized to make any changes to the above mentioned loan.

The request regarding a loan modification has been forwarded to a specialist for further research.  We appreciate your patience while we thoroughly research your request and will call you or write to you when our review is complete.  Your request will be completed as soon as possible and can take up to 60 days from the date of this letter.

This communication is from Bank of America, N.A., the servicer of your home loan.

Please write your account number on all correspondence.

**QUESTIONS?**

If you have any questions, please call us at (800) 669-6607 between the hours of Monday-Friday 7a.m. to 7p.m. Local Time.  We appreciate the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.

**Bank of America** 〰 Home Loans

October 21, 2014

George Castrataro, Esq.
707 NE 3 Ave 3 Floor
Fort Lauderdale, FL 33304

**Loan Number: 167207051**

Dear George Castrataro, Esq.:

We understand that you are the attorney representing the client referenced in the enclosed document(s).  Accordingly, we are sending the enclosed information to you to provide to your client.

Please review and call us with any questions.

We appreciate the opportunity to work with you.


Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.  If the customer is currently in a bankruptcy proceeding, or has previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt.  The customer is not obligated to discuss the home loan with us or enter into a loan modification or other loan-assistance program.  The customer should consult with a bankruptcy attorney or other advisor about legal rights and options.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
♻ Protect your personal information before recycling this document.

C3_9448

# IMPORTANT NOTICE:

**We need more information to continue evaluating your home loan for assistance. You should provide the requested items by November 25, 2014.**

October 21, 2014

George Castrataro, Esq.
707 NE 3 Ave 3 Floor
Fort Lauderdale, FL 33304

Anthony Dino
1244 NE 16th Ter
Fort Lauderdale, FL 33304

**Loan Number: 167207051**

Dear Anthony Dino:

We received the Borrower Response Package (financial and hardship information) that you provided so that we may evaluate your loan for loan assistance programs. Thank you for beginning the home loan assistance evaluation process with us and for the financial and hardship information you have provided so far.

As of the date of this letter, we cannot complete our review of your loan because some financial information we need from you is missing or incomplete.

**What you need to do**

**We have been unable to contact you. Please call, or have your attorney call me as soon as possible at 1.800.669.6650, Monday through Thursday 8 a.m. - 12 a.m. and Friday 8 a.m. - 10 p.m. Eastern to provide a phone number that we may call to discuss your options and the documentation needed to continue evaluating your loan for assistance.**

**Please also complete and fax the following required documentation <u>for each borrower</u> using the enclosed fax cover sheet to 888.258.7329 or return using the enclosed FedEx envelope. Please provide this information no later than November 25, 2014.**

**Anthony Dino**

- **Bank Account Statements -** Sources of income must be identified from each bank account.

  - Please provide a copy of your three (3) most recent, consecutive months of bank statements. The statements must include all pages, even if a page is blank.

- **Form 710 Uniform Borrower Assistance Form (enclosed) -** This form discloses information about the borrower, the property, income, expenses and assets, and the nature of your hardship.

  - Thank you for providing the requested document. Unfortunately, it was not complete. Please contact your Customer Relationship Manager (CRM) to learn what additional information we need.

**Bank of America** ➤➤ **Home Loans**

**Important information about foreclosure**

Subject to applicable law and investor requirements, until we have received a completed Borrower Response Package, we may continue to collect missing payments and may even proceed to a foreclosure sale. **Therefore, you should not ignore any foreclosure notices, you should contact us immediately, and be prepared to take steps to respond to any such notices and protect your interests.**

Once your loan enters the foreclosure process (or if it has already entered the foreclosure process), foreclosure activities may continue until you have provided your complete Borrower Response Package within the deadlines listed below, subject to applicable law and investor requirements. That's why it is important that you continue to respond to any foreclosure notice and to any request for additional documentation required to complete your Borrower Response Package.

If you submit a complete Borrower Response Package less than 37 calendar days before a scheduled foreclosure sale, we may attempt to review your loan for a foreclosure alternative, but there is no guarantee we can stop the foreclosure sale. Even if we are able to approve your loan for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not stop the scheduled sale.

**Helpful tips for successfully completing this request**

You may find the list above contains one or more documents you have already submitted to us as part of a request to be considered for a loan modification or other loan assistance option. If so, they are listed because we need more information about them or because they were submitted with missing or incomplete information. When providing the additional documentation or clarifications, please double check the following:

- Write your loan number at the bottom of all pages if it's not already listed. This will aid in identifying your documents should they be sent separately or get separated.

- Include ALL PAGES of any document with multiple pages. For instance, if the last page of your bank statement indicates Page 6 of 6, ensure you provide the copy of all six pages (even if some pages are blank).

- The signature of each borrower and the date the document was signed is required for many documents. Please make sure all the proper signatures and dates are provided for any documents listed above.

- Some requested documents have columns of numbers that must be added or subtracted to determine a total value (for example, Request for Mortgage Assistance or Uniform Borrower Assistance Form (Form 710), profit and loss statement). Please ensure that complete and accurate totals are provided for any and all columns.

- If a document you previously submitted is listed, it may be too old to be usable. Please send us a copy of the most recent version(s) of the document.

**Please note:** Keep a copy of all documents for your records. Do not send original documentation unless otherwise noted.

**Important Information**

Subject to program guidelines and applicable law, if you are delinquent on your loan we are permitted to initiate and proceed with the foreclosure process until you have submitted all of this required information to complete your application. Therefore, it is important that you complete your application as soon as possible. Delays in submitting a complete package of information could result in your loss of important protections available to you under these guidelines and applicable law. As of the date of this letter, you should get us your complete information no later than November 25, 2014 in order to maximize your available protections.

In certain circumstances, we may need additional information from you that was not initially requested. If that is the case, we will send you a letter similar to this one confirming what you'll need to provide and the date by which it is due.

Please note that while we are evaluating your loan, we may use a property valuation report prepared by third parties to estimate the market value of your property. You are entitled to a copy of each valuation report we obtain in connection with our evaluation of your request, and we will provide you with a copy at no additional cost.

If you have another mortgage loan secured by this same property that is not with Bank of America, we encourage you to consider contacting your loan servicer(s) to discuss any other loan assistance options that may be available to you.

**We are here to help**

If you have any questions about our request for documents, want to confirm that we have received your missing information, or are interested in other options, please call, or have your attorney call 1.800.669.6650 Monday through Thursday 8 a.m. - 12 a.m. and Friday 8 a.m. - 10 p.m. Eastern. We want to work with you and urge you to send us your documentation by November 25, 2014. Once we receive your remaining documentation, we will notify you of the next steps in the process.

U.S. Department of Housing and Urban Development (HUD)-approved counselors are also available to provide you with assistance you may need to avoid foreclosure and can be used as a resource to help you complete your Borrower Response Package. You can use the search tool at hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

You can also seek assistance at no charge from U.S. Department of Housing and Urban Development (HUD)-approved housing counselors by calling the HOPE Hotline Number (1.888.995.HOPE). The HUD-approved counselors can work with you to create a household budget and develop an action plan to help reduce your household debt. Assistance in understanding this notice is available through the HOPE Hotline by asking for MHA HELP.


Kendrick Phillips
Home Loan Team
Bank of America, N.A.

Enclosures: 1) Pre-paid envelope, 2) Customized Cover Sheet, 3) Uniform Borrower Assistance Form

Notices of error, requests for information and qualified written requests (QWR, as defined in RESPA) must be sent to:

Bank of America
Attn: Notice of Error & Request for Information
PO Box 942019
Simi Valley, CA 93094-2019

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know that we need additional information in order to complete our review of your request for a loan modification or other loss mitigation assistance.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for informational purposes only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS**: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and comparable state laws afford significant protections and benefits to eligible military service personnel. Please note, however, that military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court order approval may be obtained for foreclosure to proceed. If you are having difficulty making your payments, please contact the Enterprise Military Benefits Unit at your earliest convenience by calling 1.877.345.0693. If you are calling from outside the U.S. please contact us at 1.817.245.4094. Both numbers are open 24 hours a day, 7 days a week to discuss the various home retention options that may be available. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 1.800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-certified housing counselors at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Mortgages funded and administered by an ☎ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

**Bank of America**  **Home Loans**

## Customized Cover Sheet for your
## Financial Documentation Package

It is important that you include this cover sheet with your FedEx or FAX to help us track your document submission and expedite the handling of your package.

**FedEx:**
If you would like to FedEx your documents back to us, please include this page in the FedEx envelope provided.

**Fax:**
If you would like to FAX your documents back to us, please use this as your fax cover page. Fax to: **1.888.258.7329**

| Borrower: | Anthony Dino |
|---|---|
| Loan Number: | 167207051 |
| OrderID: | 323424 |

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about <u>all</u> of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| Loan Number | 167207051 | (usually found on your monthly mortgage statement) |
| Servicer's Name | _____ | |

| I want to: | ☐ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
| The property is currently: | ☐ My Primary Residence | ☐ Second Home | ☐ An Investment Property | |
| The property is currently: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant | |

| **BORROWER** | **CO-BORROWER** |
|---|---|
| BORROWER'S NAME<br>Anthony Dino | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER / DATE OF BIRTH | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME)<br>1244 NE 16th Ter, Fort Lauderdale, FL 33304 | EMAIL ADDRESS |

| Is the property listed for sale? ☐ Yes ☐ No<br>If yes, what was the listing date? _____<br>If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No<br>Date of offer: _____ Amount of Offer: _____<br>Agent's Name: _____<br>Agent's Phone Number _____<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit counseling agency for help?<br>☐ Yes ☐ No<br>If yes, complete the counselor contact information below:<br>Counselor's Name: _____<br>Agency's Name: _____<br>Counselor's Phone Number: _____<br>Counselor's Email Address: _____ |

| Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No<br>Total Monthly payment amount: _____ Name and Address fees are paid to? _____ |

| Have you filed for bankruptcy? ☐ Yes ☐ No    If yes? ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 |
| If yes, what is the filing date? _____ Has your bankruptcy been discharged? ☐ Yes ☐ No Bankruptcy case Number: _____ |

| Is any borrower an active duty service member? | ☐ Yes ☐ No |
| Has any borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ Yes ☐ No |
| Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes ☐ No |

167207051+USC++300372

## UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s) excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | | First Mortgage Payment | | Checking Account(s) | |
| Overtime | | Second Mortgage Payment | | Checking Account(s) | |
| Child Support / Alimony* | | Homeowner's Insurance | | Savings / Money Market | |
| Non-taxable social security/SSDI | | Property Taxes | | CDs | |
| Taxable SS benefits or other monthly income from annuities or retirement plans | | Credit Cards/ Installment Loan(s) (total minimum payment per month) | | Stock / Bonds | |
| Tips, commission, bonus and self-employed income | | Alimony, child support payments* | | Other Cash on Hand | |
| Rents Received | | Car Lease Payments | | Other Real Estate (estimated value) | |
| Unemployment Income | | HOA/Condo Fees/Property Maintenance | | Other _____ | |
| Food Stamps/ Welfare | | Mortgage Payments on other properties | | | |
| Other _____ | | Other _____ | | | |
| Total (Gross Income) | | Total Household Expenses and Debt Payments | | Total Assets | |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| LienHolder's Name | Balance and Interest Rate | Loan Number | LienHolder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Required Income Documentation

☐ **Do you earn a salary or hourly wage?** For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ **Are you self-employed?** For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ **Do you have any additional sources of income?** Provide for each borrower, as applicable:
**"Other Earned Income"** such as bonuses, commissions, housing allowance, tips, or overtime:
  ☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).
**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
  ☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
  ☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
**Rental income:**
  ☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E --Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported, reduced by the monthly debt service on the property, if applicable; or
  ☐ If rental income is not reported on Schedule E - Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
**Investment income:**
  ☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
**Alimony, child support, or separation maintenance payments as qualifying income:***
  ☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
  ☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

***Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.**



**UNIFORM BORROWER ASSISTANCE FORM**

| HARDSHIP AFFIDAVIT |
|---|

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.  Date Hardship Began is: _____

| I believe my situation is: | ☐ Short-term (under 6 months) | ☐ Medium-term (6-12 months) | ☐ Long-term or Permanent Hardship (greater than 12 months) |
|---|---|---|---|

**I am having difficulty making my monthly payment because of the reason set forth below.**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is | Then the Required Hardship Documentation is |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; separation of borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical Bills<br>None of the above shall require providing detailed medical information |
| ☐ Disaster (natural or man-made) adversely impacting the property or borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or occupant property located in a federally declared disaster area |
| ☐ Distant employment transfer/ Relocation | For active-duty servicemembers: Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>For employment transfers/new employment:<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer; OR<br>☐ If none of these apply, provide written explanation<br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>  ☐ Bankruptcy filing for the business; OR<br>  ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>  ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

**UNIFORM BORROWER ASSISTANCE FORM**

### Borrower/Co-Borrower Acknowledgement and Agreement

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.
2. The accuracy of my statements may be reviewed by the servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all servicer, or authorized third party*, communications.
3. Knowingly submitting false information may violate Federal and other applicable law.
4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.
5. The servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:
    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the servicer.
    c. The servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.
    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.
7. A condemnation notice has not been issued for the property.
8. The servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.
9. The servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and
    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.
10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender/servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐text messaging.

| _____ | _____ | _____ | _____ |
|:---:|:---:|:---:|:---:|
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

167207051∗USC∗∗300372



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146





May 27, 2016

ANTHONY E DINO
C/O GEORGE CASTRATARO ESQ
707 NE 3 AVE 3 FLOOR
FORT LAUDERDALE, FL 33304-0000

**Loan Number:** 1109682          **Property Address:** 1244 NE 16TH TER
                                                    FORT LAUDERDALE, FL 33304

Dear Customer:

Thank you for your recent application to Bayview Loan Servicing, LLC for a **HAMP Modification**. Upon review of your loan and financial hardship documentation, and under the HAMP Modification Program guidelines, it was determined **you do not qualify for the following reason** stated below:

>    **Request incomplete:** We are unable to offer you a HAMP Modification because you did not provide us with the documents we requested. A notice which listed the specific documents we needed and the time frame required to provide them was sent to you more than 30 days ago. Should you be able to provide this documentation at a later date, please submit it immediately so we can continue to review your request.

If you feel we did not receive your complete requirement package and have additional information for us to consider, please forward this information for immediate review.

Furthermore, you have been conditionally pre-approved for the following liquidation options:

**Sell the Property** – You may sell your home at market value and use the net proceeds to pay off the mortgage in full.

**Pre-foreclosure Sale** – Allows you to sell your home and use the net proceeds to pay off the mortgage if you are unable to maintain payments and can sell the house at market value. This is available even if the home's market value is less than the total amount owed, subject to investor approval.

**Deed-in-Lieu** – Allows you to transfer your property voluntarily to Bayview if you are unable to maintain payments and cannot sell the home at market value.

To complete the process, the below documentation is required:
- RMA/ Application/ Hardship Affidavit
- If property is non-owner occupied – Non Owner Occupant Certification
- HAFA Affidavit (if eligible for Making Home Affordable's Short Sale program)
- Listing Agreement
- Fully executed Purchase and Sales Agreement (not required to begin review process)
- Preliminary/Final Closing Statement

- Buyer's pre-approval notice
- Buyer's proof of funds
- Document Financial information if required by investor
- Clear and marketable title
- Access to interior of home for appraisal

If the documents are not received within 30 days of this letter, or at least 37 days prior to a scheduled foreclosure sale, we may not be able to evaluate you in time to stop the foreclosure sale.

If an escrow account was set up as a result of the modification request, you may ask Bayview Loan Servicing in writing to waive the escrow requirement and BLS will evaluate your request for an escrow waiver.



<u>Request can submitted via the following methods:</u>

| | |
|---|---|
| Mail: | Bayview Loan Servicing, LLC<br>Attention: Customer Correspondence<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146 |
| Fax: | 305-631-5660 |

**To submit additional documentation,** contact me directly at (877) 262-0340, Monday – Friday, 9:00 am to 6:00 pm ET, or mail your documents to 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146. Please be sure to include your loan number on all documents.

Sincerely,

*Daniel Martinez*

Daniel Martinez, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 262-0340 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:     (305) 644-3783
E-mail:            Danielmartinez@bayviewloanservicing.com

If any of the information provided in this letter utilized for your final determination of program eligibility is incorrect and you have additional information for us to review you may appeal your case by contacting our HAMP Escalations Department. You have **30** calendar days from the date of this letter to appeal our decision.

**Bayview Loan Servicing HAMP Escalations Department**

| | |
|---|---|
| Phone Number: | 1 (866) 266-6663 (M-F 9:00am - 5:00pm ET) |
| Fax Number: | Toll free: 1 (877) 429-0538    Local: (305) 260-1497 |
| E-mail Address: | HAMPESCALATIONS@bayviewloanservicing.com |
| Physical Address: | 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 |

**Free HUD-approved counseling**
If you have questions about the program that Bayview Loan Servicing cannot answer or need further counseling, you can call the **Homeowner's HOPE Hotline at 1 (888) 995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.** You may also visit the U.S. Department of Housing and Urban Development (HUD) web site at http://www.hud. gov/offices/hsg/sfh/hcc/hccprof14.cfm.

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission Southeast Region Suite 1500 225 Peachtree Street, NE Atlanta, GA 30303 OR Federal Trade Commission Equal Credit Opportunity Washington, DC 20580.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.  Bayview Loan Servicing, LLC. NMLS #2469.



**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**



**Bank of America** 🇺🇸 Home Loans

September 20, 2014

George Castrataro, Esq.
707 NE 3 Ave 3 Floor
Fort Lauderdale, FL 33304

**Loan Number: 167207051**

Dear George Castrataro, Esq.:

We understand that you are the attorney representing the client referenced in the enclosed document(s).  Accordingly, we are sending the enclosed information to you to provide to your client.

Please review and call us with any questions.

We appreciate the opportunity to work with you.

Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.  If the customer is currently in a bankruptcy proceeding, or has previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt.  The customer is not obligated to discuss the home loan with us or enter into a loan modification or other loan-assistance program.  The customer should consult with a bankruptcy attorney or other advisor about legal rights and options.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

C3_9448

**Bank of America** 🦅 **Home Loans**

September 20, 2014

George Castrataro, Esq.
707 NE 3 Ave 3 Floor
Fort Lauderdale, FL 33304

Anthony Edwardo Dino
1244 NE 16th Ter
Fort Lauderdale, FL 33304-2323

**We are no longer reviewing
your application for loan assistance
because we did not receive the
requested documents.**

**Please call 1.800.669.6650
to restart the evaluation.**

**Loan Number: 167207051**

Dear Anthony Edwardo Dino:

Thank you for your interest in exploring loan assistance options. Our records indicate that the documents needed for evaluation that we received were incomplete and/or you did not provide all of the requested documents. On August 8, 2014, we sent you a notice that identified the specific documentation needed for evaluation. As of the date on this letter, we have not received the required documentation or the documents we received were incomplete.

Please be advised that we have not received the requested documents, so we are no longer reviewing your application for loan assistance including the Making Home Affordable programs: Home Affordable Modification Program (HAMP) and Home Affordable Foreclosure Alternatives (HAFA) Program.

If you want to restart your application or if you believe this letter has been sent in error, please call 1.800.669.6650 Monday - Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern as soon as possible.

Kendrick Phillips
Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for informational purposes only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
♻ Protect your personal information before recycling this document.

**Bank of America** ⋙ Home Loans

May 31, 2014

Brian K Korte
2041 Visa Parkway Suite 102
West Palm Beach, FL 33411

**Loan Number: 167207051**

Dear Brian K Korte:

We understand that you are the attorney representing the client referenced in the enclosed document(s). Accordingly, we are sending the enclosed information to you to provide to your client.

Please review this with your client and if you have any questions, contact the law firm representing Bank of America, N.A. Please review and call us with any questions.

We appreciate the opportunity to work with you.


Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If the customer is currently in a bankruptcy proceeding, or has previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. The customer is not obligated to discuss the home loan with us or enter into a loan modification or other loan-assistance program. The customer should consult with a bankruptcy attorney or other advisor about legal rights and options.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
♻ Protect your personal information before recycling this document.

C3_9448

**Bank of America** 🇺🇸 Home Loans

May 31, 2014

Brian K Korte
2041 Visa Parkway Suite 102
West Palm Beach, FL 33411

Anthony Edwardo Dino
1244 NE 16th Ter
Fort Lauderdale, FL 33304-2323

**Loan Number: 167207051**

Dear Anthony Edwardo Dino:

**We are no longer reviewing
your application for loan assistance
because we did not receive the
requested documents.**

**Please call 1.800.669.6650
to restart the evaluation.**

Thank you for your interest in exploring loan assistance options. Our records indicate that the documents needed for evaluation that we received were incomplete and/or you did not provide all of the requested documents. On April 24, 2014, we sent you a notice that identified the specific documentation needed for evaluation. As of the date on this letter, we have not received the required documentation or the documents we received were incomplete.

Please be advised that we have not received the requested documents, so we are no longer reviewing your application for loan assistance including the Making Home Affordable programs: Home Affordable Modification Program (HAMP) and Home Affordable Foreclosure Alternatives (HAFA) Program.

If you want to restart your application or if you believe this letter has been sent in error, please call 1.800.669.6650 Monday - Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern as soon as possible.

Cherry Lyn Ocampo
Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for informational purposes only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
♻ Protect your personal information before recycling this document.

# Exhibit

## "G"



Bayview Loan Servicing, LLC
Attn: Customer Support
4425 Ponce De Leon Boulevard
Coral Gables, FL 33146

**<u>VIA CERTIFIED MAIL 7015 0640 0001 7856 0996</u>**

Re: Error Resolution Notice under 12 C.F.R. §1024.35

Borrower: Anthony Dino
Account number: 0001109682
Case Number:100000026393

<u>To Whom It May Concern:</u>

Please be advised that this firm represents Anthony Dino. Please consider this letter to constitute a Notice of Error under 12 CFR Section 1024.35(5) & (11) of Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding loan servicing. Under these amendments, you must acknowledge receipt of this Request in writing within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of responses to this Request in writing within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays). Please see the executed authorization from Anthony Dino enclosed with this letter.

**<u>As you know, the information requests are time sensitive. In order to determine if the error(s) have been corrected or reason for the determination that no error exists to be sent directly to our office as counsel of record for the borrower at Consumer Law Attorneys, 2325 Ulmerton Road, Suite 16, Clearwater, FL 33762. The reason that the borrower is requesting that ALL responses be sent to our office instead of the homeowner is to preserve evidence and ensure compliance with the law.  Do not send any responses to this request to the homeowner/borrower.</u>**

The borrower is and has been concerned for some time about fees and charges that were applied to his account.  He believes that your company incorrectly charged him for insurance and escrow disbursements.  Your company incorrectly imposed the following fees and/or charges:

1.    Why are there over twenty-six Corporate Advance adjustments/ distributed payments on 9/23/16?

-    please provide a reason for the Corporate Advance adjustments/ distributed payments and an explanation as to what exactly are the Corporate Advance adjustments/ distributed payments.
-    provide support in the mortgage and/or note that allows these adjustments to be applied to the loan.

2.    Why are there repay of escrow advance payments on 9/23/16?

-    please provide a reason for the repay of escrow advance payments and an explanation as to what exactly are the repay of escrow advance payments.
-    provide support in the mortgage and/or note that allows these adjustments to be applied to the loan.

3.    Please provide the last three mortgage statements on the loan, pay off and reinstatement quote.

A copy of the transaction history is enclosed. If the servicer has determined that no error has occurred in the imposition of the fees and charges and/or any other errors relating to servicing, the borrower is requesting copies of the documents and information relied upon by the servicer in making its determination that no error occurred within fifteen days from the date of the determination.

In the event that the Request for Information section of this correspondence has been sent to an address which differs from an exclusive address that you previously designated, and in accordance with 12 CFR Section 1024.35(c), please do one of the following: (1) direct this Request for Information to the correct address; or (2) provide the undersigned a written notice, within five (5) business days, specifying the designated address along with a copy of the original notice sent to the above-referenced client that established the exclusive address in accordance with 12 CFR Section 1024.35(c).

**<u>Again, as you know, the information requests are time sensitive. In order to audit the account the Borrower is requesting that any answer to this Notice of Error be sent directly to our office as counsel of record for the borrower at Consumer Law Attorneys, 2325 Ulmerton Road, Suite 16, Clearwater, FL 33762. The reason that the borrower is requesting that ALL responses be sent to our office instead of the homeowner is to preserve evidence and ensure compliance with the law.</u>**

# <u>DO NOT SEND ANY RESPONSES</u><br><u>DIRECTLY TO THE BORROWER</u>

Very truly yours,


Consumer Law Attorneys

# Exhibit

# "H"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

MIAMI, FL 33166

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $1.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| Postage | $1.12 |
|---|---|
| $ | |
| **Total Postage and Fees** | $4.47 |

Sent To Bayview Loan Servicing
Street and Apt. No., or PO Box No. 4425 Ponce De Leon Blvd
City, State, ZIP+4® Coral Gables FL

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

MAY - 3 2017

05/03/2017

7015 0640 0001 7856 0996

# Exhibit

## "I"



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

May 25, 2017

Consumer Law Attorneys
Suite 16
2325 Ulmerton Road
Clearwater, FL 33762

| Subject: | Account Information | Loan Number: | 1109682 |
| --- | --- | --- | --- |
| | | BLS Case Number: | 10000037661 |

To whom it may concern:

This letter is in response to the recent correspondence received in our office regarding the above referenced account. In the correspondence, you stated that the borrower is concerned regarding fees and charges incurred on the account as he believes they are an error. You are requesting for Bayview Loan Servicing, LLC (BLS) to provide an explanation of the following:

1. Why are there more than twenty-six (26) corporate advance adjustments/distributed payments on September 23, 2016?

2. Why is there a repayment of an escrow advance on September 23, 2016?

3. Please provide the last three (3) mortgage statements on the loan, pay off and reinstatement quote.

To address Questions 1 and 2 of your correspondence:

On September 14, 2017 the account reflected due for April 2012. On September 21, 2017 the trial modification plan was accepted and the completed modification was approved. On September 23, 2016 the completed loan modification was posted to the account. At that time, the account experienced several corporate advance charges in relation to a loan modification. These charges are not due to the borrower and are charged to the investor in the event of a loan modification, bankruptcy, or foreclosure. The first charge was incurred on the account in the amount of $999.99 and the second charge was incurred on the account in the amount of $103.01. Additionally, there were

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146**



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

twenty-eight (28) non-recoverable modification escrow funds charges incurred on the account. The loan was then brought current and the account reflected due for October 2016.

Please note that the above mentioned corporate advance transactions are not recoverable and therefore are not due to the borrower.

To address Question 3 of your correspondence:

Please be advised that as per the terms of the Chapter 13 Bankruptcy, our company has not generated mortgage billing statements since bankruptcy was established on September 28, 2016. Please see the enclosed payoff statement with the amount of $345,439.88 good through June 16, 2017.

At this time the account is due for June 1, 2017.

Enclosed is a copy of the Account Activity Statement as it provides a detailed accounting of all transactions and their effective due dates for your review.

We have enclosed all supporting documentation used to complete the review on the account. You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

If you have any further questions, please contact our Customer Service Department toll free at (800) 457-5105, Monday-Friday, 8:00 am to 9:00 pm ET.

Thank you for the opportunity to respond to your concerns.

Sincerely,

Sasha Saco
Case Manager

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146**



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Support Department**
**Bayview Loan Servicing, LLC**

**Enclosure**

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The Following mailing address must be used for all Error Notices & Information Requests:**
**Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Fl 33146**

May 16, 2017

TO:

                                   RE: Loan Number 0001109682

Anthony Edwardo Dino               Loan Type   Conventional
1244 Ne 16th Ter
Fort Lauderdale, FL 33304

Payoff figures have been requested on the loan for the mortgagor and
property described below:

Anthony Edwardo Dino

1244 NE 16th Ter
Fort Lauderdale FL 33304

This loan is due for the June 01, 2017 payment.

The current total unpaid Principal Balance is: $      345,344.50
Interest at  2.00000%                       834.72
Suspense Balance                        -739.34

* * * TOTAL AMOUNT TO PAY LOAN IN FULL * * *    $      345,439.88

These figures are good to June 16, 2017.

Interest will accrue at $ 18.38 per Day from June 16, 2017
to the date sufficient funds are received in this office.
Interest will accrue at $.00 per Day from June 16, 2017
to the date sufficient funds are received in this office.

Issuance of this statement does not suspend the contract requirements
to make the mortgage payment when due.  Late charges and other
penalties may be assessed according to the loan documents.

**A. YOU MUST CALL THE NUMBER BELOW TO UPDATE FIGURES PRIOR TO
REMITTING FUNDS, AS FIGURES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
Funds received in this office after 12:00 noon will be processed
the next business day, with interest charged to that date.**

The escrow balance is subject to audit and may change due to receipts
and/or disbursements from the account prior to payment in full.
The current escrow balance of $ 424.18 will be refunded upon
receipt of the release from the current Noteholder.

preparer I30

Letter/vers XP401/041  ver 1.3
Letter Name-PayoffConvpg1

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


              CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 05/25/17
REQ BY SS6                                                   PAGE   1


ANTHONY EDWARDO DINO
1244 NE 16TH TER
FORT LAUDERDALE      FL 33304
```

```
LOAN NUMBER: 0001109682
********************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------
   DATE        TOTAL      PRINCIPAL       LOAN        CURRENT
  PAYMENT     PAYMENT     & INTEREST    INTEREST     PRINCIPAL              ESCROW
   DUE        AMOUNT       PAYMENT        RATE        BALANCE               BALANCE
06-01-17     1,438.91     1,031.32     2.00000      335,420.41             424.18
   2ND MORTGAGE:                       0.00  0.00000      9,924.09
********************************************************************************
              ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
 PROCESS      DUE     TRANSACTION        TRANSACTION                 EFFECTIVE DATE
  DATE       DATE     CODE               DESCRIPTION                 OF TRANSACTION
 ---------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
   AMOUNT      BALANCE    INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
 ---------------------------------------------------------------------------------
05-10-17  05-17  173  PAYMENT
        0.00        0.00        0.00        0.00
05-10-17  05-17  173  PAYMENT
    1,464.50      471.50      559.82      407.59       25.59
              345,344.50                  424.18   NEW PRINCIPAL/ESCROW BALANCES
04-29-17  04-17  173  PAYMENT
        0.00        0.00        0.00        0.00
04-29-17  04-17  168  REPAY OF ESCROW ADVANCE
        0.00        0.00        0.00      364.77-     364.77
04-29-17  04-17  173  PAYMENT
    1,464.50      470.72      560.60      381.36       51.82
              345,816.00                   16.59   NEW PRINCIPAL/ESCROW BALANCES
04-27-17  04-17  161  ESCROW ADVANCE
      364.77        0.00        0.00      364.77
04-27-17  05-17  353  OTHER/WINDSTORM INSURANCE PREMIUM
    2,236.00-       0.00        0.00     2236.00-
                                         364.77-   NEW PRINCIPAL/ESCROW BALANCES
04-18-17  00-00  766  MISC. REPAYMENT
       50.00        0.00        0.00        0.00
04-10-17  05-17  351  HOMEOWNERS INSURANCE PREMIUM
    1,474.00-       0.00        0.00     1474.00-
                                        1871.23   NEW PRINCIPAL/ESCROW BALANCES
03-24-17  03-17  173  PAYMENT
        0.00        0.00        0.00        0.00
```

```
                        BAYVIEW LOAN SERVICING, LLC
                        4425 PONCE DE LEON BLVD, 5TH FLOOR
                        CORAL GABLES, FL   33146


                   CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 05/25/17
REQ BY SS6                                                        PAGE    2


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                   ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
PROCESS      DUE      TRANSACTION          TRANSACTION                EFFECTIVE DATE
DATE         DATE     CODE                 DESCRIPTION                OF TRANSACTION
=================================================================================
---------TRANSACTION--PRIN.-PAID/--------ESCROW-PAID/-----------OTHER---------------
   AMOUNT        BALANCE     INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
03-24-17  03-17  173  PAYMENT
    1,464.50     469.93       561.39     433.18
                 346,286.72             3345.23   NEW PRINCIPAL/ESCROW BALANCES
03-08-17  00-00  630  ATTORNEY ADVANCES
       50.00       0.00         0.00       0.00
02-27-17  02-17  173  PAYMENT
        0.00       0.00         0.00       0.00
02-27-17  02-17  173  PAYMENT
    1,464.50     469.15       562.17     433.18
                 346,756.65             2912.05   NEW PRINCIPAL/ESCROW BALANCES
01-19-17  01-17  173  PAYMENT
        0.00       0.00         0.00       0.00
01-19-17  01-17  173  PAYMENT
    1,464.50     468.37       562.95     433.18
                 347,225.80             2478.87   NEW PRINCIPAL/ESCROW BALANCES
01-19-17  01-17  163  HAZARD INSURANCE REFUND
       26.23       0.00         0.00      26.23
                                         2045.69   NEW PRINCIPAL/ESCROW BALANCES
01-18-17  00-00  307  ESCROW REFUND
      307.81-      0.00         0.00     307.81-
                                         2019.46   NEW PRINCIPAL/ESCROW BALANCES
01-12-17  01-17  163  HAZARD INSURANCE REFUND
      181.09       0.00         0.00     181.09
                                         2327.27   NEW PRINCIPAL/ESCROW BALANCES
01-11-17  12-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
       26.23-      0.00         0.00      26.23-
                                         2146.18   NEW PRINCIPAL/ESCROW BALANCES
01-09-17  00-00  766  MISC. REPAYMENT
      250.00       0.00         0.00       0.00
12-23-16  12-16  173  PAYMENT
        0.00       0.00         0.00       0.00
12-23-16  12-16  173  PAYMENT
    1,464.50     467.59       563.73     433.18
                 347,694.17             2172.41   NEW PRINCIPAL/ESCROW BALANCES
12-23-16  00-00  630  ATTORNEY ADVANCES
      250.00       0.00         0.00       0.00
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 05/25/17
REQ BY SS6                                                    PAGE    3


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|

```
12-21-16  00-00  766  MISC. REPAYMENT
    75.00        0.00        0.00        0.00
12-21-16  12-16  145  ADJUSTMENT
     0.00        0.00        0.00        0.00
12-12-16  11-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
    25.39-       0.00        0.00       25.39-
                                       1739.23   NEW PRINCIPAL/ESCROW BALANCES
11-22-16  00-00  632  STATUTORY EXPENSES
    55.00        0.00        0.00        0.00
11-22-16  00-00  630  ATTORNEY ADVANCES
   250.00        0.00        0.00        0.00
11-18-16  11-16  173  PAYMENT
     0.00        0.00        0.00        0.00
11-18-16  11-16  173  PAYMENT
 1,464.50      466.81      564.51      433.18
             348,161.76               1764.62   NEW PRINCIPAL/ESCROW BALANCES
11-14-16  10-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
    26.23-       0.00        0.00       26.23-
                                       1331.44   NEW PRINCIPAL/ESCROW BALANCES
11-11-16  00-00  633  MISC. F/C AND B/R EXPENSES
    75.00        0.00        0.00        0.00
11-08-16  11-16  312  COUNTY TAX
 1,572.07-       0.00        0.00     1572.07-
                                       1357.67   NEW PRINCIPAL/ESCROW BALANCES
10-24-16  10-16  173  PAYMENT
     0.00        0.00        0.00        0.00
10-24-16  10-16  173  PAYMENT
     0.00      466.04      565.28      433.18   1,464.50-
             348,628.57               2929.74   NEW PRINCIPAL/ESCROW BALANCES
10-20-16  00-00  766  MISC. REPAYMENT
    11.00        0.00        0.00        0.00
10-18-16  10-16  173  PAYMENT
 1,464.50        0.00        0.00        0.00   1,464.50
10-06-16  09-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
    25.39-       0.00        0.00       25.39-
                                       2496.56   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                  CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 05/25/17
REQ BY SS6                                                         PAGE    4


   ANTHONY EDWARDO DINO
   LOAN NUMBER: 0001109682


                  ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
   PROCESS     DUE     TRANSACTION           TRANSACTION                EFFECTIVE DATE
   DATE        DATE    CODE                  DESCRIPTION                OF TRANSACTION
   ====================================================================================
   --------------------------------------------------------------------------------------
        TRANSACTION   PRIN. PAID/           ESCROW PAID/ ------------OTHER------------
        AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION --------
   ------------------------------------------------------------------------------------
   09-27-16  00-00  766  MISC. REPAYMENT
        28,675.19      0.00        0.00        0.00
   09-27-16  00-00  766  MISC. REPAYMENT
         1,103.00      0.00        0.00        0.00
   09-26-16  10-16  143  ADJUSTMENT
             0.00   9,924.09-      0.00        0.00
                   349,094.61                          NEW PRINCIPAL/ESCROW BALANCES
   09-26-16  10-16  494
             0.00      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           675.47-     0.00        0.00        0.00     675.47-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           675.47      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
   09-23-16  10-16  170  DISTRIBUTED PAYMENTS
           999.99-     0.00        0.00        0.00     999.99-*
   09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT
           999.99      0.00        0.00        0.00
```

```
                        BAYVIEW LOAN SERVICING, LLC
                        4425 PONCE DE LEON BLVD, 5TH FLOOR
                        CORAL GABLES, FL   33146


                     CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                        PAGE   5


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                  ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 | 10-16 | 170 | DISTRIBUTED PAYMENTS | | |
| 999.99- | 0.00 | 0.00 | 0.00 | 999.99-* | |
| 09-23-16 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL    33146


              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                 PAGE    6


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
PROCESS    DUE    TRANSACTION          TRANSACTION              EFFECTIVE DATE
DATE       DATE   CODE                 DESCRIPTION              OF TRANSACTION
================================================================================
     TRANSACTION   PRIN. PAID/          ESCROW PAID/          OTHER
     AMOUNT        BALANCE    INTEREST  BALANCE   AMOUNT   CODE/DESCRIPTION
--------------------------------------------------------------------------------
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
09-23-16  10-16   170  DISTRIBUTED PAYMENTS
     999.99-         0.00       0.00     0.00     999.99-*
09-23-16  00-00   745  CORP. ADVANCE ADJUSTMENT
     999.99          0.00       0.00     0.00
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146



                CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                    PAGE    7


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

              ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 980.71- | 0.00 | 0.00 | 19.28 | 999.99-* | |
| | | | 2521.95 | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16  10-16  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 7497.32- | 7,497.32 | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 9,000.00 | 0.00 | 0.00 | 9999.99 | 999.99-* | |
| | | | 2502.67 | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16  10-16  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 9999.99- | 9,999.99 | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 9,000.00 | 0.00 | 0.00 | 9999.99 | 999.99-* | |
| | | | 7497.32- | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16  10-16  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 9999.99- | 9,999.99 | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 7,655.94 | 0.00 | 0.00 | 9999.99 | 999.99-* | |
| | | | | 1,344.06- | |
| | | | 17497.31- | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 0.02- | 0.00 | 0.00 | 0.00 | 0.02- | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 0.01 | 0.00 | 0.00 | 0.00 | 103.01 * | |
| | | | | 103.00- | |
| 09-23-16  00-00  745  CORP. ADVANCE ADJUSTMENT | | | | | |
| 103.01- | 0.00 | 0.00 | 0.00 | | |
| 09-23-16  10-16  170  DISTRIBUTED PAYMENTS | | | | | |
| 0.01 | 0.00 | 0.00 | 0.00 | 999.99 * | |
| | | | | 999.98- | |

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146


CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                  PAGE   8


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

ACTIVITY FOR PERIOD 01/01/01 - 05/24/17

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|
| 09-23-16 00-00 745 CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99- | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 10-16 170 DISTRIBUTED PAYMENTS | | | | | |
| 103.01- | 0.00 | 0.00 | 0.00 | 103.01-* | |
| 09-23-16 00-00 745 CORP. ADVANCE ADJUSTMENT | | | | | |
| 103.01 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 10-16 170 DISTRIBUTED PAYMENTS | | | | | |
| 103.01 | 0.00 | 0.00 | 0.00 | 999.99-* | |
| | | | | 1,103.00 | |
| 09-23-16 00-00 745 CORP. ADVANCE ADJUSTMENT | | | | | |
| 999.99 | 0.00 | 0.00 | 0.00 | | |
| 09-23-16 10-16 143 ADJUSTMENT | | | | | |
| NEW DUE DATE: 10-01-16, OLD DUE DATE: 04-01-12 | | | | | |
| 09-23-16 04-12 143 ADJUSTMENT | | | | | |
| 0.00 | 59,178.52- | 0.00 | 0.00 | | |
| | 339,170.52 | | | | NEW PRINCIPAL/ESCROW BALANCES |
| 09-23-16 04-12 145 ADJUSTMENT | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | | |
| 09-21-16 00-00 631 PROPERTY PRESERVATION | | | | | |
| 11.00 | 0.00 | 0.00 | 0.00 | | |
| 09-14-16 04-12 161 ESCROW ADVANCE | | | | | |
| 26.23 | 0.00 | 0.00 | 26.23 | | |
| 09-14-16 08-16 353 OTHER/WINDSTORM INSURANCE PREMIUM | | | | | |
| 26.23- | 0.00 | 0.00 | 26.23- | | |
| | | | | 27497.30- | NEW PRINCIPAL/ESCROW BALANCES |
| 09-09-16 04-12 173 PAYMENT | | | | | |
| 1,464.50 | 0.00 | 0.00 | 0.00 | 1,464.50 | |
| 08-15-16 03-12 168 REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 880.92- | 880.92 | |
| 08-15-16 03-12 173 PAYMENT | | | | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | 2,485.04- | |
| | | | | 27471.07- | NEW PRINCIPAL/ESCROW BALANCES |
| 08-15-16 03-12 173 PAYMENT | | | | | |
| 1,464.50 | 0.00 | 0.00 | 0.00 | 1,464.50 | |
| 08-05-16 03-12 161 ESCROW ADVANCE | | | | | |
| 26.23 | 0.00 | 0.00 | 26.23 | | |

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                   PAGE   9


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

              ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | --------OTHER------------ CODE/DESCRIPTION |
| 08-05-16 | 07-16 | 353 | OTHER/WINDSTORM INSURANCE PREMIUM | | |
| 26.23- | 0.00 | 0.00 | 26.23- | | |
| | | | 28351.99- | | NEW PRINCIPAL/ESCROW BALANCES |
| 07-21-16 | 00-00 | 766 | MISC. REPAYMENT | | |
| 700.00 | 0.00 | 0.00 | 0.00 | | |
| 07-11-16 | 03-12 | 161 | ESCROW ADVANCE | | |
| 25.39 | 0.00 | 0.00 | 25.39 | | |
| 07-11-16 | 06-16 | 353 | OTHER/WINDSTORM INSURANCE PREMIUM | | |
| 25.39- | 0.00 | 0.00 | 25.39- | | |
| | | | 28325.76- | | NEW PRINCIPAL/ESCROW BALANCES |
| 06-28-16 | 00-00 | 766 | MISC. REPAYMENT | | |
| 11.00 | 0.00 | 0.00 | 0.00 | | |
| 06-28-16 | 00-00 | 766 | MISC. REPAYMENT | | |
| 12.00 | 0.00 | 0.00 | 0.00 | | |
| 06-28-16 | 00-00 | 766 | MISC. REPAYMENT | | |
| 100.00 | 0.00 | 0.00 | 0.00 | | |
| 06-17-16 | 03-12 | 173 | PAYMENT | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 06-08-16 | 03-12 | 161 | ESCROW ADVANCE | | |
| 26.23 | 0.00 | 0.00 | 26.23 | | |
| 06-08-16 | 05-16 | 353 | OTHER/WINDSTORM INSURANCE PREMIUM | | |
| 26.23- | 0.00 | 0.00 | 26.23- | | |
| | | | 28300.37- | | NEW PRINCIPAL/ESCROW BALANCES |
| 06-07-16 | 00-00 | 630 | ATTORNEY ADVANCES | | |
| 700.00 | 0.00 | 0.00 | 0.00 | | |
| 05-25-16 | 02-12 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 880.92= | 880.92 | |
| 05-25-16 | 02-12 | 173 | PAYMENT | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | | |
| | | | 28274.14- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-25-16 | 01-12 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 880.92- | 880.92 | |
| 05-25-16 | 01-12 | 173 | PAYMENT | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | 4,970.08- | |
| | | | 29155.06- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-25-16 | 01-12 | 173 | PAYMENT | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |

```
                         BAYVIEW LOAN SERVICING, LLC
                         4425 PONCE DE LEON BLVD, 5TH FLOOR
                         CORAL GABLES, FL   33146


                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                       PAGE   10


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                    ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
PROCESS      DUE      TRANSACTION         TRANSACTION              EFFECTIVE DATE
DATE         DATE     CODE                DESCRIPTION              OF TRANSACTION
======================================================================================
-------------TRANSACTION--PRIN. PAID/--------ESCROW PAID/-----------OTHER-------------
             AMOUNT      BALANCE      INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------------
05-20-16  00-00  633  MISC. F/C AND B/R EXPENSES
            100.00       0.00       0.00        0.00
05-19-16  00-00  633  MISC. F/C AND B/R EXPENSES
             12.00       0.00       0.00        0.00
05-17-16  00-00  631  PROPERTY PRESERVATION
             11.00       0.00       0.00        0.00
05-09-16  01-12  161  ESCROW ADVANCE
             27.22       0.00       0.00       27.22
05-09-16  04-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
             27.22-      0.00       0.00       27.22-
                                            30035.98-  NEW PRINCIPAL/ESCROW BALANCES
05-09-16  00-00  766  MISC. REPAYMENT
             11.00       0.00       0.00        0.00
04-27-16  01-12  161  ESCROW ADVANCE
          1,990.00       0.00       0.00     1990.00
04-27-16  05-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
          1,990.00-      0.00       0.00     1990.00-
                                            30008.76-  NEW PRINCIPAL/ESCROW BALANCES
04-21-16  01-12  173  PAYMENT
          1,050.90       0.00       0.00            0.00  1,050.90
04-20-16  00-00  631  PROPERTY PRESERVATION
             11.00       0.00       0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
             11.00       0.00       0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
             50.00       0.00       0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
             75.00       0.00       0.00        0.00
04-14-16  00-00  766  MISC. REPAYMENT
            300.00       0.00       0.00        0.00
04-08-16  01-12  161  ESCROW ADVANCE
          1,357.12       0.00       0.00     1357.12
04-08-16  03-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
             28.12-      0.00       0.00       28.12-
                                            28018.76-  NEW PRINCIPAL/ESCROW BALANCES
04-08-16  05-16  351  HOMEOWNERS INSURANCE PREMIUM
          1,329.00-      0.00       0.00     1329.00-
                                            27990.64-  NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146



                 CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 05/25/17
REQ BY SS6                                                        PAGE   11


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

                 ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|

```
03-30-16  00-00  632  STATUTORY EXPENSES
    300.00          0.00       0.00       0.00
03-30-16  00-00  630  ATTORNEY ADVANCES
     50.00          0.00       0.00       0.00
03-22-16  00-00  633  MISC. F/C AND B/R EXPENSES
     75.00          0.00       0.00       0.00
03-22-16  00-00  631  PROPERTY PRESERVATION
     11.00          0.00       0.00       0.00
03-16-16  01-12  173  PAYMENT
  1,050.90          0.00       0.00       0.00   1,050.90
03-14-16  00-00  745  CORP. ADVANCE ADJUSTMENT
    670.00-         0.00       0.00       0.00
03-10-16  00-00  766  MISC. REPAYMENT
     11.00          0.00       0.00       0.00
03-07-16  01-12  161  ESCROW ADVANCE
     23.41          0.00       0.00      23.41
03-07-16  02-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
     23.41-         0.00       0.00      23.41-
                                     26661.64-  NEW PRINCIPAL/ESCROW BALANCES
02-23-16  00-00  631  PROPERTY PRESERVATION
     11.00          0.00       0.00       0.00
02-09-16  12-11  168  REPAY OF ESCROW ADVANCE
      0.00          0.00       0.00     880.92-   880.92-
02-09-16  12-11  173  PAYMENT                                        02-04-16
      0.00          0.00   1,604.12     880.92   2,485.04-
                                     26638.23-  NEW PRINCIPAL/ESCROW BALANCES
02-08-16  12-11  161  ESCROW ADVANCE
     25.93          0.00       0.00      25.93
02-08-16  01-16  353  OTHER/WINDSTORM INSURANCE PREMIUM
     25.93-         0.00       0.00      25.93-
                                     27519.15-  NEW PRINCIPAL/ESCROW BALANCES
02-05-16  00-00  766  MISC. REPAYMENT
     11.00          0.00       0.00       0.00
02-04-16  12-11  173  PAYMENT
  1,050.90          0.00       0.00       0.00   1,050.90
01-20-16  00-00  631  PROPERTY PRESERVATION
     11.00          0.00       0.00       0.00
```

```
                        BAYVIEW LOAN SERVICING, LLC
                        4425 PONCE DE LEON BLVD, 5TH FLOOR
                        CORAL GABLES, FL   33146


                   CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 05/25/17
REQ BY SS6                                                        PAGE   12


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682


                   ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
PROCESS      DUE     TRANSACTION          TRANSACTION                EFFECTIVE DATE
DATE         DATE    CODE                 DESCRIPTION                OF TRANSACTION

TRANSACTION    PRIN. PAID/           ESCROW PAID/          OTHER
AMOUNT         BALANCE    INTEREST   BALANCE     AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------
01-18-16  12-11  173   PAYMENT
      1,050.90       0.00      0.00       0.00   1,050.90
01-15-16  00-00  766   MISC. REPAYMENT
          0.25       0.00      0.00       0.00
01-15-16  00-00  766   MISC. REPAYMENT
         11.00       0.00      0.00       0.00
01-15-16  00-00  766   MISC. REPAYMENT
         75.00       0.00      0.00       0.00
01-12-16  12-11  161   ESCROW ADVANCE
         51.08       0.00      0.00      51.08
01-12-16  12-15  353   OTHER/WINDSTORM INSURANCE PREMIUM
         51.08-      0.00      0.00      51.08-
                                     27493.22-   NEW PRINCIPAL/ESCROW BALANCES
12-28-15  00-00  633   MISC. F/C AND B/R EXPENSES
         75.00       0.00      0.00       0.00
12-22-15  00-00  631   PROPERTY PRESERVATION
         11.00       0.00      0.00       0.00
12-21-15  00-00  766   MISC. REPAYMENT
         11.00       0.00      0.00       0.00
12-18-15  00-00  601   MISC. CORPORATE DISBURSEMENT
          0.25       0.00      0.00       0.00
12-10-15  12-11  173   PAYMENT
      1,050.90       0.00      0.00       0.00   1,050.90
12-03-15  00-00  601   MISC. CORPORATE DISBURSEMENT
         11.00       0.00      0.00       0.00
11-24-15  00-00  766   MISC. REPAYMENT
         11.00       0.00      0.00       0.00
11-23-15  00-00  766   MISC. REPAYMENT
         11.00       0.00      0.00       0.00
11-23-15  00-00  631   PROPERTY PRESERVATION
         11.00       0.00      0.00       0.00
11-10-15  11-11  168   REPAY OF ESCROW ADVANCE
          0.00       0.00      0.00     880.92-    880.92
11-10-15  11-11  173   PAYMENT
          0.00       0.00  1,604.12     880.92   2,485.04-
                                     27442.14-   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL  33146


                CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                   PAGE  13


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

              ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|

```
11-09-15  11-11  173  PAYMENT
     1,050.90        0.00        0.00        0.00   1,050.90
11-06-15  11-11  161  ESCROW ADVANCE
     1,570.37        0.00        0.00     1570.37
11-06-15  11-15  312  COUNTY TAX
     1,570.37-       0.00        0.00     1570.37-
                                         28323.06-  NEW PRINCIPAL/ESCROW BALANCES
11-05-15  11-11  161  ESCROW ADVANCE
        25.54        0.00        0.00       25.54
11-05-15  10-15  353  OTHER/WINDSTORM INSURANCE PREMIUM
        25.54-       0.00        0.00       25.54-
                                         26752.69-  NEW PRINCIPAL/ESCROW BALANCES
10-19-15  00-00  631  PROPERTY PRESERVATION
        11.00        0.00        0.00        0.00
10-07-15  11-11  173  PAYMENT
     1,050.90        0.00        0.00        0.00   1,050.90
10-07-15  00-00  766  MISC. REPAYMENT
        14.00        0.00        0.00        0.00
10-07-15  00-00  766  MISC. REPAYMENT
        25.00        0.00        0.00        0.00
10-07-15  00-00  766  MISC. REPAYMENT
        50.00        0.00        0.00        0.00
10-07-15  00-00  766  MISC. REPAYMENT
       300.00        0.00        0.00        0.00
10-07-15  00-00  766  MISC. REPAYMENT
       500.00        0.00        0.00        0.00
10-06-15  11-11  161  ESCROW ADVANCE
       127.66        0.00        0.00      127.66
10-06-15  09-15  353  OTHER/WINDSTORM INSURANCE PREMIUM
       127.66-       0.00        0.00      127.66-
                                         26727.15-  NEW PRINCIPAL/ESCROW BALANCES
09-28-15  00-00  632  STATUTORY EXPENSES
        25.00        0.00        0.00        0.00
09-28-15  00-00  630  ATTORNEY ADVANCES
        50.00        0.00        0.00        0.00
09-28-15  00-00  601  MISC. CORPORATE DISBURSEMENT
         0.75        0.00        0.00        0.00
```

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL   33146

CUSTOMER ACCOUNT ACTIVITY STATEMENT                     DATE 05/25/17

REQ BY SS6                                                              PAGE   14

ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

ACTIVITY FOR PERIOD 01/01/01 - 05/24/17

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | OTHER AMOUNT CODE/DESCRIPTION |

| Process Date | Due Date | Code | Description | Amount | Prin Balance | Interest | Escrow Balance | Other |
|---|---|---|---|---|---|---|---|---|
| 09-21-15 | 00-00 | 631 | PROPERTY PRESERVATION | | | | | |
| | | | 14.00 | 0.00 | 0.00 | 0.00 | |
| 09-16-15 | 00-00 | 766 | MISC. REPAYMENT | | | | | |
| | | | 0.75 | 0.00 | 0.00 | 0.00 | |
| 09-16-15 | 00-00 | 766 | MISC. REPAYMENT | | | | | |
| | | | 11.00 | 0.00 | 0.00 | 0.00 | |
| 09-14-15 | 00-00 | 630 | ATTORNEY ADVANCES | | | | | |
| | | | 500.00 | 0.00 | 0.00 | 0.00 | |
| 09-09-15 | 10-11 | 168 | REPAY OF ESCROW ADVANCE | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 880.92- | 880.92 |
| 09-09-15 | 10-11 | 173 | PAYMENT | | | | | |
| | | | 0.00 | 0.00 | 1,604.12 | 880.92 | 2,485.04- |
| | | | | | | 26599.49- | NEW PRINCIPAL/ESCROW BALANCES |
| 09-08-15 | 10-11 | 173 | PAYMENT | | | | | |
| | | | 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 |
| 09-03-15 | 00-00 | 630 | ATTORNEY ADVANCES | | | | | |
| | | | 300.00 | 0.00 | 0.00 | 0.00 | |
| 08-21-15 | 00-00 | 631 | PROPERTY PRESERVATION | | | | | |
| | | | 11.00 | 0.00 | 0.00 | 0.00 | |
| 08-19-15 | 00-00 | 601 | MISC. CORPORATE DISBURSEMENT | | | | | |
| | | | 0.75 | 0.00 | 0.00 | 0.00 | |
| 08-17-15 | 10-11 | 173 | PAYMENT | | | | | |
| | | | 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 |
| 08-07-15 | 00-00 | 766 | MISC. REPAYMENT | | | | | |
| | | | 14.00 | 0.00 | 0.00 | 0.00 | |
| 08-07-15 | 00-00 | 766 | MISC. REPAYMENT | | | | | |
| | | | 75.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-15 | 10-11 | 173 | PAYMENT | | | | | |
| | | | 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 |
| 07-27-15 | 00-00 | 631 | PROPERTY PRESERVATION | | | | | |
| | | | 14.00 | 0.00 | 0.00 | 0.00 | |
| 07-20-15 | 10-11 | 168 | REPAY OF ESCROW ADVANCE | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 250.00- | 250.00 |
| 07-20-15 | 10-11 | 163 | HAZARD INSURANCE REFUND | | | | | |
| | | | 250.00 | 0.00 | 0.00 | 250.00 | |
| | | | | | | 27480.41- | NEW PRINCIPAL/ESCROW BALANCES |

```
                    BAYVIEW LOAN SERVICING, LLC
                    4425 PONCE DE LEON BLVD, 5TH FLOOR
                    CORAL GABLES, FL   33146


                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 05/25/17
REQ BY SS6                                                       PAGE  15


ANTHONY EDWARDO DINO
LOAN NUMBER: 0001109682

            ACTIVITY FOR PERIOD 01/01/01 - 05/24/17
```

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
| 07-02-15 | 10-11 | 161 | ESCROW ADVANCE | | |
| 655.00 | 0.00 | 0.00 | 655.00 | | |
| 07-02-15 | 06-15 | 352 | FLOOD INSURANCE DISBURSEMENT | | |
| 655.00- | 0.00 | 0.00 | 655.00- | | |
| | | | 27730.41- | | NEW PRINCIPAL/ESCROW BALANCES |
| 07-01-15 | 00-00 | 633 | MISC. F/C AND B/R EXPENSES | | |
| 75.00 | 0.00 | 0.00 | 0.00 | | |
| 06-22-15 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 14.00 | 0.00 | 0.00 | 0.00 | | |
| 06-16-15 | 10-11 | 173 | PAYMENT | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 06-11-15 | 09-11 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 880.92- | 880.92 | |
| 06-11-15 | 09-11 | 173 | PAYMENT | | |
| 0.00 | 0.00 | 1,604.12 | 880.92 | 2,485.04- | |
| | | | 27075.41- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-26-15 | 00-00 | 631 | PROPERTY PRESERVATION | | |
| 14.00 | 0.00 | 0.00 | 0.00 | | |
| 05-21-15 | 09-11 | 173 | PAYMENT | | |
| 1,050.90 | 0.00 | 0.00 | 0.00 | 1,050.90 | |
| 05-12-15 | 09-11 | 168 | REPAY OF ESCROW ADVANCE | | |
| 0.00 | 0.00 | 0.00 | 306.93- | 306.93 | |
| 05-12-15 | 09-11 | 163 | HAZARD INSURANCE REFUND | | |
| 306.93 | 0.00 | 0.00 | 306.93 | | |
| | | | 27956.33- | | NEW PRINCIPAL/ESCROW BALANCES |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 300.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 325.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 15.00 | 0.00 | 0.00 | 0.00 | | |
| 05-12-15 | 00-00 | 745 | CORP. ADVANCE ADJUSTMENT | | |
| 375.00 | 0.00 | 0.00 | 0.00 | | |